

1004 Gateway Industrials Park, Jenkins, KY 41537	No. 06182022-101

# Receipt

To: HBTPower Limited/ Huobi Technology Holdings Limited

Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG1110, British Virgin Islands

| Date | Discription | Amount USD |
|---|---|---|
| 7-Jun-22 | Energy Security Deposit | 2,849,970.00 |
| 7-Jun-22 | Energy Security Deposit | 292,970.00 |
| 17-Jun-22 | Rent Security, first month Rent, First Month Stuffing Fee, 10% deposit of the equipment purchasing | 989,970.00 |
| **Total:** | | **4,132,910.00** |

Sigature   *Brandon Smith*

EXHIBIT 2