| | |
|---|---|
| **From:** | Shane D Allen <sdallen2@aep.com> |
| **Sent:** | Friday, June 10, 2022 1:43 PM |
| **To:** | Brandon Smith |
| **Subject:** | Receipt of Payment |

Brandon,

Kentucky Power received the $2,800,000 Wired Deposit on 6/8/2022 from Mohawk Energy, LLC. The Deposit has been added to Mohawk Energy, Kentucky Power Account # 034-012-350-0-1.

Thanks,



**SHANE D ALLEN** | **CUSTOMER ACCOUNT MGR**
SDALLEN2@AEP.COM | A:8.610.1205
1400 E. MAIN STREET, HAZARD, KY 41701

**AEP CONFIDENTIAL**

1

**EXHIBIT 3**