From: Shane D Allen sdallen2@aep.com
Subject: Updated Address
Date: Dec 15, 2022 at 11:04:01 AM
To: Brandon Smith brandon@mohawkenergy.net

Brandon,

I have corrected the Address on all documents. I will also make sure it is changed on the account as well from 1400 Gateway Industrial Park to 1004 Gateway Industrial Park.

Thanks,



**SHANE D ALLEN | KEY ACCOUNT MGR**
SDALLEN2@AEP.COM | A 8 610 1205
1400 E. MAIN STREET, HAZARD, KY 41701

**AEP CONFIDENTIAL**

**EXHIBIT 4**

### ADDENDUM TO CONTRACT FOR ELECTRICAL SERVICE - Build-up clause

This Addendum is a part of the Agreement entered into this **14th** day of July **2022**, by and between Kentucky Power Company (the Company) and **Mohawk Energy, LLC** (the Customer) for electric service to the **Customer cryptocurrency facility located at 1004 Gateway Industrial Park Unit B, Hatfield, Letcher County, KY**.

It is mutually agreed that the reservation of capacity contracted for by the Customer under this Agreement is 30,000 kW. However, the Company recognizes that the Customer is completing the project on a schedule that will require some period of time for the operation to transform to its full operating capacity. Therefore, the Company agrees that the contract capacity as it relates to determination of minimum monthly charges shall be in accordance with the following schedule:

1.  Effective with the service commencement date of this Agreement to the end of the 3rd billing period, the contract capacity shall be the greater of 15,000 kW or the highest 15-minute integrated demand, adjusted to the nearest 100 kW, actually recorded since the service commencement date. Billing will be under the provisions of the Company's 359 **INDUSTRIAL GENERAL SERVICE SUBTRANSMISSION** tariff.

2.  Effective with the 4th billing period, the reservation of capacity shall be **30,000 kW**. Billing will be under the provisions of the Company's 359 **INDUSTRIAL GENERAL SERVICE SUBTRANSMISSION** tariff.

**Kentucky Power Company**

By: *Kenneth Borders*

Printed Name: Kenneth Borders

Title: Mgr., Customer and Dist. Svcs

Date: December 19, 2022

Account Number: 0340123500

**Mohawk Energy, LLC**

By: *Brandon D. Smith*

Printed Name: Brandon D. Smith

Title:

Date: 12/16/2022

EXHIBIT 4

## ADDENDUM TO CONTRACT FOR ELECTRICAL SERVICE - Flicker/Harmonics

### Made a Part of Contract for Electric Service Dated 7/14/2022
### Between Kentucky Power Company and Mohawk Energy, LLC

This Addendum is entered into this 14th Day of July, by and between Kentucky Power Company, hereafter called the Company, and Mohawk Energy, LLC, or his or its heirs, successors or assigns, hereafter called the Customer

WHEREAS, the Company's terms and conditions of service contained in the applicable tariffs indicate that the Customer shall not use the electrical service provided for under the terms of the Contract for Electric Service in a manner detrimental to other customers or in such a way as to impose unacceptable voltage fluctuations or harmonic distortions, and

WHEREAS, the Customer anticipates utilizing certain equipment at the service location covered by the Contract that could impose an unacceptable level of voltage flicker or harmonic distortion,

NOW THEREFORE, the parties hereby agree as follows:

**I. POINT OF COMPLIANCE** – The point where compliance with the voltage flicker and harmonic distortion requirements are evaluated. The Point of Compliance for Mohawk Energy, LLC as per this agreement will be defined as: Company Structure K409-1 .

**II. VOLTAGE FLICKER CRITERIA** – The Company's standards require that the voltage flicker occurring at the Point of Compliance defined herein shall remain below the Border Line of Visibility curve on the Flicker Limits Curve of IEEE Standard 141 and in compliance with the voltage flicker criteria contained in IEEE Standard 1453.

**III. HARMONIC DISTORTION CRITERIA** – The Company's standards require that the harmonic distortions occurring at the Point of Compliance defined herein shall remain below the harmonic distortion criteria contained in IEEE Standard 519.

**IV. COMPLIANCE AND MONITORING** – The Company reserves the right to monitor the Customer for the electric distortions referenced in this Addendum, or any other electrical distortions that would be relevant or complementary, at the determined Point of Compliance. Compliance with these criteria shall be determined solely by the Company.

The Company may agree to permit the Customer to operate above some of the Criteria stated herein, until the Company receives complaints from other customers or other operating problems arise for the Company. By so agreeing, the Company does not waive any rights it may have to strictly enforce its established criteria as measured/calculated in the future.

The Customer agrees that if the operation of its facility and equipment results in voltage flicker or harmonic distortions in excess of the Company's Criteria, it will be the Customer's responsibility to take action, at the Customer's expense, to comply with such Criteria. Corrective measures could include, but are not limited to, modifying production methods/materials or installing mitigation equipment necessary to bring the Customer's operations into compliance.

If the Customer fails to take corrective action within a reasonable time, not to exceed 90 days, after notice by the Company, the Company shall have such rights as currently provided for under its tariffs, which may include discontinuing service, until such time as the problem is corrected.

Kentucky Power Company                         Mohawk Energy, LLC

By _Kenneth Borders_                           By _Brandon D. Smith_

**Kenneth Borders**                            Printed Name: Brandon D. Smith

Title: **Customer & Dist Svcs Mgr**            Title: President Mohawk Energy

Date: December 19, 2022                        Date: 12/16/2022

Account Number: 0340123506

EXHIBIT 4

ADDENDUM TO CONTRACT FOR ELECTRICAL SERVICE - EDR Statement

This Addendum is a part of the Agreement entered into this 14ᵗʰ day of July 2022, by and between Kentucky Power Company (the Company) and **Mohawk Energy, LLC** (the Customer) for electric service to the **Customer cryptocurrency facility located at 1004 Gateway Industrial Park Unit B, Hatfield, Letcher County, KY**.

If the 10-year contract between Kentucky Power Company and Mohawk Energy, LLC for the Economic Development Rider and Demand Response Service is not approved by the Kentucky Public Service Commission, then the contract for new service on Kentucky Power's Tariff Industrial General Service (I.G.S.) Subtransmission will be null and void.

**Kentucky Power Company**

By: *Kenneth Borders*

Printed Name: Kenneth Borders

Title: **Mgr., Customer and Dist. Svces**

Date: December 19, 2022

Account Number: 0340123500

**Mohawk Energy, LLC**

By: Brandon D. Smith

Printed Name:

Title:

Date: 12/16/2022

EXHIBIT 4

**This Contract,** entered into this day of July 14, 2022 by and between Kentucky Power Company, hereafter called the Company, and Mohawk Energy, LLC, 1004 GATEWAY INDUSTRIAL PARK UNIT B, JENKINS, KY, 41537 or his or its heirs, successors or assigns, hereafter called the Customer.

**Witnesseth:**

For and in consideration of the mutual covenants and agreements hereinafter contained, the parties hereto agree with each other as follows:

The Company agrees to furnish to the Customer, during the term of this Contract, and the Customer agrees to take from the Company, subject to Company's standard Terms and Conditions of Service as regularly filed with the **Kentucky Public** Service Commission, all the electric energy of the character specified herein that shall be purchased by the Customer in the premises located at 1004 Gateway Industrial Park, Jenkins, KY.

The Company is to furnish and the Customer is to take electric energy under the terms of this Contract for an initial period of 24 month(s) from the time such service is commenced, and continuing thereafter until terminated upon 12 month(s) written notice given by either party of its intention to terminate the Contract. The date that service shall be deemed to have commenced under this Contract shall be the date service is energized.

The electric energy delivered hereunder shall be alternating current at approximately **69000** volts, 4-wire, 3-phase, and it shall be delivered to the Customer owned structure from the Kentucky Power structure K409-1, which shall constitute the point of delivery under this Contract. The said electric energy shall be delivered at reasonably close maintenance to constant potential and frequency, and it shall be measured by a meter or meters owned and installed by the Company and located on Customer owned pole on the secondary voltage side of Mohawk Energy, LLC Substation.

The Customer acknowledges that the Customer may be eligible to receive service under more than one of the Company's schedules and that such options have been explained to the Customer. The Customer and Company agree that the Customer has chosen to receive service under the provisions of the Company's Schedule INDUSTRIAL GEN L SVC SUBTRANSMISSION. The Customer agrees to pay the Company monthly for electric energy delivered hereunder at the rates and under the provisions of the Company's Schedule as regularly filed with the Kentucky Public Service Commission, as long as that schedule is in effect. In the event that the Schedule chosen by the Customer is replaced by a new or revised Schedule incorporating different rates or provisions, or both, the Company and Customer understand and agree that the Company will continue to provide service, and the Customer will continue to take service, under this Contract, subject to such changed provisions, and that the Customer will pay for such service at the new rates on and after the date such rates become effective.

The Customer's contract capacity under the Schedule named herein is hereby fixed at 30,000 kW. If a time-of-day demand is available under the Schedule and is selected by the Customer, the reservation of capacity aforementioned shall be the peak period reservation of capacity and shall determine the minimum monthly billing demand of the Schedule. The minimum billing demand for this agreement shall be 18,000 kW. The amount of capacity requested during the off-peak period is 30,000 kW.

There are no unwritten understandings or agreements relating to the service hereinabove provided. This Contract cancels and supersedes all previous agreements, relating to the purchase by Customer and sale by Company of electric energy at Customer's premises as referred to above, on the date that service under this Contract commences. This Contract shall be in full force and effect when signed by the authorized representatives of the parties hereto.

KENTUCKY POWER COMPANY

By: _Kenneth Borders_
      Kenneth Borders

Title: Customer & Dist Svcs Mgr

Date: December 19, 2022

Account Number: 0140123500

Mohawk Energy, LLC

By: _Branden D Smith_

Title: President Mohawk ENERGY

Date: 12 | 16 | 2022

EXHIBIT 4