

# Case Assignment
# Standard Civil Assignment

Case number **3:23CV-628-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 11/29/2023 4:17:14 PM
Transaction ID: 83683

Request New Judge    Return