UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | CASE NO.:  3:23-cv-628-RGJ |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| vs. | ) | |
| | ) | |
| MOHAWK ENERGY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT
OF THE PLAINTIFF, HBTPOWER LIMITED**

Comes the Plaintiff, HBTPower Limited, by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby tenders its Corporate Disclosure Statement.

Plaintiff, HBTPower Limited ("HBTPower"), is a limited company incorporated under the laws of the British Virgin Islands with its principal place of business in Road Town, British Virgin Islands. The sole members of HBTPower are Sinohope Digital Service Limited (formerly known as New Huo Digital Limited) and Mcore Limited.

Sinohope Digital Service Limited owns 80% of HBTPower's stock. The parent company of Sinohope Digital Service Limited is Sinohope Technology Holdings Limited.

Mcore Limited owns the remaining 20% of HBTPower's stock. The parent company of Mcore Limited is Avenir Cayman Holding Limited.

- 2 -

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile


By:  /s/ Palmer G. Vance II
     Palmer G. Vance II
     gene.vance@skofirm.com
     Lindsey H. Meares
     lindsey.meares@skofirm.com

and

Harout J. Samra
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

Motion for admission p*ro hac vice* to be filed.

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing was filed with the Court's ECF system on the 29th day of November 2023, which serves an electronic copy to the following:

Anna Stewart Whites  
Anna Whites Law Office  
327 Logan Street  
P.O. Box 4023  
Frankfort, KY 40601  
E: annawhites@aol.com  
COUNSEL FOR DEFENDANT,  
MOHAWK ENERGY, LLC

                                            /s/ Palmer G. Vance II  
                                            COUNSEL FOR PLAINTIFF,  
                                            HBTPOWER LIMITED