WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
at **Louisville**

Plaintiff: **HBTPower Limited**

v.

Defendant: **Mohawk Energy, LLC**

Case No: **3:23-cv-628-RGJ**

\* \* \* \* \*

### DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of **HBTPower Limited** in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

| Party or Intervenor Name | Citizenship |
|---|---|
| HBTPower Limited | British Virgin Islands |
| Mohawk Energy, LLC | Kentucky |
| | |

WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

| Party or Intervenor Name | Citizenship |
|---|---|
|  |  |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

| 11/29/2023 | /S/ Palmer G. Vance II |
|---|---|
| Date | Signature |

Counsel for: HBTPower Limited