UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HBTPOWER LIMITED                                                                                              Plaintiff

v.                                                                            CivilAction No. 3:23CV-628-RGJ

MOHAWK ENERGY, LLC.                                                                                      Defendant

**O R D E R**

Upon review of this matter, the undersigned has determined that recusal is required pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that District Judge Rebecca Grady Jennings **RECUSES** from this matter and the action is **reassigned** to the docket of District Judge Claria Horn Boom United States District Court Judge, for all further proceedings. Counsel are requested to change the Civil action number to reflect the initials CHB on all further pleadings.

Copies to:

All Counsel
Case Manager to District Judge Claria Horn Boom