**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Louisville **DIVISION**

HBTPower Limited

-vs-   Case No.: 3:23-cv-00628-CHB

Mohawk Energy, LLC

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now  Harout J. Samra , Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent  HBTPower Limited  in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US)

    with offices at

    Mailing address:  200 South Biscayne Boulevard, Suite 2500

    City, State, Zip Code:  Miami, Florida 33131

    Telephone:  (305) 423-8500

    E-Mail:  harout.samra@us.dlapiper.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| Florida | 9/17/2009 | 70523 |
| New York | 3/17/2011 | 4920146 |
| SDFL | 12/8/2009 | 70523 |
| MDFL | 4/29/2021 | 70523 |
| NDFL | 11/6/2009 | 70523 |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.  Please explain.
   N/A

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☐ on-line tutorial authorized class room training **OR** ☑ other method  Please explain:
   Mr. Samra completed training related to the Court's electronic filing system through the United States District Court for Northern, Middle, and Southern Districts of Florida.

6. Applicant tenders with this Motion the following:

   ☑   The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of  Harout J. Samra  to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

/s/ Palmer G. Vance II

On behalf of Harout J. Samra

STOLL KEENON OGDEN PLLC

300 West Vine Street, Suite 2100

Lexington, KY 40507

(859) 231-3000

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2.  Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice.*