**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
<u>    Louisville    </u>**DIVISION**

<u> HBTPower Limited    </u>

-vs-                                                                Case No.:<u> 3:23-cv-00628-RGJ         </u>

<u> Mohawk Energy, LLC   </u>

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u> Harout J. Samra    </u>, is permitted to argue or try this case in whole or in part as counsel for <u> HBTPower Limited                                                                </u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.