**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MOHAWK ENERGY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING OF PROOF OF SERVICE

Please take notice that Plaintiff HBTPower Limited has on this date filed a Proof of Service in the above-captioned action. On November 30, 2023, the undersigned delivered copies of the Summons issued by the Clerk of Court (DN 5) and Complaint for Temporary Restraining Order and Permanent Injunctive Relief (DN 1) to Anna Stewart Whites, Esq., counsel and registered agent for Defendant Mohawk Energy, LLC, via electronic mail. Via electronic mail on December 1, 2023, Anna Stewart Whites, Esq. accepted service of the Summons and Complaint on behalf of her client, Mohawk Energy, LLC. A copy of the Proof of Service is attached as Exhibit 1.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile


By:  /s/ Lindsey H. Meares
      Palmer G. Vance II
      gene.vance@skofirm.com
      Lindsey H. Meares
      lindsey.meares@skofirm.com

and

Harout J. Samra
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

Motion for admission p*ro hac
vice* to be filed.

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed with the Court's ECF system on the 1st day of December 2023, and served via electronic mail to the following:

Anna Stewart Whites
Anna Whites Law Office
327 Logan Street
P.O. Box 4023
Frankfort, KY 40601
E: annawhites@aol.com
COUNSEL FOR DEFENDANT,
MOHAWK ENERGY, LLC

 /s/ Lindsey H. Meares_____
COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED