AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| HBTPOWER LIMITED<br>Vistra Corporate Services Centre, Wickhams<br>Cay II, Road Town, Tortola, VG 1110,<br>British Virgin Islands<br><br>*Plaintiff(s)*<br>v.<br>MOHAWK ENERGY, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:23-cv-628-CHB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MOHAWK ENERGY, LLC,
Serve:
Anna Whites
Anna Whites Law Office
327 Logan Street
Frankfort, Kentucky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Palmer G. Vance II
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-628-RGJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anna Whites, Registered Agent and Counsel for Mohawk Energy, LLC was received by me on *(date)* November 30, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anna Stewart Whites, Esq., who is designated by law to accept service of process on behalf of *(name of organization)* Mohawk Energy, LLC on *(date)* December 1, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/1/2023

*Lindsey Howard Meares*
*Server's signature*

Lindsey Howard Meares, Attorney for HBTPower Limited
*Printed name and title*

Stoll Keenon Ogden, PLLC
400 West Market St., Ste. 2700
Louisville, Kentucky 40202
*Server's address*

Additional information regarding attempted service, etc:
The undersigned delivered a copy of the Summons and Complaint against Defendant Mohawk Energy, LLC via electronic mail to Anna Whites, counsel for Mohawk Energy, LLC, on November 30, 2023. Anna Whites agreed via electronic mail on December 1, 2023 to accept service on behalf of her client, Mohawk Energy, LLC.