UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPower Limited, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | **AMENDED ORDER** |
| Mohawk Energy, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. The Court having reviewed Plaintiff HBTPower Limited's Verified Complaint for Temporary Restraining Order and Permanent Injunctive Relief, [R. 1], and being otherwise sufficiently advised,

    **IT IS HEREBY ORDERED** as follows:

1. A telephonic status conference is scheduled for **Tuesday, December 5, 2023 at 3:00 PM.** Counsel for the parties shall connect to the conference call by dialing the toll-free number 1-888-363-4735 and entering access code 9522526#.

This the 1st day of December, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY