**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: Claudia Horn Boom |
| | ) | |
| vs. | ) | |
| | ) | |
| MOHAWK ENERGY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING OF VERIFICATION PAGE

Please take notice that the undersigned, on behalf of Plaintiff HBTPower Limited ("HBTPower"), inadvertently omitted the Verification Page from the Verified Complaint that was electronically filed on November 29, 2023 (DN 1). Accordingly, the Verification Page, signed by an authorized representative of HBTPower on November 27, 2023 and declaring under penalty of perjury that the information contained in the Verified Complaint is true and correct, is attached hereto as **Exhibit 1**.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile


By: /s/ Lindsey H. Meares
    Palmer G. Vance II
    gene.vance@skofirm.com
    Lindsey H. Meares
    lindsey.meares@skofirm.com

and

Harout J. Samra
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

Motion for admission p*ro hac vice* to be filed.

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed with the Court's ECF system on the 3rd day of December 2023, and served via electronic mail to the following:

Anna Stewart Whites  
Anna Whites Law Office  
327 Logan Street  
P.O. Box 4023  
Frankfort, KY 40601  
E: annawhites@aol.com  
COUNSEL FOR DEFENDANT,  
MOHAWK ENERGY, LLC

                                              /s/ Lindsey H. Meares  
                                              COUNSEL FOR PLAINTIFF,  
                                              HBTPOWER LIMITED