## VERIFICATION

I, Wang Yangping, Authorized Representative at HBTPower Limited, pursuant to 28 U.S.C. §1746(2), declare under penalty of perjury under the laws of the United States of America that the information contained in this Verified Complaint is true and correct, to the best of my knowledge, information and belief. Further this Declarant sayeth not.

HBTPOWER LIMITED

By: *Yangping Wang*                              <u>27 November 2023</u>

Wang Yangping, Authorized Representative of HBTPower Limited     Date