UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HBTPOWER LIMITED, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:23-CV-628-CHB |
| | ) |
| v. | ) |
| | ) **ORDER GRANTING MOTION FOR** |
| MOHAWK ENERGY, LLC, | ) **ADMISSION *PRO HAC VICE* OF** |
| | ) **HAROUT J. SAMRA** |
| Defendant. | ) |
| | ) |
| | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* of Harout J. Samra filed by Plaintiff HBTPower Limited [R. 8]. The Court, having reviewed the Motion, having found that the Movant has complied with all elements of Local Civil Rule 83.2, and the Court having been otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff HBTPower Limited's Motion for Admission *Pro Hac Vice* of Harout J. Samra **[R. 8]** is **GRANTED**. Mr. Samra is granted leave to appear *pro hac vice* for the Plaintiff in this action.

2. If during the pendency of this action Mr. Samra is disbarred, suspended from practice, is not in good standing with the Bar to which he is a member, or is subject to any other disciplinary action by any court, state, territory, or the District of Columbia, he must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

This the 4th day of December, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record