# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | |
| **MOHAWK ENERGY, LLC,** | **MOTION OF PLAINTIFF, HBTPOWER LIMITED, FOR TEMPORARY RESTRAINING ORDER** |
| Defendant. | |

Plaintiff HBTPower Limited ("HBTPower"), having filed its Verified Complaint (DN 1) in this matter, hereby respectfully moves the Court for a temporary restraining order, pursuant to Federal Rule of Civil Procedure 65, against Defendant Mohawk Energy, LLC ("Mohawk") (HBTPower and Mohawk are referred to collectively herein as the "Parties"). Specifically, HBTPower seeks a temporary restraining order: (1) restraining and enjoining Mohawk, including its employees, agents, principals, and those acting in concert or participation with it, from any activities involving the unauthorized sale, disposition, or encumbrance of all or some part of HBTPower's 4,335 units of Bitcoin mining machines ("Mining Machines") and all the other electricity equipment procured by Mohawk on behalf of HBTPower with HBTPower's funds, which equipment was installed and fixed to the premises by Mohawk pursuant to the License Agreement between the Parties, dated June 1, 2022 (the "Equipment"); and (2) directing Mohawk to account for the sale or disposal of the Mining Machines that has already taken place and to escrow any and all funds or consideration received by it from such sale or disposition.

- 2 -

As grounds for this Motion, HBTPower states that Mohawk is attempting to wrongfully sell, dispose of, or encumber HBTPower's Mining Machines, to which Mohawk has no lawful title or claim. The Mining Machines are virtually impossible to procure or replace on the same scale in the current market. The harm to HBTPower will be irreparable if injunctive relief is not immediately granted. No third parties will be adversely affected by the injunction and the injunction would be in the public's interest. In support of this Motion, HBTPower submits the accompanying memorandum in support of this Motion for a temporary restraining order, a proposed temporary restraining order and an accompanying declaration in support thereof.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile


By: /s/ Lindsey H. Meares
    Palmer G. Vance II
    Lindsey H. Meares

and

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

*Pro hac vice* admission granted.

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

- 3 -

**FRCP 65(B) CERTIFICATION OF COUNSEL**

I certify that on December 5, 2023, I attempted to provide notice of the Plaintiff HBTPower Limited's Motion for Temporary Injunction and Proposed Temporary Restraining Order to Defendant Mohawk Energy, LLC by sending an email with the attached documents and notice of Plaintiff's intent to seek a temporary restraining order to counsel of record and registered agent for Defendant Mohawk Energy, LLC, Anna Stewart Whites at annawhites@aol.com. Notice by the Court should not be required before entering emergency injunctive relief because the delay would compound the irreparable injury caused by Mohawk's ongoing unauthorized activities in selling, disposing or encumbering HBTPower's Mining Machines.

/s/ Lindsey H. Meares
*Counsel for Plaintiff,*
*HBTPower Limited*