# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-00628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | |
| **MOHAWK ENERGY, LLC,** | **TEMPORARY RESTRAINING ORDER** |
| Defendant. | |

This matter is before the Court on the Motion for Temporary Restraining Order of Plaintiff, HBTPower Limited ("HBTPower"), pursuant to Federal Rule of Civil Procedure 65, together with a Memorandum in Support and supporting declaration. The Court has reviewed the Verified Complaint and briefs and supporting documentation and takes notice that Defendant, Mohawk Energy, LLC ("Mohawk"), was notified of this Motion for Temporary Restraining Order through counsel and was given an opportunity to be heard. The Court finds the Motion for Temporary Restraining Order is well taken in that unless a temporary restraining order is issued, HBTPower will continue to suffer substantial and irreparable injury; that the harm to HBTPower and the public if the injunctive relief is denied would exceed the harm to Mohawk if such relief is granted; and that HBTPower has shown a likelihood of eventual success on the merits.

The Court, having analyzed the factors to be considered in determining whether to grant a temporary restraining order, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

1. That HBTPower's Motion for a Temporary Restraining Order be, and is granted;

2. That Mohawk, and all persons, entities, affiliates, agents, employees, and those acting in concert or participation with it, and to whom notice of the Order may come, be, and are, until further order of this Court:

    a. Restrained and enjoined from soliciting or doing any business involving in any manner the sale, disposal, or encumbrance of all or some part of HBTPower's 4,335 units of Bitcoin mining machines (the "Mining Machines") and all electricity equipment procured by Mohawk on behalf of HBTPower using HBTPower's funds, which equipment was installed and fixed to the Premises by Mohawk pursuant to the License Agreement;

    b. Directed to account for the sale or disposal of the Mining Machines that has already taken place; and

    c. Directed to escrow any and all funds received by it from any sale or disposal of the Mining Machines that has already taken place.

3. That this Order remain in effect pending trial in the above-captioned action or until further Order of the Court; and

4. That HBTPower shall not be required to enter a bond or other security.

IT IS SO ORDERED.

*4857-5409-4485.2*