# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| vs. | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC,** | ) | **MOTION OF PLAINTIFF,** |
| Defendant. | ) | **HBTPOWER LIMITED, TO COMPEL** |
| | ) | **ARBITRATION** |

Plaintiff HBTPower Limited ("HBTPower"), by counsel, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, hereby moves the Court to compel arbitration of this underlying dispute with Defendant, Mohawk Energy, LLC ("Mohawk) (HBTPower and Mohawk are referred to collectively herein as the "Parties").

As set forth in the accompanying memorandum, the Parties are bound by a contract which compels arbitration of disputes arising under the contract. The current dispute between the Parties falls squarely within the scope of the mandatory arbitration provisions of the agreement. HBTPower's Verified Complaint for Temporary Restraining Order and Permanent Injunctive Relief (the "Verified Complaint") [DN 1] is limited to a request for injunctive relief, which is expressly authorized by the contract between the parties as well as the applicable arbitration rules. Indeed, HBTPower has initiated an arbitration regarding this dispute.

However, Mohawk has wrongfully asserted substantive claims together with its Answer and Counterclaim to the Verified Complaint (the "Counterclaim") [DN 14]. In the Counterclaim,

Mohawk expressly admits HBTPower's assertion that the arbitration provision in the Parties' agreement explicitly authorizes the Parties to seek injunctive relief in the courts without waiving arbitration. The Counterclaim raises numerous substantive claims that are subject to arbitration. Thus, pursuant to the agreement of the parties, HBTPower respectfully moves this Court to direct the parties to arbitration as detailed by their contractual agreement with regard to the substantive claims asserted by Mohawk in the Counterclaim.

A memorandum in further support of this motion is attached.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

By: /s/ Lindsey H. Meares
    Palmer G. Vance II
    Lindsey H. Meares

and

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

Admitted *pro hac vice*

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

- 3 -

## CERTIFICATE OF SERVICE

I certify that on December 5, 2023, I served the foregoing via CM/ECF, which will send all parties of record a notice of electronic filing, including the following:

Anna Stewart Whites
Anna Whites Law Office
327 Logan Street
P.O. Box 4023
Frankfort, KY 40601
E: annawhites@aol.com
COUNSEL FOR DEFENDANT,
MOHAWK ENERGY, LLC

/s/ Lindsey H. Meares
*Counsel for Plaintiff,*
*HBTPower Limited*