# Demand For Arbitration - HBTPower Limited vs. Mohawk Energy, LLC c/o Anna Stewart Whites #5440001154

Submission Date: 12/5/2023

## 1. JAMS Local Center

| JAMS resolution center | Requested Hearing Location |
|---|---|
| Atlanta, Georgia | Louisville, KY |

## 2. Rules & Fees

Arbitration Rules

Other/Unknown

Filing & Submission Fees

⊙ Two-party matter: $2,000.

## 3. Claimant(s)

1.
   HBTPower Limited
   Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG1110, British Virgin Island

## Claimant Representatives

A. Harout Samra
   DLA Piper LLP (US)
   70523FL
   200 South Biscayne Boulevard, Suite 2500
   33131 Miami FL
   305-423-8500
   harout.samra@us.dlapiper.com

## 4. Respondent(s)

1.
   Mohawk Energy, LLC c/o Anna Stewart Whites
   327 Logan Street
   40601 Frankfort KY
   502-352-2373
   annawhites@aol.com

## Respondent Representatives

A. Anna Whites
   Anna Whites Law Office PLLC
   327 Logan Street
   40601 Frankfort KY
   502-352-2373
   annawhites@aol.com

## 5. Nature of Dispute

See attached Demand for Arbitration.

Amount in Controversy $

- Exhibit G Letter of Intent.pdf    Exhibits
- Exhibit H Premises Spec..PDF    Exhibits
- HBTPower v Mohawk - Demand for Arbitration (final).pdf    Other
- Exhibit A License Agreement.pdf    Exhibits
- Exhibit B Cease and Desist Letter.pdf    Exhibits
- Exhibit C Respondent's Response to Cease and Desist Letter.pdf    Exhibits
- Exhibit D Verified Complaint.pdf    Exhibits
- Exhibit E TRO.pdf    Exhibits
- Exhibit F ANSWER_to_1_Complaint_Response_to_Motion_for_TRO_C.pdf    Exhibits

## 6. Agreement

Please see Section 20(a) of the License Agreement attached as Exhibit A.

## 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION

## 8. Submission information

| | |
|---|---|
| Name | Harout Samra |
| Address | 200 South Biscayne Boulevard Suite 2500 |
| Zip Code | 33131 |
| City | Miami |
| State | FL |
| Phone | 3054238500 |
| E-mail | harout.samra@us.dlapiper.com |