**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-00628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| **MOHAWK ENERGY, LLC,** | ) | **COMPEL ARBITRATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having read and considered the Motion to Compel Arbitration filed by Plaintiff HBTPower Limited ("HBTPower") in the above-styled action ("Motion"), in response to Defendant Mohawk Energy, LLC's ("Mohawk") Answer and Counterclaim [DE 14] ("Counterclaim"), including all memoranda and evidentiary submissions filed in connection with the Motion, and having found that all of the prerequisites for enforcement of Plaintiff HBTPower's agreement to arbitrate under the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*. ("FAA") are satisfied, and that all of the claims asserted in this action fall within the scope of the arbitration agreement between the parties, and for good cause shown,

IT IS HEREBY ORDERED:

1. that HBTPower's Motion to Compel Arbitration be, and is granted;

2. that all counterclaims asserted in the above-styled action by Mohawk be submitted to binding arbitration in accordance with the parties' arbitration agreement; and

3. that Mohawk's counterclaims against HBTPower be, and hereby are, dismissed.