UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HBTPOWER LIMITED, | ) |
| Plaintiff, | ) Civil Action No. 3:23-CV-628-CHB |
| v. | ) |
| MOHAWK ENERGY, LLC, | ) **MEMORANDUM OF TELEPHONIC** |
| | ) **STATUS CONFERENCE AND ORDER** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A telephonic status conference was held in this matter on December 5, 2023, before the Honorable Claria Horn Boom, United States District Judge. The Court's official reporter was Terri Horton. The following parties participated in the telephonic status conference.

For the Plaintiff HBTPower Limited:

   Hara J. Samra, Retained
   Lindsey Howard Meares, Retained
   Palmer G. Vance II, Retained

For Defendant Mohawk Energy, LLC:

   Anna Stewarts Whites, Retained

The Court discussed the status of the case with the parties. Based on the discussion with the parties, and the Court being sufficiently advised,

   **IT IS HEREBY ORDERED** as follows:

   1. The parties **SHALL** file a joint status report that informs the Court whether the parties have reached an agreement that would resolve the pending request for temporary restraining order, [R. 1], [R. 16], **no later than December 8, 2023 by 12:00 p.m**.

   2. The parties **SHALL** email a copy of the joint status report to the Court's case manager at john_slone@kywd.uscourts.gov.

3.    If the parties advise through their notice that they have reached an agreement, then by **5:00 PM on Monday, December 11, 2023**, the parties **SHALL** file a proposed schedule that includes deadlines for any expedited discovery and briefing related to the pending request for preliminary injunction, [R. 1].

4.    If the parties are *not* able to reach an agreement, the parties **SHALL** be prepared for a telephonic status conference that will be set for later on Friday, December 8, 2023.

This the 6th day of December, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    counsel of record

Court Time: 00/20
Court Reporter: Terri Horton