# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HBTPOWER LIMITED )
 )
   *Plaintiff,* )
 )     Case No. 3:23-cv-00628-CHB
v. )
 )
MOHAWK ENERGY, LLC )
 )
   *Defendant.* )

## AFFIDAVIT OF MOHAWK OPERATIONS MANAGER

Comes the Affiant, Dustin Rogers, having been duly sworn, and states and alleges as follows.

    1. Affiant is the operations manager for Mohawk Energy, LLC's facility in Jenkins, Kentucky and has specific bitcoin mining machine experience and training.

    2. Affiant worked directly with Wang Yangping on site at the Mohawk plant.

    3. Wang Yangping required translation assistance during any in-dept conversations with Mohawk staff, including the undersigned.

    4. Mohawk used electronic translation devices and the assistance of a Chinese born Mohawk member to aid in its communications with Wang Yangping.

    5. Affiant was present during many conversations between the seller of the Mohawk property, Mohawk member Rick Cole, Mohawk members, and Wang Yangping. Wang Yangping was fully aware that Mohawk was paying monthly purchase payments for its ownership of the facility.

    6. Affiant aided and directed Wang Yangping in storing the older outdated mining machines in the warehouse at the facility.

    7. Mohawk did not need and did not plan to use the older, outdated machines.

    8. Wang Yangping directed and aided in the building of "boxes" to hold the newer machines for mining purposes and installed some of the newer machines for that purpose.

    9. Affiant Showed Wang Yangping single hole cutouts that would fit for the older machines, but he instructed that those machines would not be used at all and that they would only use the newer typer machines at this location.

    10. Wang Yangping did not create "boxes" or sites for any older machines to be used for mining.

    11. Wang Yangping made repeated statements that HBTPower Limited would bring only the best to this site as it was going to be their first big start in the US.

12. Based on discussions between Affiant and Wang Yangping, Huobi knew the older machines were too expensive to run and make a profit from in the current market and did not intend to use those.

13. Based on Affiant's knowledge and experience, the older machines are considered outdated in the bitcoin mining marketplace, and the newer machines on site are also not the best or the newest or the latest and greatest.

14. The older and outdated machines stored by Huobi at the Mohawk site are not considered "highly specialized" machines.

15. The older and outdated machines did not have specific programming usable only by Huobi.

16. Any buyer can replace the older machines with similar or identical machines as those are available in the marketplace to anyone.

17. Based on Affiant's discussions with Wang Yangping, Wang Yangping made the comment many times that the older outdated machines are "worthless" and must be sold ASAP or risk not finding a buyer.

18. Affiant had informed Wang Yangping on many occasions that the site was ready for power so they could start their ramp up schedule, Wang Yangping would each time delay and would refuse giving the ok to move forward with power.

19. Affiant had informed Wang Yangping of the current power rate of 6.09 at the time of discussions that it is profitable at this rate. Further more Wang Yangping was told each time and up till the very last minute that if he allowed us to sign and engage the EDR that the price would be further brought down to 4.4 cents under the 4.75 he was hoping for.

20. Affiant had informed HBTPower Limited of more highly specialized machines than what they currently have.

Further, Affiant sayeth naught.

*Dustin Rogers*
Dustin Rogers, Mohawk Operations

Signed and sworn before me in the city of _Jenkins_, county of _Letcher_, this the 6th day of December, 2023, by Dustin Rogers.

*April Moore*
Notary Public