# EXHIBIT 2

**ANNA STEWART WHITES**
*Attorney at Law*
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

Hon. Lesley Owen
Keuler, Kelly, Hutchins, Blankenship & Sigler, LLP
100 S. 4th St.
Paducah, KY 42001

August 24, 2023

      Re:  Huobi and Mohawk Lease Agreement

Dear Lesley:

      Thank you for your letter of August 23, 2023.  Let me clarify that the EDR has not been signed.  While we will give Huobi the benefit of the doubt that this was a mistake by whomever shared that with you, any further misrepresentation of Mohawk's activities will be taken very seriously.

      As Huobi requested earlier, Mohawk negotiated with the power company for a slower start/smaller volume of machines than originally agreed upon and are awaiting Huobi's clarification as to that volume and schedule for the start date.  Huobi has had three (3) weeks to provide that update to Mohawk and the power company and has not done so.  It is likely that the power company will soon rescind its offer to modify the contracted for ramp up.  Mohawk will accept whatever concrete date Huobi would like to begin, but we need Huobi to identify a date certain as soon as possible.

      Various payment delays by Huobi significantly adversely impacted the project, causing contracted for equipment to be sold to other parties and new purchase agreements to be negotiated, additional fees to be incurred by Mohawk, expenditure of significant additional time and money by Mohawk to locate and procure replacement equipment. These ongoing delays are causing Mohawk significant financial damages.

      Throughout the parties' working relationship, Mohawk has stayed in daily contact with Huobi personnel on site and via weekly or more frequent zoom meetings with Huobi leadership. Mohawk even provided Huobi staff with housing on site at the facility so that they could be integrally involved in the day-to-day decisionmaking and fit-up.  They watched all the Mohawk activities, even taking pictures of construction daily.

Huobi has been aware of and either caused, requested or agreed to each modification of the parties' agreement during this past year. Huobi cannot now, a year into the Agreement, retroactively demand compliance with the original terms that it has voluntarily modified during the course and scope of the parties' relationship.

You have requested "documentation" of matters that are either not required by the original Agreement between the parties, were modified after express agreement of the parties, or have been voluntarily waived by Huobi.

Huobi is demanding a "bill of sale" for Mohawk's equipment purchased at Huobi's request as part of the facility fit-up. Huobi is a tenant on the Mohawk property, which provided funds to greatly modify the site to fit Huobi's express and particular needs. That has been done, at great additional expense to Mohawk. Huobi cannot demand a "bill of sale" for the public utility portion of the facility such as the substation or of items which have been permanently installed at the facility and are part of the property. Huobi does not own those fixtures or modifications to the property. Huobi demanded specific property fit-up as a condition of the lease with Mohawk, and Mohawk did everything in its power to ensure that the property was ready to meet Huobi's particular needs. Mohawk has tied up its property, staff, owners and investors for a year to further Huobi's needs, and it is now time for the delays to cease and mining to commence.

The Agreement mandates that Huobi insure its miners and the risk element created by the transformers/substation that it required Mohawk to have installed. That does not mean that Huobi "owns" a utility substation in Eastern Kentucky, it is just required to cover any liability or loss risk caused by the substation and transformers it required Mohawk to purchase and install. Huobi continues to stall in fulfilling this requirement, forcing Mohawk to expend significant funds on a Huobi duty expressly assigned to and agreed to. We expect proof of insurance to be provided by 9/1.

Huobi also demands "lien waivers" from Mohawk's vendors. Mohawk does not have liens on the fit-up or fixtures. Despite Huobi's status as a tenant, Mohawk has been transparent with Huobi about cost, the result of various delays in purchasing the equipment due to Huobi's refusal to timely pay for millions of dollars worth of supplies, and Mohawk's ongoing actions to reduce or control costs by providing fabrication, shipping and transport itself. Huobi has seen every purchase order, bill, and modification for each major item used in the requested fit-up, and has been integrally involved in determining what equipment should be purchased and installed. Mohawk has had to expend time and significant funds of its own not originally allocated to this project in order to meet Huobi's changing requirements and to cope with Huobi's payment delays. Mohawk has done so in the interest of good faith and fair dealing required under Kentucky law.

Lastly, Huobi demands documentation that Mohawk holds "fee simple" title to the property. Huobi has been aware from the beginning that Mohawk has a land contract agreement with the original property owner, who is a Mohawk shareholder and sold the property at documented fair market value to Mohawk. Huobi has received the seller's assurance that Mohawk is current with its purchase payment duties and will receive a deed when all required monthly payments are completed. Huobi consented to this arrangement from the beginning and has interacted repeatedly with the seller throughout the term of the parties' working relationship. Again, Mohawk has gone above and beyond what is required of a landlord to a tenant in an attempt to make sure that Huobi has all relevant information at every stage of the project.

We look forward to Huobi's naming a start date for the mining, and provision of proof of insurance. Please make sure your clients are aware of the costs being incurred by Mohawk as a result of their ongoing delays and missed payments. Mohawk has been very patient but is now reaching the end of any extensions it can offer Huobi.

Sincerely,

Anna Whites