# EXHIBIT 3

12/6/23, 8:19 AM

Subject:  **Re: Mohawk Energy debt**
Date:     3/8/2023 12:56:50 PM Eastern Standard Time
From:     wangyangping@hb.co.kr
To:       annawhites@aol.com, derrick.lui@newhuotech.com
Cc:       derrick.lui@huobitech.com, brandon@mohawkenergy.net

Due to the receiving bank's reasons, the previous payments were all returned. I have also communicated with Mr. Brandon, and re-remitted 3 months of rent and labor costs totaling 270,000 US dollars on March 3, 2023 (in the attachment  It is the payment certificate), and I am currently waiting for Brandon to confirm whether it has arrived. As of today, I have not received any reply. I hope you will give a reply after checking the bank account. We have already consulted the remittance bank, and they told us that the previous several refunds were the reason of the beneficiary bank, and hope that you can communicate with the beneficiary bank and inform us that the money has been remitted.  In addition, the next payment date is March 21, 2023, so after the payment of 270,000 US dollars this time, there will be no other payments, and we have no unpaid 360,000 US dollars.In order not to affect the follow-up cooperation, please inform us as soon as possible whether you have received the remittance of 270,000 US dollars.

Get Outlook for iOS

---

**From:** annawhites@aol.com <annawhites@aol.com>
**Sent:** Monday, March 6, 2023 12:45:49 PM
**To:** derrick.lui@newhuotech.com <derrick.lui@newhuotech.com>
**Cc:** 王阳平 <wangyangping@hb.co.kr>; derrick.lui@huobitech.com <derrick.lui@huobitech.com>; brandon@mohawkenergy.net <brandon@mohawkenergy.net>
**Subject:** Mohawk Energy debt

Folks:  I am following up on my email to Derrick from last week.  Huobi is now four (4) months behind on the monthly payment of labor and rent.  That total is $90,000 a month, for a past due total of $360,000.  Late fees will be applied to the balance after 3/10/23 unless you work out a payment plan with Mr. Smith.

Mohawk has been paying for those but requires reimbursement at your earliest convenience.

Please reach out to me with any questions.

*Anna Stewart Whites*
*Anna Whites Law Office*
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 229-1063(cell)

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments.  Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.