UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **Civil Action No. 3:23-CV-00628-CHB** |
| vs. | ) |
| | ) |
| **MOHAWK ENERGY, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 6, 2023 Order (Doc. No. 18), Plaintiff HBTPower Limited ("HBTPower"), by counsel, and Defendant Mohawk Energy, LLC (together with HBTPower, the "Parties"), by counsel, submit the following Joint Status Report to advise the Court that the Parties have reached an agreement that would resolve the pending request by HBTPower for temporary restraining order (Doc. No. 16). The Parties submit for the Court's consideration the accompanying Proposed (Stipulated) Order, which reflects the Parties' agreement to maintain the status quo until a decision is reached by the Court on the pending request for preliminary injunction and a proposed briefing schedule related to same.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile


By:/s/ Lindsey H. Meares
Palmer G. Vance II
Lindsey H. Meares

and

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

*Pro hac vice* admission granted.

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

HAVING SEEN AND AGREED:

Anna Stewart Whites
Anna Whites Law Office
P.O. Box 4023
Frankfort, KY 40601
E: annawhites@aol.com

BY: */s/* Anna Stewart Whites (with permission)
Anna Stewart Whites

COUNSEL FOR DEFENDANT,
MOHAWK ENERGY, LLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system on the 8th day of December, 2023, which will serve an electronic copy to all attorneys of record.

                                          /s/ Lindsey Howard Meares
                                          Lindsey Howard Meares
                                          Attorney for Plaintiff