UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HBTPower Limited, | ) |
| Plaintiff, | ) Civil Action No. 3:23-CV-628-CHB |
| v. | ) **ORDER** |
| Mohawk Energy, LLC, | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Status Report, [R. 21]. The parties advise that they have reached an agreement that resolves Plaintiff HBTPower Limited's requests for a temporary restraining order. *See* [R. 1; R. 16]. The Court having reviewed the Joint Status Report, [R. 21], and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Temporary Restraining Order, [**R. 16**] is **DENIED as moot**.

2. Plaintiff may file its Motion for Preliminary Injunction on or before **December 18, 2023**.

3. Defendant shall file its response on or before **January 8, 2024**.

4. Plaintiff may file a reply to Defendant's response on or before **January 15, 2024**.

5. The Court will set a preliminary injunction hearing by separate order.

This the 11th day of December, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record