## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| vs. | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC,** | ) | |
| | ) | **MOTION OF PLAINTIFF,** |
| Defendant. | ) | **HBTPOWER LIMITED, FOR** |
| | ) | **PRELIMINARY INJUNCTION** |
| | ) | |

Plaintiff HBTPower Limited ("HBTPower"), having filed its Verified Complaint (DN 1) in this matter, and having memorialized a standstill agreement with Defendant Mohawk Energy, LLC ("Mohawk") (HBTPower and Mohawk are referred to collectively herein as the "Parties") in the Joint Status Report (DN 21-1) with regard to the Bitcoin mining machines delivered by HBTPower to 1004 Gateway Industrial Park, Jenkins, Kentucky ("Premises"), Plaintiff hereby respectfully moves the Court for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65, against Mohawk. Specifically, pending adjudication of the Parties' claims by a competent arbitral tribunal, HBTPower seeks a preliminary injunction: (1) restraining and enjoining Mohawk, including its employees, agents, principals, and those acting in concert or participation with it from improperly selling, disposing of, encumbering, assigning or using all or some of HBTPower's 2,276 Bitmain Antminer S19 Pro and S19j Pro series Bitcoin mining computers (the "S19 Series Miners"); (2) directing Mohawk to provide complete accounts with itemized particulars for Mohawk's sale of HBTPower's 2059 units of m30 and m31 series Bitcoin

mining computers (the "M Series Miners"), including proof of payments received and where such funds were utilized; and (3) directing Mohawk to escrow all funds and consideration received by Mohawk from the sale of HBTPower's M Series Miners that has already taken place.

As grounds for this Motion, HBTPower states that Mohawk has already improperly sold or converted HBTPower's M Series Miners. Absent an injunction, Mohawk or its agents will attempt to sell, convert, or dispose the S19 Series Miners. Mohawk has no lawful title or claim over the S19 Series Miners. The S19 Series Miners are practically impossible to procure or replace on the same scale in the current market in a timely manner. The harm to HBTPower will be irreparable if injunctive relief is not granted. No third parties will be adversely affected by the injunction and the injunction would be in the public's interest. In support of this Motion, HBTPower submits the accompanying memorandum in support of this motion for preliminary injunction, a proposed order granting preliminary injunction, and accompanying declarations in support thereof.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile


By: /s/ Lindsey H. Meares
    Palmer G. Vance II
    Lindsey H. Meares

and

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

Admitted *Pro hac vice*.

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

- 2 -

## CERTIFICATE OF SERVICE

I certify that on December 18, 2023, I served the foregoing via CM/ECF, which will send all parties of record a notice of electronic filing, including the following:

Anna Stewart Whites
Anna Whites Law Office
327 Logan Street
P.O. Box 4023
Frankfort, KY 40601
E: annawhites@aol.com
COUNSEL FOR DEFENDANT,
MOHAWK ENERGY, LLC

/s/ Lindsey H. Meares
*Counsel for Plaintiff,*
*HBTPower Limited*