# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-00628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC,** | ) | **SECOND DECLARATION OF WANG** |
| | ) | **YANGPING** |
| Defendant. | ) | |
| | ) | |

Comes now the Declarant, Wang Yangping, and declares under penalty of perjury under the laws of the United States that the following statements are true and correct:

1.      My name is Wang Yangping. I am over the age of eighteen, and in my capacity as stated, I have personal knowledge of the facts contained herein.

2.      Prior to this Declaration ("Second Declaration"), I have also tendered another Declaration on December 5, 2023 ("First Declaration").  I incorporate herein by reference, as if set forth fully herein, the contents of the First Declaration.

3.      I have limited proficiency in English language. The contents of this Second Declaration, as well as the First Declaration, have been drafted under my instructions, and read and explained to me by bilingual counsel in Chinese.

4.      My appointment as the authorized representative of HBTPower is also confirmed by its Board Resolution dated December 18, 2023. A copy of HBTPower's Board Resolution is attached hereto as **Exhibit A**.

***HBTPower is a Party to the License Agreement***

5.      As explained in the First Declaration, HBTPower is an indirect non-wholly owned British Virgin Islands-based subsidiary of Sinohope Technology Holdings Limited (formerly

1

known as New Huo Technology Holdings Limited or Huobi Technology Holdings Limited), a technology solution service provider, offering a variety of services in virtual asset ecosystem, such as asset management, trust and custodian businesses and cryptocurrency trading.

6.      Since October 2022 Huobi Technology Holdings Limited ("Huobi Tech") has changed its name twice; first to "New Huo Technology Holdings Limited", and then to its current name "Sinohope Technology Holdings Limited" ("Sinohope"). As a company listed on the Stock Exchange of Hong Kong Limited ("SEHK"), with stock code 1611, Sinohope's relevant announcements are published on SEHK's website from time to time, including those in relation to its change of name. Prints from www.hkexnews.hk showing changes in name from Huobi Technology Holdings Limited to Sinohope are collectively attached hereto as **Exhibit B**.[1] Even a simple Google search on Huobi Tech or Sinohope shows that Huobi Tech's name has been changed to Sinohope.

7.      The sole members of HBTPower are Sinohope and Mcore Limited. Mcore Limited is owned by Avenir Cayman Holdings Limited ("Avenir"). Avenir had two main branches: Huobi Global Limited and Sinohope. Huobi Global Limited held several mining machines, which HBTPower acquired. HBTPower was established under Sinohope. In 2023, Avenir decided to directly hold HBTPower Limited. On August 25, 2023, public announcements in this regard were made, and the transaction is under way.

8.      HBTPower entered into the License Agreement with Mohawk, pursuant to which Mohawk received more than $12,000,000 in cash, and the mining machines were delivered at the Premises. HBTPower has always been the entity with which Mohawk contracted and is now before the Court to seek protection of its rights and the property delivered at the Premises.

---

[1] These can also be accessed at 2022102800997.pdf (hkexnews.hk) and 2023091801225.pdf (hkexnews.hk).

9.      At the end of June 2022, Mohawk informed HBTPower that it would initially set up the power in stages and would be in a position to get 7MW of power quickly.

10.     Following this, HBTPower completed delivery of the 2,059 m30 and m31 series Bitcoin miners to the Premises ("M Series Miners"). Mohawk and HBTPower had specifically agreed in the License Agreement to use m30, m31 and Bitmain Antminer S19 series crypto mining machines.

11.     After the M Series Miners were shipped, I noted that the Premises was not properly constructed and did not have the power connection to support Bitcoin mining.

12.     On several occasions between November 2022 and January 2023, Mohawk baselessly threatened to charge "Equipment Storage" fees for the M Series Miners on the pretext that they were "outdated." See November 30, 2022 Letter attached as **Exhibit C**; see also January 8, 2023 Letter attached as **Exhibit D**. However, Mohawk had specifically agreed to HBTPower's use of the M Series Miners in the License Agreement.

***Mohawk's Construction was Delayed***

13.     The License Agreement required Mohawk to complete the construction within three (3) months from the date the Parties executed the License Agreement (*i.e.*, by September 1, 2022). However, in October 2022, Mohawk provided a 10-week construction plan and assured HBTPower that the construction on the Premises would be completed by December 2022. This was four (4) months beyond the contractually-agreed timeline.

14.     While the Premises was provisioned for cutout holes for the M Series Miners, HBTPower could not use them because construction on the Premises was significantly delayed and there was no power connection to use any mining machines.

15.     Around the same time, Mohawk repeatedly insisted that HBTPower pay $5,000,000 towards construction and equipment, which included transformers and substations to be used for Bitcoin mining activities. HBTPower paid this amount to Mohawk on October 13, 2022 with the understanding that it would help accelerate the construction.

16.     By November 2022, Mohawk was already three (3) months behind schedule for completion of construction at the Premises and had already received in excess of $5,800,000 from HBTPower, but failed to provide complete pro forma invoices for all the equipment Mohawk purchased on HBTPower's behalf, which it was required to do under the License Agreement as a prerequisite to receive any payments from HBTPower.

17.     By January 2023, HBTPower had paid over $7,700,000 to Mohawk for completing construction and installing the electrical equipment required to carry out Bitcoin mining activities. The cap for these expenses was contractually set at $8,000,000. Despite repeated requests, Mohawk has continued to refuse to provide all pro forma invoices to support these payments, all of which HBTPower timely made.

18.     From March 2023 on, HBTPower delivered 2,276 units of Bitmain Antminer S19j Pro and Bitmain Antminer S19 Pro ("S19 Series Miners") to the Premises. HBTPower had contractually agreed to use the S19 Series Miners, along with the M Series Miners, on the Premises.

19.     Of the 2,276 S19 Series Miners delivered to the Premises, 1,224 of them were unboxed and placed on racks awaiting the Delivery Date and the commencement of mining activities, with the remaining 1,052 still in boxes and stored on the Premises,. Photographs showing boxes and racks containing the S19 Series Miners stored on the Premises are collectively attached hereto as **Exhibit E**.

**Mohawk Made Misrepresentations About the Power Supply Contracts**

20.     Before execution of the License Agreement, I understood its terms to mean that Mohawk and KPC had already executed a contract for power supply for Bitcoin mining activities and that Mohawk was now only working on amendments to the power supply agreements for Mohawk to achieve all the discounts and affordable power supply that it had committed to HBTPower, including an "Economic Development Rider" ("EDR") for the Premises.

21.     Instead of providing updates on power supply rates and up-to-date executed contracts with KPC, Mohawk's counsel, Ms. Anna Whites, indicated that she would begin indirectly charging legal fees to HBTPower through Mohawk for her negotiations with KPC.(See Exhibit C (Nov. 30, 2022 Letter).) At that point, HBTPower had not even seen the power supply agreements with KPC and there was still no power connection in place on the Premises for mining activities. I did not understand why Mohawk would lie about the power supply agreements with KPC and then threaten to charge for Mohawk's contractual obligation to deal with KPC.

22.     On December 15, 2022, Ms. Whites provided an update on power supply contracts with KPC, as well as an update on KPC's receipt of deposit which was made in June 2022. See December 15, 2022 Email attached as **Exhibit F**. Ms. Whites assured HBTPower that Mohawk would apply for additional discounts from KPC, including but not limited to the EDR and other state and county discounts. However, Ms. Whites also stated that she and Brandon D. Smith had worked hard to make sure that we had all the information in relation to the power supply and indicated that Mohawk may have to charge for the time it spends answering power-related questions. I did not understand why Mohawk would threaten to charge extra to perform its contractual obligation to make the power supply available at the agreed-upon rate.

23.     On December 19, 2022, Brandon D. Smith shared executed power supply agreements between Mohawk and KPC.  The agreements were executed on December 19, 2022, and not in May or June 2022 as represented in the License Agreement. If I had known that Mohawk did not already have power supply agreements in place, HBTPower would not have signed the License Agreement.

24.     By early June 2023, only one out of the six sections on the Premises was equipped with infrastructure for Bitcoin mining activities. HBTPower even agreed to place 1,224 mining machines on trial to apply for the EDR. However, Mohawk informed HBTPower that KPC would require a bond in an excessive amount for the EDR. Mohawk had never before informed HBTPower of such a requirement, including before or at the time of the License Agreement's execution.

25.     HBTPower refused to pay a huge amount towards a bond requirement, in addition to what it had already contractually agreed. Mohawk never completed the negotiations regarding the bond with HBTPower.

26.     In August 2023, the effective rate of power consumption for Bitcoin mining at the Premises was $0.0832/kWh, which was nearly twice the contractually agreed-upon rate of $0.047/kWh and would not have been profitable for HBTPower.  On August 10, 2023, I reiterated to Mohawk the need for the EDR.

27.     I insisted Mohawk provide the exact effective rates and components of power supply, in case HBTPower were to proceed with the signing of the EDR. Mohawk did not provide any of the requested information.

6

### *Mohawk Did Not Own the Premises*

28.      In August 2023, after I learned that Mohawk did not actually own the Premises, I inquired about ownership documents of the Premises. Mohawk's President Brandon D. Smith told me that Mohawk had purchased the Premises from Mr. Rick Cole. On August 10, 2023, Mohawk's counsel informed in writing that "Counsel and Mr. Cole are working out the property rights document." See August 10, 2023 Email Chain collectively attached as **Exhibit G**.

29.      In September 2023, Brandon D. Smith informed me that Mohawk was engaged in a dispute with Mr. Cole regarding the proper paperwork for the Premises.

30.      Mr. Cole also approached HBTPower directly to enter into an agreement with him to use the Premises. HBTPower refused to do so.

31.      Mohawk has never provided any proof whatsoever of its ownership of the Premises or any documentation that Mohawk was otherwise in the process of acquiring the Premises.

### *Mohawk Ousted HBTPower from the Premises and Refused to Return its Miners*

32.      In October 2023, when Mohawk ousted HBTPower from the Premises, Mohawk refused to allow HBTPower to remove its M Series Miners and S19 Series Miners from the Premises. HBTPower could have used its M Series Miners elsewhere if it had known that Mohawk changed its mind about the efficacy of those machines. HBTPower could also have used its S Series Miners elsewhere if Mohawk had not refused to return them.

33.      It is practically impossible to replace the same Miners that Mohawk has refused to return to HBTPower, and the timeframe required to assimilate this number of Miners is extremely cost-intensive and unprofitable.

34.      Each time that HBTPower has insisted Mohawk perform its obligations, Mohawk's counsel has threatened HBTPower with extra-contractual charges.

35.     Section 5 of the License Agreement requires Mohawk to seek HBTPower's confirmation that the "Licensor's Work" [Mohawk's] was completed in a manner satisfactory to HBTPower. Mohawk has never sought HBTPower's confirmation in terms of Section 5 of the License Agreement regarding completion of "Licensor's Work" at the Premises.

36.     HBTPower has not waived any conditions set forth in Section 3(b) of the License Agreement.

37.     By July 2023, Mohawk had paid $1,260,000 in rent and labor charges to Mohawk, even though Mohawk was not entitled to a single dollar beyond the first payment of $90,000 towards rent and labor. HBTPower agreed to pay the rent based on Mohawk's misrepresentation that it owned the Premises outright and therefore had the ability to grant HBTPower an exclusive license to use the Premises, to safeguard HBTPower's Miners and equipment, and to complete the power supply at the Premises. HBTPower also showed a good faith gesture by making advance payments with the hope that Mohawk would promptly secure power supply at the Premises and negotiate the agreed upon power supply rate. HBTPower did not stop making payments until it realized that Mohawk was not serious about its obligations under the License Agreement.

38.     Without investing its own funds, Mohawk used HBTPower's resources to equip the Premises with most of the infrastructure required to carry out Bitcoin mining activities, caused HBTPower to deliver 4,335 Bitcoin mining machines to the Premises, earned $1,260,000 in rent and labor charges that were not due, failed to perform any of its material obligations under the License Agreement, and then converted the M Series Miners for its own gain. Now, Mohawk is refusing to return HBTPower's S19 Series Miners.

39.     The only reason HBTPower entered into the License Agreement with Mohawk was to carry out Bitcoin mining in a profitable manner.

40.     Mohawk and its agents collectively made misrepresentations to HBTPower for their individual and collective gains, and HBTPower relied on those misrepresentations when it entered into the License Agreement.

**[SIGNATURE AND ACKNOWLEDGEMENT ON FOLLOWING PAGE]**

I, Wang Yangping, Authorized Representative at HBTPower Limited, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the information contained in this Declaration is true and correct.

*Yangping Wang*

Wang Yangping
Authorized Representative
HBTPower Limited

*California, USA*

EXECUTED IN

*December 18, 2023*

DATE

# EXHIBIT A

# HBTPOWER LIMITED

*(a company registered in the British Virgin Islands with limited liability)*

(the "**Company**")

**WRITTEN RESOLUTIONS OF THE SOLE DIRECTOR OF THE COMPANY PASSED PURSUANT TO THE COMPANY'S ARTICLES OF ASSOCIATION**

## 1.    WRITTEN RESOLUTIONS

These are written resolutions of the sole director of the Company ("**Director**") in accordance with the Company's articles of association (the "**Articles**").

## 2.    DECLARATION OF INTERESTS

**NOTED** that the Director had declared her interests in, and is not barred from voting in respect of any of, the matters referred to in these resolutions in accordance with the Articles.

## 3.    RESOLUTIONS

**NOTED** that, the Company is engaging in crypto mining business in the state of Kentucky of the United States of America.

**RESOLVED** that:

(1)   Mr. Wang Yangping ("**Mr. Wang**"), holder of PRC passport No. EC2120592, be and is hereby approved and appointed as the authorized representative of the Company ("**Authorized Representative**") to represent the Company in any communications, discussions and negotiations, and to take any actions or execute any documents for and on behalf of the Company as Mr. Wang may in his reasonable discretion deem appropriate, in connection with the Company's crypto mining business dispute with Mohawk Mohawk Energy, LLC (the "**Dispute**");

(2)   Such appointment of Mr. Wang as the Authorized Representative of the Company shall be effective for 6 months from October 11, 2023, retrospectively; and

(3)   any actions that have been done or any documents that have been executed by Mr. Wang in connection with the Dispute during the aforesaid effective period be and are hereby ratified, confirmed, and approved in all respects.

Dated: 18 December 2023

_____

Name: WANG Zhuo
Title:  Director

# EXHIBIT B

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# NEW HUO TECHNOLOGY HOLDINGS LIMITED
# 新火科技控股有限公司

*(formerly known as Huobi Technology Holdings Limited)*
*(Incorporated in the British Virgin Islands with limited liability)*
**(Stock code: 1611)**

## CHANGE OF COMPANY NAME, COMPANY LOGO AND COMPANY WEBSITE

Reference is made to the announcements of New Huo Technology Holdings Limited (formerly known as Huobi Technology Holdings Limited) (the "**Company**") dated 13 September 2022 and 13 October 2022 respectively, and the circular of the Company dated 21 September 2022 (the "**Circular**") in relation to, among other things, the proposed change of name of the Company. Capitalised terms used herein shall have the same meanings as those defined in the Circular unless defined otherwise.

**CHANGE OF COMPANY NAME**

The Board is pleased to announce that subsequent to the passing of a special resolution in relation to the proposed Change of Company Name by the Shareholders at the EGM held on 13 October 2022, the Registry of Corporate Affairs in the British Virgin Islands has approved the registration of the new name of the Company and issued the certificate of change of name on 27 October 2022. Accordingly, the English name of the Company has been changed from "Huobi Technology Holdings Limited" to "New Huo Technology Holdings Limited" and the dual foreign name in Chinese of the Company has been changed from "火币科技控股有限公司" to "新火科技控股有限公司" with effect from 27 October 2022. As at the date of this announcement, the Company has applied for the certificate of registration of alteration of name of registered non-Hong Kong company to be issued by the Registrar of Companies in Hong Kong in respect of the Change of Company Name under Part 16 of the Companies Ordinance (Chapter 622 of the Laws of Hong Kong).

**EFFECTS ON THE CHANGE OF COMPANY NAME**

The Change of Company Name will not affect any of the rights of the Shareholders or the Company's daily business operations or its financial position. All existing share certificates of the Company in issue bearing the former name of the Company will continue to be good evidence of legal title to such Shares and will continue to be valid for trading, settlement, registration and delivery purposes. There will not be any arrangement for free exchange of the existing share certificates of the Company for new share certificates printed in the new names of the Company. New share certificates of the Company will be issued under the new English and dual foreign names with effect from 28 October 2022.

**CHANGE OF COMPANY LOGO**

The logo of the Company has been changed to  to reflect the Change of Company Name with effect from 28 October 2022.

**CHANGE OF COMPANY WEBSITE**

The corporate website address of the Company has been changed from www.huobitech.com to www.newhuotech.com with effect from 31 October 2022.

By order of the Board
**NEW HUO TECHNOLOGY HOLDINGS LIMITED**
**Wu Shupeng**
*Executive Director*

Hong Kong, 28 October 2022

*As at the date of this announcement, the Board comprises (1) Mr. Li Lin as a non-executive Director; (2) Mr. Wu Shupeng and Ms. Zhang Li as executive Directors; and (3) Mr. Yu Chun Kit, Mr. Yip Wai Ming and Mr. Ngai Matthew Cheuk Yin as independent non-executive Directors.*

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# SINOHOPE TECHNOLOGY HOLDINGS LIMITED
## 新火科技控股有限公司
*(Incorporated in the British Virgin Islands with limited liability)*
**(Stock code: 1611)**

# CHANGE OF COMPANY NAME,
# COMPANY LOGO AND COMPANY WEBSITE

Reference is made to the announcements of Sinohope Technology Holdings Limited (formerly known as New Huo Technology Holdings Limited) (the "**Company**") dated 3 August 2023, the circular of the Company dated 10 August 2023 (the "**Circular**"), and the poll results announcement dated 31 August 2023 in relation to, among other things, the proposed change of name of the Company. Capitalised terms used herein shall have the same meanings as those defined in the Circular unless defined otherwise.

## CHANGE OF COMPANY NAME

The Board is pleased to announce that subsequent to the passing of a special resolution in relation to the proposed Change of Company Name by the Shareholders at the EGM held on 31 August 2023, the Registry of Corporate Affairs in the British Virgin Islands has approved the registration of the new name of the Company and issued the certificate of change of name on 13 September 2023. Accordingly, the English name of the Company has been changed from "New Huo Technology Holdings Limited" to "Sinohope Technology Holdings Limited" with effect from 13 September 2023. As regards the dual foreign name in Chinese of the Company, it remains unchanged as "新火科技控股有限公司". As at the date of this announcement, the Company has applied for the certificate of registration of alteration of name of registered non-Hong Kong company to be issued by the Registrar of Companies in Hong Kong in respect of the Change of Company Name under Part 16 of the Companies Ordinance (Chapter 622 of the Laws of Hong Kong).

**EFFECTS ON THE CHANGE OF COMPANY NAME**

The Change of Company Name will not affect any of the rights of the Shareholders or the Company's daily business operations or its financial position. All existing share certificates of the Company in issue bearing the former name of the Company will continue to be good evidence of legal title to such Shares and will continue to be valid for trading, settlement, registration, and delivery purposes. There will not be any arrangement for free exchange of the existing share certificates of the Company for new share certificates printed in the new names of the Company. New share certificates of the Company will be issued under the new English and dual foreign names with effect from 18 September 2023.

**CHANGE OF COMPANY LOGO**

The logo of the Company has been changed to  to reflect the Change of Company Name with effect from 18 September 2023.

**CHANGE OF COMPANY WEBSITE**

The corporate website address of the Company will be changed from "http://www.newhuotech.com" to "http://www.sinohope.com" with effect from 25 September 2023.

By Order of the Board
**SINOHOPE TECHNOLOGY HOLDINGS LIMITED**
**Du Jun**
*Executive Director*

Hong Kong, 18 September 2023

*As at the date of this announcement, the Board comprises (1) Mr. Li Lin as a non-executive Director; (2) Mr. Du Jun and Ms. Zhang Li as executive Directors; and (3) Mr. Yu Chun Kit, Mr. Yip Wai Ming and Dr. LAM, Lee G., BBS, JP as independent non-executive Directors.*

# EXHIBIT C

**ANNA STEWART WHITES**
*Attorney at Law*
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

Hon. Derrick Lui
Counsel, Huobi
VIA EMAIL

November 30, 2022

    RE:  Mohawk Energy, LLC

Dear Derrick:

    I am following up on some concerns and outstanding issues related to the work my client Mohawk Energy, LLC has done for Huobi.  Please review these with your client and reach out to me with any questions.

    <u>Partnership with Mohawk/Huobi</u>.  Mohawk has outperformed its duties under the partnership and agreement with Huobi.  Recognizing the cost of the supplies for much of the building fit-up and preparation, Brandon Smith, Mohawk President and company manager, has expended significant time to minimize that cost and avoid delays. This includes, but is not limited to, driving as much as 18 hours over several days to physically pick up transformers so that shipping costs and delays were eliminated; driving a similar distance and providing a cash payment for necessary equipment in exchange for a significant "cash pay" discount on items; eliminating third parties and negotiating directly with suppliers, which saves third party fees and allows for additional prompt pay discounts; fabricating parts rather than paying someone else to fabricate, which eliminates both fabrication costs and fabrication delays; and acting as General Contractor for the construction so that no extra expenses are required for that job duty, and the project stays on track.  In the spirit of partnership, Mohawk did not charge Huobi for Mohawk's time and expertise expended on the project.

    Delays in site preparation are due to Huobi's failure to timely make funds available for purchasing equipment or pay contractors.  Huobi has withheld portions of the total sum it committed to, which has made it impossible for Mr. Smith to buy necessary equipment promptly or to timely pay contractors. The delays in payment damaged the reputation of  Mr. Smith and Mohawk, and make it difficult for Mohawk to get favorable treatment from contractors and suppliers in the future.  Those concerns may not previously have been clearly communicated to Huobi by Sarah Annas, but have now been communicated by Mr. Smith.

    Moving forward, we request that Huobi make the funds necessary to complete site preparation immediately available to Mohawk. If Huobi continues to delay funds, Mohawk will continue to incur unnecessary expenses and may have to pass those costs on to Huobi.  Please let

us know the date for payment by Huobi of the remainder of the funds.

Power Agreement:  The terms of the power agreement and all amendments to that agreement have been accepted by Huobi at each stage of the process.  Sarah Annas was working with/for Huobi during the discussions about rate with Kentucky Power and assured us that Huobi had accepted all documents and rates.

Under the current agreement between Huobi and Mohawk, Mohawk Energy is solely and exclusively the proxy for Huobi with regard to the power company agreement.  Charges for power use are simply passed through Mohawk to Huobi.  Mohawk is not charging any extra fee for those.  Similarly, any rebates, refunds or other reduction in rate from the power company is passed through directly to Huobi.  Mohawk has not required Huobi to share those with Mohawk.  This is unique to Mohawk and is very favorable to Huobi. Huobi should recognize the value of this agreement.

Mr. Wang with Huobi has requested that I reach out to Kentucky Power's counsel for an update on schedule for provision of those final rates.  I have done so and we will stay in communication when those are provided.  If Kentucky Power does not provide those timely, we will file an appeal with the Public Service Commission for breach of agreement and/or misconduct by Kentucky Power. You are copied on my communications with Kentucky Power and their attorney.  Please let me know if there are additional questions Huobi has for the power company.

I have also requested that Kentucky Power's attorney provide us with confirmation that once the substation is in and ready for use, which we expect to be within thirty (30) days, and once all other preparation steps have been taken onsite, Kentucky Power will immediately provide the power we need to begin operating.

Mohawk will deduct legal fees for my work on that issue from future disbursements to Huobi or add this invoice to Huobi for costs expended by Mohawk.

Equipment Storage.  Huobi shipped certain outdated miners to Mohawk's site months ago.  Brandon Smith, Mohawk's President and the sole Manager for the entity had informed Huobi that those miners would not be economical to operate at the site. Because they are not useful under current power rates and bitcoin pricing, Huobi has stored those in Mohawk's warehouse.  Mohawk needs the Huobi to either reclaim those miners and free up warehouse space for Mohawk's use, or to begin paying warehouse rent for that equipment.  Please promptly let us know what you would like to do with regard to this outdated equipment.

Mining Equipment Arrival Date and Inventory.  Mohawk needs an arrival date for Huobi's mining equipment, so that it can ensure that there is both adequate storage for that equipment and staff present to promptly set that equipment up.  Huobi should provide an inventory list and an arrival date promptly.

Please reach out to me with questions or updates.

Sincerely,

Anna Whites

# EXHIBIT D

王阳平                                    **Thursday, October 12, 2023 at 22:19:27 Eastern Daylight Time**

**主题:** ASICS in Mohawk Warehouse
**日期:** 2023年1月8日 星期日 北美东部标准时间 上午8:18:38
**从:**    annawhites@aol.com <annawhites@aol.com>
**至:**    王阳平 <wangyangping@newhuotech.com>, Derrick Lui <derrick.lui@newhuotech.com>
**抄送:** brandon@mohawkenergy.net <brandon@mohawkenergy.net>

There are a significant number of machines in the Mohawk Warehouse that are not of the type that will be used to mine at the KY site.

What does Huobi want to do with those machines?  Mohawk will soon need the warehouse space for other equipment.

If Huobi wants to continue to store the machines at the Mohawk site,  Mohawk will prepare an invoice for monthly storage costs beginning in February, 2023.

Please provide a copy of the insurance policy covering storage of those machines in case of loss.  If Mohawk has to insure the Huobi ASICs, we will need to add the cost of that insurance to the storage charges.

Thanks,

*Anna Stewart Whites*
*Attorney at Law*
 327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 352-6860 (fax)

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments.  Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.

# EXHIBIT E

Racks at the Premises with S19 Series Miners



# EXHIBIT F

王阳平          **Thursday, October 12, 2023 at 22:16:31 Eastern Daylight Time**

---

**主题：** Mohawk Updates

**日期：** 2022年12月15日 星期四 北美东部标准时间 上午9:36:05

**从：** annawhites@aol.com <annawhites@aol.com>

**至：** 王阳平 <wangyangping@hb.co.kr>, derrick.lui@newhuotech.com <derrick.lui@newhuotech.com>, derrick.lui@huobitech.com <derrick.lui@huobitech.com>

**抄送：** wangyangping@newhuotech.com <wangyangping@newhuotech.com>, brandon@mohawkenergy.net <brandon@mohawkenergy.net>

<u>Confirmation of Deposit</u>:  As you saw in the earlier email from KY Power's lawyer that I forwarded yesterday a.m., the Power Company has confirmed the deposit for the power.  They do not send a receipt.  They confirm by email.

<u>Signed Contracts</u>:  The Power Company will send copies of the fully signed contract (with the address correction) to us in the next day or so.  They confirmed yesterday that the contracts are signed.

<u>Rates:</u>  You have copies of the rate estimates from the power company.  As Brandon explained, Mohawk will apply for additional discounts including but not limited to EDR and state and county discounts.  You have received explanations and outlines of those types of additional discounts.  We cannot apply for these until we have hired folks and are operating.

Mohawk (Brandon and legal counsel) have worked hard to make sure you have all the rate information.  We hope that this resolves your questions.  If you have additional questions, Mohawk may have to start charging for the time it spends on answering power questions.  Mohawk is simply a pass through/proxy for Huobi with regard to the power agreement, and Huobi has approved each step of this process.

<u>Next steps</u>:  The most urgent step to take next is to make sure that Brandon has the funds to pay for the switch gear and panels.  Those are ON HOLD with the seller for just a couple more weeks. If we do not pay for them timely, they will sell them to someone else, which will delay us several months.

A problem during the course of the project has been that Mohawk has not been provided with the money in its accounts to buy  equipment when the equipment becomes available.  When we do not have funds to get a cash discount on a purchase, we also end up paying hundreds of dollars more.  Please make those funds promptly available.

<u>Recordings of early meetings between Huobi and Mohawk</u>:  May we have copies for my files of  the early meetings betweens Huobi and Mohawk, from June through November?

Thank you,

*Anna Stewart Whites*
*Attorney at Law*
 327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 352-6860 (fax)

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments.  Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that

any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.

# EXHIBIT G

王阳平                                              **Thursday, October 12, 2023 at 22:22:44 Eastern Daylight Time**

主
题: Re: Wednesday, August 9th meeting

日
期: 2023年8月11日 星期五 北美东部夏令时间 上午6:18:50

从: annawhites@aol.com <annawhites@aol.com>

至: 王阳平 <wangyangping@newhuotech.com>, brandon@mohawkenergy.net
   <brandon@mohawkenergy.net>, dustin@mohawkenergy.net <dustin@mohawkenergy.net>,
   rcole009@hotmail.com <rcole009@hotmail.com>, sarahxu3@gmail.com <sarahxu3@gmail.com>,
   lowen@kkhblaw.com <lowen@kkhblaw.com>

If all you want is documentation of ownership, then the "Bill of Sale" with an attached inventory of the equipment
as an asset list, with the # of machines, value per machine, and total value should be sufficient to allow Mohawk
to use those assets to obtain a bond.

In a message dated 8/10/2023 3:55:10 PM Eastern Daylight Time, wangyangping@newhuotech.com writes:

> I am very happy to receive your email, and Mr. Smith has also synchronized some information with me.
> There are a few points of information I need to clarify.
> 1. The paper agreement is only to be able to apply for EDR. We need to ensure that the actual ownership
> of the machine is Huobi.
>  2. I have made an appointment with Lily for a meeting at 10 am New York time next Monday, and I am
> waiting for her reply. Discuss the issues that need to be resolved before electrification, including the
> method of bond provision, proof documents such as plant ownership and equipment invoices, drafting of
> additional contracts, etc. Once we reach an agreement on these issues, we can advance the EDR signing
> and other issues. After the meeting time is set, I will send the zoom meeting link.Thank you very much.
>
> Get Outlook for iOS
> _____
> **From:** annawhites@aol.com <annawhites@aol.com>
> **Sent:** Thursday, August 10, 2023 3:23:37 PM
> **To:** 王阳平 <wangyangping@newhuotech.com>; brandon@mohawkenergy.net
> <brandon@mohawkenergy.net>; dustin@mohawkenergy.net <dustin@mohawkenergy.net>;
> rcole009@hotmail.com <rcole009@hotmail.com>; sarahxu3@gmail.com
> <sarahxu3@gmail.com>; lowen@kkhblaw.com <lowen@kkhblaw.com>
> **Subject:** Wednesday, August 9th meeting
>
> Thank you for updating us on  Huobi's position.  A few clarifications:
>
> 1.  We all agree that the EDR is necessary to support profit in the mining and that the EDR must be
> filed promptly.  Mr. Smith is working with KY Power to lower the minimum usage in the contract, as
> Huobi has requested.
>
> 2.  The proposed Equipment Transfer Agreement is attached. If Huobi or its counsel have language to
> add, please use "track changes" and we can share the document back and forth.  The transfer
> agreement is just between the parties.  The Bill of Sale would be shared with the bonding entity.
>
> 3.  We are clear with the PSC on next steps.  Once we file the EDR signed by the power company and
> Mohawk, it will be approved automatically within thirty (30) days unless an objection is filed, in which
> case it may take several months to get to final approval.  No further meetings between
> Huobi/Mohawk/Power Company/PSC are required.
>
> 4.  The short list of major expenses you requested is being compiled by Mohawk.  Counsel and Mr.
> Cole are working out the property rights document.
>
> Thanks,

Anna

In a message dated 8/10/2023 12:05:26 PM Eastern Daylight Time, wangyangping@newhuotech.com writes:

I am very happy to receive your mail. I think through yesterday's meeting, we have reached agreement on the following points.
1. We couldn't power it up in this case due to the electricity bill of 8.3 cents without EDR, because it is unprofitable. So we need to get edr to  turn on the machine.
2. Regarding the bond, you hope that Huobi will transfer some of the machines to Mohawk through a paper agreement, and Mohawk will use this part of the machines to the power company as a bond. Mohawk will synchronously supplement the agreement to ensure that the property rights of the machine belong to Huobi. 3. You need to have a meeting with psc to confirm some details before power-on, and then reply to Huobi. Once these issues are determined, You will organize a meeting of Huobi, Mohawk, the power company, and the lawyers of both parties to confirm the detailed plan.
4. Regarding the property rights of the plant and equipment invoices, you will provide them to Huobi lawyers.
I have also shared this information with Lily. Our most important issue at present is how to quickly obtain the EDR, followed by the provision of documents required by the lawyer and the signing of the supplementary contract. I think after there is a reply from psc, we need to sit down and have a meeting as soon as possible to solve the above problems.

Get Outlook for iOS

**From:** Brandon Smith <brandon@mohawkenergy.net>
**Sent:** Thursday, August 10, 2023 10:10:21 AM
**To:** 王阳平 <wangyangping@newhuotech.com>; Dustin Rogers <dustin@mohawkenergy.net>; Anna Whites <annawhites@aol.com>; Rick Cole <rcole009@hotmail.com>; sarah xu <sarahxu3@gmail.com>
**Subject:** Wednesday, August 9th meeting

Sent from my iPhone