# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| HBTPOWER LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>MOHAWK ENERGY LLC,<br>    Defendant. | )<br>)<br>) CASE NO.: 3:23-cv-628-CHB<br>)<br>)<br>)<br>) **DECLARATION OF ADAM C.**<br>) **BAKULA**<br>)<br>) |

I, Adam C. Bakula, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1. I am a Director in the Valuation Advisory group of Stout Risius Ross, LLC ("Stout"). Stout has been retained by DLA Piper, LLP ("counsel") and HBTPower Limited ("HBTPower") to provide services related to ongoing legal matters involving HBTPower.

2. I have been asked by counsel to provide this declaration (this "Declaration") detailing factors relevant to the procurement and prospective operation of approximately 4,300 digital currency mining machines.

**QUALIFICATIONS**

3. I am a Director in the Valuation Advisory group of Stout. Stout is a global investment bank and advisory firm with extensive experience delivering valuation analysis services to a broad range of companies. Stout and its senior professionals have extensive experience and expertise in (a) valuation, (b) the analysis, operation restructuring, and liquidation of business, (c) forensic and fraud investigation, (d) asset tracing, and (e) investment banking.

1

4. I have over ten years of experience in the valuation advisory practice area, primarily focused on the valuation and appraisal of personal property assets for acquisitions, financial reporting, financing, litigation, tax matters, insurance, insolvency and bankruptcy purposes. My relevant experience includes the valuation of approximately 125,000 digital currency mining machines and associated infrastructure, including tens of thousands of machines manufactured by Bitmain (the manufacturer of the S19 model) and thousands of machines manufactured by MicroBT (the manufacturer of the M30 and M31 models). Additionally, I have been retained by clients to perform valuations of digital currency mining operations in China, data centers, and other computing assets. I received my B.S. in Finance from the University of Indiana and hold the designation of Accredited Senior Appraiser with the American Society of Appraisers.

### INFORMATION CONSIDERED AND RELIED UPON

5. In developing this Declaration, I have considered and relied upon certain information provided to me by counsel. It is my understanding that HBTPower acquired 4,335 digital currency mining machines. These machines were comprised of 2,059 MicroBT M30 and M31 models, and 2,276 Bitmain Antminer S19j Pro and S19 Pro models. It is also my understanding that HBTPower entered into an agreement with Mohawk Energy, LLC to develop a digital currency mining facility located in Kentucky. I understand this information to be true and accurate as it was provided to me and have considered this information in documenting factors relevant to the procurement and operation of digital currency mining machines.

### FACTORS RELEVANT TO THE PROCUREMENT AND OPERATION OF DIGITAL CURRENCY MINING MACHINES

6. Based on my vast experience working with operators of digital currency mining businesses and appraising digital currency mining machines, it is my opinion that numerous factors and considerations are involved in the procurement and operation of a commercial scale quantity

of approximately 4,300 digital currency mining machines. As explained further in this Declaration, these factors can require significant investments of time and resources.

**Factors relevant to purchasing machines from a manufacturer**

7.  A common method of procuring new application specific integrated circuits ("ASIC") mining hardware[1] is directly from the equipment manufacturer. Procuring new ASIC mining hardware[2] from a reputable manufacturer requires significant time and effort due to the quickly changing digital currency environment, among other factors. As of the date of this letter, approximately 19 manufacturers of ASIC mining hardware exist globally, mostly in Asia.[3] The process to procure ASIC mining hardware direct from a manufacturer requires an educated buyer to spend time and resources considering a variety of factors:

8.  Initially, time can be spent to evaluate and select a manufacturer and model that best achieves business objectives. Among the various ASIC mining hardware available, significant variation exists in the computing power, efficiency, price, form factor, software, and type of digital currency able to be mined. For example, Bitmain Antminer S19Pro mining units are specifically configured for efficient digital currency mining and specifically tailored for high performance operations. Many different factors such as price, performance, terms of sale, warranty, reliability, and other factors must be evaluated based on what units are available from manufacturers.

9.  Availability and lead time is typically a limiting factor in the procurement process. The most desired ASIC mining hardware requires a lead time from the date of order or can be unavailable at times, due to manufacturers not maintaining significant inventory. Currently, this is the case for Bitmain's Antminer S19k Pro and S21 models. As of the date of this Declaration, the

---

[1] This is the main component of what this Declaration refers to as "digital currency mining machines".
[2] This is the main component of what this Declaration refers to as "digital currency mining machines".
[3] ASIC Miner Value. (n.d.). Directory of companies producing ASIC mining hardware. https://www.asicminervalue.com/manufacturers.

Antminer S19k Pro is Sold Out, making them impossible to purchase from the manufacturer. The Antminer S21 has a shipping date of March 2024 once the order is placed and paid in full.[4] Once orders are fulfilled, a buyer in the United States would still need to wait for overseas logistics to confirm shipping time, which can introduce further delay risks.

10. Pricing, timing, and other terms of sale require an additional consideration of time for negotiations when purchasing ASIC mining hardware from a manufacturer in bulk. More favorable terms than those listed on a manufacturer's website can be reached should the parties engage in negotiation.

11. Once the new ASIC mining hardware is ordered from the manufacturer, additional time, risk, and cost to ship the equipment must be considered. Bitmain and other manufacturers hold the buyer responsible for any custom delays or returned shipment due to lack of proper documentation. Also, a United States buyer is responsible to pay a 25% tariff along with shipping and customs costs.

12. Once the new ASIC mining hardware from a manufacturer is shipped to a specific site, more time and resources are required to unpackage, connect, test, and validate each unit for use. Any defective or broken units will require the buyer to initiate a warranty claim in order to obtain a repair or replacement.

**Factors relevant to purchasing machines on the used market**

13. Similar and different factors must be considered should an educated buyer try to procure a quantity of over 4,000 used ASIC mining hardware for use at a specific site in the United States.

---

[4] Bitcoin AntMiner. Bitmain. (n.d.). https://shop.bitmain.com.

14. A buyer could spend considerable time before identifying a single seller or a group of sellers with the available (or collectively available) quantity of specific model and condition equipment. Brokers, liquidators, owners, and resellers of used ASIC mining hardware are located worldwide and have varying levels of inventory based on the dynamic digital currency markets, advancements in ASIC mining equipment technology, and other supply and demand related factors. More specifically, the overall conditions of the cryptocurrency market, especially the price of Bitcoin, significantly impacts the demand for new hardware. When prices are high, there is increased interest in mining, leading to higher demand for miners.

15. Once a prospective seller is identified, a buyer will assess the legitimacy, functionality, and performance of the machines through measures such as in-person visits, testing and validation procedures, and review of documentation.

16. The purchasing process is typically the product of a negotiation between buyer and seller with each party looking to obtain the most favorable terms and pricing. Documentation such as purchase contracts and other agreements are then reviewed and executed by both parties.

17. If a successful transaction occurs after a negotiation, the machines would be transported from the seller's location to the buyer's location. Depending on the locations of buyer and seller, this process can require a complex logistical operation involving multimodal transportation, importation, and delivery to the final location.

18. In the event that a transaction is unsuccessful, a buyer would incur additional investments of time and effort to find a suitable seller. The buyer may also be susceptible to risk resulting from price movements in equipment over time and the delay of their future mining activities.

19. Once the ASIC mining hardware is shipped to a specific site, more time and resources are required to unpackage, connect, test, and validate each unit for use.

**Factors relevant to location and installation of machines**

20. Operating large quantities of digital currency mining machines typically requires purpose-built supporting infrastructure including a building or shelter to house the equipment, electrical distribution (and in certain cases generation) infrastructure to power the equipment, cooling utilities to manage the temperature of the equipment, racking on which to install the equipment, and network infrastructure to connect the equipment to the internet. Developing a facility internally or locating a suitable site operated by a qualified third party requires significant time and investment.

21. Prior to constructing a facility, a digital currency mining company ("company") first performs an evaluation of sites based on a multitude of factors. Location specific factors such as availability and cost of land, availability of labor and contractors, local material costs, state and local tax rates, availability of economic incentives, availability and pricing of electrical power, and anticipated climate are assessed in the process of selecting a suitable site.

22. After selecting a location, a company may manage the construction process internally or may partner with a third-party contractor or developer to construct the facility. When partnering with a third-party contractor or developer, a company will typically perform due diligence to assess the contractor's qualifications, experience, fees, and background.

23. During the construction phase, several activities are required including oversite of the building process, project planning, scheduling and coordination, managing subcontractors, and funding the construction activity. In my experience, the investment required for a company to internally construct a digital currency mining facility can be several million dollars depending on the scale and electrical infrastructure requirements of the operation.

24. Operators of digital currency mining companies also have the option to locate machines at sites which are owned and operated by third parties. These sites contain the infrastructure required to operate digital currency mining machines and charge machine owners' fees for the use of their facilities. In considering a suitable third-party site, companies will perform due diligence on third-party site owners, assess fee arrangements and structure, negotiate fees, enter into contractual arrangements, manage the logistics of transporting machines to third-party sites, validate their machines are installed and operating properly, and commence their digital currency mining operations.

## **CONCLUSION**

25. Based on my experience, the foregoing factors related to the procurement and operation of a commercial scale quantity of digital currency mining machines introduce significant complexity, capital investment, and time requirements for digital currency mining businesses.

26. Unless otherwise indicated, all statements set forth in this Declaration are based upon (a) information learned from review of relevant documents, (b) information I received from counsel, (c) my past experience as a valuation and consulting expert, or (d) my past experience working with digital currency mining businesses.

27. I reserve the right to modify, amend, and supplement this Disclosure in the future based on additional information, facts, and circumstances which become available.

      I, Adam C. Bakula, Director in the Valuation Advisory group of Stout Risius Ross, LLC, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury under the laws of the United States of America that the information contained in this Declaration is true and correct.

_____
Adam C. Bakula
Director in the Valuation Advisory Group
Stout Risius Ross, LLC

Chicago, Illinois
_____
EXECUTED IN

December 18, 2023
_____
DATE

8