UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER SETTING PRELIMINARY** |
| MOHAWK ENERGY, LLC, *et al.* | ) | **INJUNCTION HEARING** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before the Court is Plaintiff HBTPower Limited's Motion for Preliminary Injunction [R. 23]. On the Court's own motion, and by agreement of the parties,

**IT IS HEREBY ORDERED** that a **Preliminary Injunction Hearing** is **SET** for **Thursday, January 25, 2024 at the hour of 9:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder Federal Courthouse, in **Louisville, Kentucky**. If any scheduling issues arise, the parties may file a motion to continue.

This the 20th day of December, 2023.

*[signature: Claria Horn Boom]*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record