**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **HBTPOWER LIMITED,** ) | CASE NO.: 3:23-cv-628-CHB |
| ) | |
| Plaintiff, ) | JUDGE: Claria Horn Boom |
| ) | |
| vs. ) | **MOTION OF PLAINTIFF,** |
| ) | **HBTPOWER LIMITED, TO DISMISS** |
| **MOHAWK ENERGY, LLC,** ) | **COUNTERCLAIM** |
| ) | |
| Defendant. ) | |

\* \* \* \* \* \* \*

Plaintiff, HBTPower Limited ("HBTPower"), by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6), hereby respectfully moves the Court to dismiss the claims asserted by by Defendant, Mohawk Energy, LLC ("Mohawk"), in the Answer and Counterclaim to HBTPower's Verified Complaint for Temporary Restraining Order and Permanent Injunctive Relief (DN 14) (the "Counterclaim").  All of the claims asserted in the Counterclaim are arbitrable under the Federal Arbitration Act ("FAA").  Moreover, even if this Court does not dismiss the Counterclaim on FAA grounds, dismissal is nevertheless warranted where the Counterclaim fails to satisfy the minimum pleading requirements in Rule 8(a) of the Federal Rules of Civil Procedure, let alone the higher standard of plausibility required to survive dismissal under Rule 12(b)(6).  A memorandum of law in support of this motion and a proposed order granting it are tendered herewith.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

By: /s/ Lindsey H. Meares
 Palmer G. Vance II
 Lindsey H. Meares

and

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com
Admitted *pro hac vice*

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

## CERTIFICATE OF SERVICE

I herby certify that on December 26, 2023, I served the foregoing via the Court's CM/ECF system, which will send electronic notification to all parties of record.

  /s/ Lindsey H. Meares
*Counsel for HBTPower Limited*