**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MOHAWK ENERGY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \*

This matter comes before the Court on the Motion of Plaintiff, HBTPower Limited ("HBTPower"), pursuant to Federal Rules of Civil Procedure (12)(b)(6), to dismiss the claims asserted by Defendant, Mohawk Energy, LLC ("Mohawk"), in the Answer and Counterclaim to HBTPower's Verified Complaint for Temporary Restraining Order and Permanent Injunctive Relief (DN 14) ("Counterclaim"), with prejudice, for failure to state a claim on which relief can be granted. The Court having considered the Motion, and being otherwise sufficiently advised, IT IS HEREBY ORDERED:

1. That the motion of the plaintiff, HBTPower Limited, to dismiss the Counterclaim be, and is GRANTED**;**

2. That the Counterclaim be, and is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.