*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# NEW HUO TECHNOLOGY HOLDINGS LIMITED
# 新 火 科 技 控 股 有 限 公 司

*(formerly known as Huobi Technology Holdings Limited)*
*(Incorporated in the British Virgin Islands with limited liability)*
**(Stock code: 1611)**

## CHANGE OF COMPANY NAME, COMPANY LOGO AND COMPANY WEBSITE

Reference is made to the announcements of New Huo Technology Holdings Limited (formerly known as Huobi Technology Holdings Limited) (the "**Company**") dated 13 September 2022 and 13 October 2022 respectively, and the circular of the Company dated 21 September 2022 (the "**Circular**") in relation to, among other things, the proposed change of name of the Company. Capitalised terms used herein shall have the same meanings as those defined in the Circular unless defined otherwise.

**CHANGE OF COMPANY NAME**

The Board is pleased to announce that subsequent to the passing of a special resolution in relation to the proposed Change of Company Name by the Shareholders at the EGM held on 13 October 2022, the Registry of Corporate Affairs in the British Virgin Islands has approved the registration of the new name of the Company and issued the certificate of change of name on 27 October 2022. Accordingly, the English name of the Company has been changed from "Huobi Technology Holdings Limited" to "New Huo Technology Holdings Limited" and the dual foreign name in Chinese of the Company has been changed from "火币科技控股有限公司" to "新火科技控股有限公司" with effect from 27 October 2022. As at the date of this announcement, the Company has applied for the certificate of registration of alteration of name of registered non-Hong Kong company to be issued by the Registrar of Companies in Hong Kong in respect of the Change of Company Name under Part 16 of the Companies Ordinance (Chapter 622 of the Laws of Hong Kong).

**EFFECTS ON THE CHANGE OF COMPANY NAME**

The Change of Company Name will not affect any of the rights of the Shareholders or the Company's daily business operations or its financial position. All existing share certificates of the Company in issue bearing the former name of the Company will continue to be good evidence of legal title to such Shares and will continue to be valid for trading, settlement, registration and delivery purposes. There will not be any arrangement for free exchange of the existing share certificates of the Company for new share certificates printed in the new names of the Company. New share certificates of the Company will be issued under the new English and dual foreign names with effect from 28 October 2022.

**CHANGE OF COMPANY LOGO**

The logo of the Company has been changed to ![新火科技 New Huo Tech] to reflect the Change of Company Name with effect from 28 October 2022.

**CHANGE OF COMPANY WEBSITE**

The corporate website address of the Company has been changed from www.huobitech.com to www.newhuotech.com with effect from 31 October 2022.

By order of the Board
**NEW HUO TECHNOLOGY HOLDINGS LIMITED**
**Wu Shupeng**
*Executive Director*

Hong Kong, 28 October 2022

*As at the date of this announcement, the Board comprises (1) Mr. Li Lin as a non-executive Director; (2) Mr. Wu Shupeng and Ms. Zhang Li as executive Directors; and (3) Mr. Yu Chun Kit, Mr. Yip Wai Ming and Mr. Ngai Matthew Cheuk Yin as independent non-executive Directors.*

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# SINOHOPE TECHNOLOGY HOLDINGS LIMITED
# 新火科技控股有限公司

*(Incorporated in the British Virgin Islands with limited liability)*

**(Stock code: 1611)**

## CHANGE OF COMPANY NAME, COMPANY LOGO AND COMPANY WEBSITE

Reference is made to the announcements of Sinohope Technology Holdings Limited (formerly known as New Huo Technology Holdings Limited) (the "**Company**") dated 3 August 2023, the circular of the Company dated 10 August 2023 (the "**Circular**"), and the poll results announcement dated 31 August 2023 in relation to, among other things, the proposed change of name of the Company. Capitalised terms used herein shall have the same meanings as those defined in the Circular unless defined otherwise.

**CHANGE OF COMPANY NAME**

The Board is pleased to announce that subsequent to the passing of a special resolution in relation to the proposed Change of Company Name by the Shareholders at the EGM held on 31 August 2023, the Registry of Corporate Affairs in the British Virgin Islands has approved the registration of the new name of the Company and issued the certificate of change of name on 13 September 2023. Accordingly, the English name of the Company has been changed from "New Huo Technology Holdings Limited" to "Sinohope Technology Holdings Limited" with effect from 13 September 2023. As regards the dual foreign name in Chinese of the Company, it remains unchanged as "新火科技控股有限公司". As at the date of this announcement, the Company has applied for the certificate of registration of alteration of name of registered non-Hong Kong company to be issued by the Registrar of Companies in Hong Kong in respect of the Change of Company Name under Part 16 of the Companies Ordinance (Chapter 622 of the Laws of Hong Kong).

**EFFECTS ON THE CHANGE OF COMPANY NAME**

The Change of Company Name will not affect any of the rights of the Shareholders or the Company's daily business operations or its financial position. All existing share certificates of the Company in issue bearing the former name of the Company will continue to be good evidence of legal title to such Shares and will continue to be valid for trading, settlement, registration, and delivery purposes. There will not be any arrangement for free exchange of the existing share certificates of the Company for new share certificates printed in the new names of the Company. New share certificates of the Company will be issued under the new English and dual foreign names with effect from 18 September 2023.

**CHANGE OF COMPANY LOGO**

The logo of the Company has been changed to [新火科技 SINOHOPE logo] to reflect the Change of Company Name with effect from 18 September 2023.

**CHANGE OF COMPANY WEBSITE**

The corporate website address of the Company will be changed from "http://www.newhuotech.com" to "http://www.sinohope.com" with effect from 25 September 2023.

By Order of the Board
**SINOHOPE TECHNOLOGY HOLDINGS LIMITED**
**Du Jun**
*Executive Director*

Hong Kong, 18 September 2023

*As at the date of this announcement, the Board comprises (1) Mr. Li Lin as a non-executive Director; (2) Mr. Du Jun and Ms. Zhang Li as executive Directors; and (3) Mr. Yu Chun Kit, Mr. Yip Wai Ming and Dr. LAM, Lee G., BBS, JP as independent non-executive Directors.*