UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:23-cv-00628-CHB |
| v. ) | |
| ) | |
| **MOHAWK ENERGY, LLC** ) | |
| ) | |
| *Defendant.* ) | |

### DEFENDANT MOHAWK ENERGY'S MOTION TO DISMISS ON GROUND OF STANDING AS REAL PARTY IN INTEREST IS NOT BEFORE THIS COURT

Comes the Defendant, Mohawk Energy, LLC ("Mohawk") and moves this Court pursuant to Fed. R. Civ. Pro 12 to dismiss this action on grounds of standing as the real party in interest is not before this Court. Kentucky Courts have the duty to establish standing and a justiciable controversy before hearing an action. *Commonwealth of Kentucky, Cabinet for Health & Fam. Servs., Dep't for Medicaid Servs. v. Sexton*, 566 S.W.3d 185, 196-97 (Ky. 2018).

At the time the action was filed, and to date unless the unverified one page document provided by Wang Yangping, an ex-employee of HBTPower is to be believed, the real party in interest was not before this Court and the matter must therefore be dismissed, as is more fully outlined in the Memorandum of Law filed herewith.

Respectfully submitted,

_____
Anna Stewart Whites
ANNA WHITES LAW OFFICE PLLC

327 Logan Street
Frankfort KY 40601
(502) 352-2373 (office)
 Annawhites@aol.com
*Attorney for Defendant Mohawk Energy, LLC*

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was this day served via the court's electronic filing system upon:

Palmer G. Vance
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131

This the 30th day of December, 2023.

_____
Anna Stewart Whites