**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:23-cv-00628-CHB |
| v. | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |

**ORDER GRANTING MOTION TO DISMISS ON GROUND OF STANDING AS REAL PARTY IN INTEREST IS NOT BEFORE THIS COURT**

Comes the Court, having heard the arguments of the parties and being otherwise sufficiently informed, and hereby DISMISSES the above captioned action as the real party in interest is not before this Court.

This the _____ day of _____, 2024.

_____
Judge, US District Court, Western District of Kentucky