Subject: **Mohawk/Huobi**
Date: 12/19/2023 8:14:17 AM Eastern Standard Time
From: annawhites@aol.com
To: annawhites@aol.com, Harout.Samra@us.dlapiper.com, gene.vance@skofirm.com, lindsey.meares@skofirm.com, Ishaan.Madaan@us.dlapiper.com

Exh 1

Following up on the copies of the zoom recordings and on the purchase/ownership documentation. Both those things should be immediately available to you, so please get them to me before Friday.

Thanks,
Anna

In a message dated 12/14/2023 8:02:54 AM Eastern Standard Time, annawhites@aol.com writes:

> Folks - Your client has possession of the recordings from each weekly zoom meeting between the parties for the past 18 months.
>
> Please let me know if you will provide those recordings voluntarily before our briefing deadline, or if I need to demand same via the Court.
>
> Thanks,
>
> *Anna Stewart Whites*
> *Anna Whites Law Office*
> 327 Logan Street
> P.O. Box 4023
> Frankfort KY 40601
> (502) 352-2373 (office)
> (502) 229-1063(cell)
>
> CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments. Please notify me of erroneous receipt at (502) 352-2373.
>
> IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.