Exh. 3

12/30/23, 10:26 AM

Subject:   **Mohawk/Huobi**
Date:      12/17/2023 2:57:51 PM Eastern Standard Time
From:      annawhites@aol.com
To:        Harout.Samra@us.dlapiper.com
Cc:        Ishaan.Madaan@us.dlapiper.com, Lindsey.Meares@skofirm.com,
           Gene.Vance@skofirm.com

My folks are checking on availability for the 29th.  Looks like it is a go, but we will have a hard stop at 1 p.m., so please keep that in mind.

An inventory is attached of the miners sold to pay rent/labor for the space usage and keeping the equipment stored and safe.

Camera information will follow.  Those are part of the complete security system for the plant, so we have the techs figuring out how to get you all a camera view but not other security information.  Hope to resolve that by Monday morning.

Before we allow your folks access to the private areas of the plant, where the miners etc. are stored, we would like to have proof that your client is actually the owner of the machines.  Provide that by 12/28 please.

This would include, but not be limited to, an inventory, bills of lading, bills of sale, insurance proof, shipping documents, proof of payment (cancelled checks or wire transfers) tax payments for 2022, invoices for taxes or costs paid at the time the equipment entered the U.S., and whatever else is related to that purchase and ownership.

Thanks,
Anna

Case 3:23-cv-00628-CHB-CHL   Document 32-5   Filed 12/30/23   Page 2 of 2 PageID #: 751

Subject:   **Mohawk Energy LLC**

Date:     11/27/2023 8:35:42 AM Eastern Standard Time

From:    annawhites@aol.com

To:       Harout.Samra@us.dlapiper.com, Gene.Vance@skofirm.com, Lindsey.Meares@skofirm.com

Please see attached.

Thanks,

*Anna Stewart Whites*

*Anna Whites Law Office*
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 229-1063(cell)

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments.  Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.