UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPower Limited, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Mohawk Energy, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. The Court having reviewed Defendant Mohawk Energy, LLC's "Motion to Dismiss on Ground of Standing as Real Party in Interest is Not Before This Court," [R. 32], and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The response and reply deadlines to Defendant Mohawk Energy, LLC's "Motion to Dismiss on Ground of Standing as Real Party in Interest is Not Before This Court," [R. 32], **SHALL BE EXPEDITED**.

2. The response of Plaintiff HBTPower Limited **SHALL** be filed on or before **Friday, January 12, 2024**.

3. Defendant Mohawk Energy, LLC may file a reply on or before **Friday, January 19, 2024**.

This the 2nd day of January, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY