Subject: **Comments on power supply agreement**
Date: 10/5/2022 5:38:15 AM Eastern Daylight Time
From: derrick.lui@huobitech.com
To: brandon@mohawkenergy.net, sarahxu3@gmail.com, annawhites@aol.com
Cc: wangyangping@hb.co.kr, jiyun@huobitech.com

Dear Mr. Brandon Smith,

In relation to the power supply agreements, please see below our comments and enquiries:

1. Pursuant to the power supply agreement and the addendum, Kentucky Power Company charges electric energy with a fixed minimum monthly billing demand, being 18,000 kW. Could you please liaise with Kentucky Power Company to remove such minimum requirement of electricity usage or provide a ramp up period of six months.

2. As discussed and agreed in our call, please request Kentucky Power to include in their contract that the power supply agreements shall be void and unenforceable in the event the Tariff Economic Development Rider ("**EDR**") is not granted within 60 days of its application.

3. As per our call, it is our understanding that the arrangement of the power supply agreements shall be as follows:
a. The power supply agreement for a term of 2 years will be executed;
b. An application for the Tariff EDR, which provides billing discounts for a term of 10 years, will be submitted; and
c. If the Tariff EDR is successfully granted, the power supply agreement will be amended to a 10-year contract.

If our understanding above is correct, please confirm whether there will be any amendments on the power supply agreement apart from the term of the contract. Could you also provide a draft of the 10-year power supply agreement for our review.

Please feel free to let us know if you have any questions regarding the above. Thanks.

Best regards,

Derrick Lui
Deputy General Counsel| Huobi Technology Holdings Limited
M  +852 6358 4816
Email: derrick.lui@huobitech.com


火币科技
Huobi Tech

http://www.huobitech.com/

Privacy Policy : The information contained in this email may be confidential. It has been sent for the sole use of the intended recipient(s). If the reader of this email is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the message.

whites's mailbox