Subject: **Re: Mohawk Energy/Huobi/Maddox Transformer Agreement Payment Due ASAP**
Date: 10/6/2022 8:28:15 PM Eastern Daylight Time
From: derrick.lui@huobitech.com
To: wangyangping@hb.co.kr, annawhites@aol.com, sarahxu3@gmail.com, brandon@mohawkenergy.net
Cc: jiyun@huobitech.com

Hi Anna,

From a legal perspective, in principle I have no further comments.

Could you please request for the amended version of the power supply agreement for our internal approval process? Thanks.

Best,
Derrick

---

From: 王阳平 <wangyangping@hb.co.kr>
Sent: Friday, October 7, 2022 7:14:32 AM
To: annawhites@aol.com <annawhites@aol.com>; Derrick Lui <derrick.lui@huobitech.com>; sarahxu3@gmail.com <sarahxu3@gmail.com>; brandon@mohawkenergy.net <brandon@mohawkenergy.net>
Cc: 汲云 <jiyun@huobitech.com>
Subject: Re: Mohawk Energy/Huobi/Maddox Transformer Agreement Payment Due ASAP

I received the reply email from the Electricity Bureau forwarded by sarah, because it is still morning in China. After going to work in a while, our legal colleagues will reply. Thank you again for your reply.

获取 Outlook for iOS

---

发件人: annawhites@aol.com <annawhites@aol.com>
发送时间: Thursday, October 6, 2022 7:09:14 PM
收件人: 王阳平 <wangyangping@hb.co.kr>; derrick.lui@huobitech.com <derrick.lui@huobitech.com>; sarahxu3@gmail.com <sarahxu3@gmail.com>; brandon@mohawkenergy.net <brandon@mohawkenergy.net>
抄送: jiyun@huobitech.com <jiyun@huobitech.com>
主题: Re: Mohawk Energy/Huobi/Maddox Transformer Agreement Payment Due ASAP

> 你通常不会收到来自 annawhites@aol.com 的电子邮件。了解这一点为什么很重要

I believe that the message earlier from the Power Company resolved most of your concerns. Let me know if there are still issues we need to work on.

- Anna

In a message dated 10/6/2022 10:16:56 AM Eastern Standard Time, wangyangping@hb.co.kr writes:

> Hi Anna
>     Thank you very much for your reply. If maddox has a reply, please let us know in time. Your son is very good. We hope to have the opportunity to communicate together in the future. In addition, regarding some questions about the power contract mentioned by our company's legal affairs in another email, I hope you can communicate with the power bureau and give a reply, because after these problems

Subject: **Re: Mohawk Energy/Huobi/Maddox Transformer Agreement Payment Due ASAP**
Date: 10/7/2022 8:45:20 PM Eastern Daylight Time
From: derrick.lui@huobitech.com
To: annawhites@aol.com, wangyangping@hb.co.kr, sarahxu3@gmail.com, brandon@mohawkenergy.net
Cc: jiyun@huobitech.com

Hi Anna,

From a legal perspective, in principle I have no further comments on the revised 2 year power supply agreement sent by Kentucky Power on 7 oct.

I understand that as mentioned in the call with Kentucky Power, the 10 year agreement to be signed after the EDR is obtained is the same as the two year agreement save for the term of the contract. Can you please request for a copy of the 10 year contract or confirm with Kentucky Power by email that the two contracts are the same save for the term of the contract? In particular could you please also confirm with Kentucky Power that the termination notice for the 10 year agreement is also 12 months.

Best,
Derrick

---

From: annawhites@aol.com <annawhites@aol.com>
Sent: Friday, October 7, 2022 5:44:57 PM
To: Derrick Lui <derrick.lui@huobitech.com>; 王阳平 <wangyangping@hb.co.kr>; sarahxu3@gmail.com <sarahxu3@gmail.com>; brandon@mohawkenergy.net <brandon@mohawkenergy.net>
Cc: 汲云 <jiyun@huobitech.com>
Subject: Re: Mohawk Energy/Huobi/Maddox Transformer Agreement Payment Due ASAP

I will also ask them to send you a copy of that Agreement.

In a message dated 10/6/2022 11:10:37 PM Eastern Standard Time, derrick.lui@huobitech.com writes:

> Hi Anna,
>
> Just to supplement my email below, as agreed in the call with Kentucky Power, please also provide the 10 year power supply agreement to be signed after the EDR is granted.
>
> Thank you,
> Derrick

---

From: Derrick Lui <derrick.lui@huobitech.com>
Sent: Friday, October 7, 2022 8:28 AM
To: 王阳平 <wangyangping@hb.co.kr>; annawhites@aol.com <annawhites@aol.com>; sarahxu3@gmail.com <sarahxu3@gmail.com>; brandon@mohawkenergy.net <brandon@mohawkenergy.net>
Cc: 汲云 <jiyun@huobitech.com>
Subject: Re: Mohawk Energy/Huobi/Maddox Transformer Agreement Payment Due ASAP