Subject: **Update on discussions with the Power Company**
Date: 12/9/2022 7:23:10 AM Eastern Standard Time
From: annawhites@aol.com
To: derrick.lui@huobitech.com
Cc: wangyangping@hb.co.kr, brandon@mohawkenergy.net

I have had some productive discussions with the Power Company this week.

Kentucky Power says that the rates in the estimated fee schedule are the Company's best estimates of what the rates will be. Mohawk will receive the Tariff IGS (Industrial General Service). That rate is higher than the initial rate we discussed. That rate will be discounted and get lower, as discussed below.

Mohawk would take service under one of Kentucky Power's standard rate schedules and then discounts under Tariff EDR and Rider DRS and other discounts are applied to lower that rate. If there is a schedule more favorable than the IGS schedule, we will argue that we should be granted that lower rate.

We are actively working to make sure that discounts are all available to us at the highest level. Those discounts are not applied to the rate schedule until we prove that we qualify for them. By the time we start using energy, we should be able to prove that all the discounts apply to us at the highest level.

The Economic Development Rate (EDR) is applied to the IGS rate, and that discount can potentially be increased. We are certainly doing some amazing economic development in the region.

The qualifying incremental billing demand charge will also be reduced by 50%, 40%, 30%, 20%, 10% in the order of the Customer's choosing at the time of the contract filing." This is referred to as the Incremental Billing Demand Discount (IBDD).

Mohawk should also receive a Supplemental Billing Demand Discount (SBDD) decrease in rate which is applicable to the monthly incremental billing demand charge for customers who create at least twenty five (25) new permanent job opportunities in the facility and that maintain those job opportunities in each discount year. The amount of additional discount is determined by the actual number of jobs maintained in each year. Since we are proposing in excess of two hundred (200) jobs, that additional discount should be significant.

We are reaching out to various state agencies, including but not limited to the Labor Cabinet, Economic Development/Tourism, and Department of Local Governments to receive other discounts and assistance in further lowering the rate due to our job creation and support of the Commonwealth.

As we outline our qualifications for these discounts and other discounts, we will make sure Kentucky Power has the information sufficient to apply all those discounts to the rate once we start using energy. We hope to have an estimate of what that rate with all discounts look like by January.

***Anna Stewart Whites***
*Attorney at Law*
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 352-6860 (fax)

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments. Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.