| | |
|---|---|
| Subject: | **Mohawk Energy EDR Contract Amendment** |
| Date: | 10/18/2022 4:09:27 PM Eastern Daylight Time |
| From: | annawhites@aol.com |
| To: | wangyangping@hb.co.kr, derrick.lui@huobitech.com, annawhites@aol.com, sarahxu3@gmail.com, brandon@mohawkenergy.net, jiyun@huobitech.com |

Folks: This Amendment has not yet been signed. We need to have written/emailed approval by Huobi before Brandon signs the contract, so that we know you are sure that you are committing to the Agreement.

The concern with waiting to sign is that rates may change, and are not locked in until the contract is signed.

Please let us know if you are ready for Brandon to sign.

Thanks,

*Anna Stewart Whites*
*Attorney at Law*
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 352-6860 (fax)

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments. Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.

awhites's mailbox