Subject: **RE: Mohawk Energy**
Date: 7/21/2023 3:46:28 PM Eastern Daylight Time
From: lowen@kkhblaw.com
To: annawhites@aol.com
Cc: jskinner@kkhblaw.com

Anna,

A few questions and comments to follow up on our teleconference yesterday:

1. The draft EDR contract references a 25,00 square foot facility. Is this a typo?
2. Can the current power contract between KP and Mohawk be amended to a lower minimum usage requirement during the first 3 months so that the 1224 machines can be tested at the IGS tariff rates?
3. We are running down options for the EDR bond. JT is trying to connect with Katie to determine (i) if KP will accept an assignment of some of the machines; (ii) how that will work has the bonding requirement increases each year; and (iii) whether KP will allow a provision in the EDR contract that requires a modification if/when PSC rules require a lower bond.
4. While we are chasing that rabbit, I think it's prudent to start working on what Huobi needs to verify that the build out is complete. This is likely not an exhaustive list, but let's start here:
    a. Floor plans and specifications for buildout
    b. Deed to property
    c. Inventory of all equipment, computers, transformers, etc. purchased for the facility
    d. Is there a recent title opinion on the property? If so, can it be updated and issued to Huobi? We want to confirm no one holds a security interest against the facility that could be interpreted to encumber Huobi's assets within the building.



Keuler, Kelly,
Hutchins, Blankenship
& Sigler, LLP
— ATTORNEYS —

Lesley A. Owen
Keuler, Kelly, Hutchins, Blankenship & Sigler, LLP
100 South 4th Street, Suite 400
Paducah, KY  42001
p. (270) 448-8888
f. (270) 448-0998
lowen@kkhblaw.com

| | |
|---|---|
| Subject: | **Mohawk Huobi** |
| Date: | 10/20/2023 7:26:51 AM Eastern Daylight Time |
| From: | annawhites@aol.com |
| To: | lowen@kkhblaw.com |
| Cc: | jskinner@kkhblaw.com |

I think I already sent you the Cyber Innovation opinion, p. 4, Point 9, fn. 16 refers to bond although discussions with that company and the power company seem to indicate that no bond has been paid yet.

Mohawk/Sen. Smith has found a couple of bonding companies and should get quotes for the premium today. If that quote was low enough, Mohawk might be able to pay it. Because the bond must be in place for the duration of the ten (10) year contract, however, Huobi would have to commit to a ten year term of operations at this site.

Any updates on your end?

Thanks,

*Anna Stewart Whites*
*Anna Whites Law Office*
 327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 229-1063(cell)

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments. Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.