| | |
|---|---|
| Subject: | **Re: Mohawk and Huobi** |
| Date: | 12/27/2023 4:40:46 AM Eastern Standard Time |
| From: | annawhites@aol.com |
| To: | Harout.Samra@us.dlapiper.com |
| Cc: | Gene.Vance@skofirm.com, Lindsey.Meares@skofirm.com, Ishaan.Madaan@us.dlapiper.com |

Thanks.

A.

1, 3. We have had no response to any of the issues that you've agreed to revert on, so please go ahead and start answering those at your earliest convenience. The ongoing refusal to provide the zoom records is greatly hampering the ability to respond to your pleadings in full and to apprise the court of the facts in this case. We will also need Wang Zhou, the individual signing the "authorization" for Wang Yangping as a witness.

2. We may be able to do 1/17 for a site visit. I will check with the Mohawk team.

B.

1. As we have discussed in earlier emails. due to security risk, we have been offering you the security link for weeks. As I stated, Mohawk will not be providing the security camera link to Wang Yangping, who has made false and deceptive statements to the Court under oath and is not a U.S. citizen, and who previously tried to trick both Mohawk and Huobi by setting up a purchase agreement with his own company for a transformer at hundreds of thousands of dollars above market price, with the security access to the plant. Please feel free to give us contact for someone in either counsel's firm to the cameras. We need someone who will not (a) attempt to breach security to steal from the plant; and (b) is under the jurisdiction of the court and cannot leave the country after further misconduct.

2. Please confirm that you have received the inventory, since I've sent it twice.

3. I will ask Mohawk about the buyer contact information and payment receipt documents.

In a message dated 12/26/2023 8:45:02 PM Eastern Standard Time, Harout.Samra@us.dlapiper.com writes:

> Dear Anna – As discussed, I am resending the email from December 22.
>
> Regarding Sen. Smith's availability, it would be great if he is available to join, but not absolutely necessary if he has conflicting commitments. I recall that you mentioned that he has someone on site.
>
> Harout J. Samra
>
> ---
>
> T  +1 305 423 8534
> F  +1 305 468 6348
> M  +1 305 753 2703
> harout.samra@us.dlapiper.com