# SCMINER CO.,LIMITED

## Shenzhen Shicheng Cloud Computing Technology Co.,Ltd
### 深圳市施诚云算科技有限公司

## PROFORMA INVOICE

PI NO.: SC20240108C1001
DATE: 08-Jan-24

**Attn:**
**TO:** Dustin
**ADD:** 1004 Gateway Industrial Park
Jenkins, KY 41537
United States

**TEL:** 1606 4349592
**email:** dustin@mohawkenergy.net

**SELLER:** SCMINER
**CONTACT:** Catherine Lee
**ADD:** Add: #2410 Chang Jiang Center, Longhua Renmin Road, Longhua District, Shenzhen, Guangdong Province, China

**TEL:** 0086 18681432672 or +852 44504648
**email:** sales10@scminer.com

The undersigned Seller and Buyers have agreed to close the following transaction according to the terms and condition

| NO. | DESCRIPTION OF GOODS | Model Number | QUANTITY (pcs) | UNIT EXW(USD) | TOAL EXW(USD) |
|---|---|---|---|---|---|
| 1 | brand new Antminer S19k Pro 120T | S19kpro 120T | 2000 | US$1,608 | US$3,216,000 |
| | Shipping Cost | | | | |
| | TOTAL | | 2000 | | US$3,216,000 |

Remark: PAL, US Plug
2. Packing: Carton
3. Shipping marks:
4. Time of shipment: **within 1 working days** from the receipt of payment
5. Terms of payment: T/T in advance.
6. Our Bank Details:

| ERC | USDT-ERC20 ( SCMINER ): |
|---|---|
| | www.scminer.com |
| | 0x26502670BeDF358BAEE78b67675e38Ef4197c507 |
| TRC | TRC20 (SCMINER): |
| | www.scminer.com |
| | TYXs4guvU63wPBHJYj7r569WjB4CETEerV |

The Buyers:                                    The Sellers: *Catherine Lee*



# SCMINER CO.,LIMITED
## Shenzhen Shicheng Cloud Computing Technology Co.,Ltd
### 深圳市施诚云算科技有限公司

## PROFORMA INVOICE

PI NO.: SC20240108C1002
DATE: 08-Jan-24

**Attn:**
**TO:** Dustin
**ADD:** 1004 Gateway Industrial Park
Jenkins, KY 41537
United States

**TEL:** 1606 4349592
**email:** dustin@mohawkenergy.net

**SELLER:** SCMINER
**CONTACT:** Catherine Lee
**ADD:** Add: #2410 Chang Jiang Center, Longhua Renmin Road, Longhua District, Shenzhen, Guangdong Province, China

**TEL:** 0086 18681432672 or +852 44504648
**email** sales10@scminer.com

The undersigned Seller and Buyers have agreed to close the following transaction according to the terms and condition

| NO. | DESCRIPTION OF GOODS | Model Number | QUANTITY (pcs) | UNIT EXW(USD) | TOAL EXW(USD) |
|---|---|---|---|---|---|
| 1 | brand new Antminer S19k Pro 115T | S19kpro 115T | 2000 | US$1,461 | US$2,921,000 |
| | Shipping Cost | | | | |
| | TOTAL | | 2000 | | US$2,921,000 |

Remark: PAL, US Plug
2. Packing: Carton
3. Shipping marks:
4. Time of shipment: **within 1 working days** from the receipt of payment
5. Terms of payment: T/T in advance.
6. Our Bank Details:

| ERC | USDT-ERC20 ( SCMINER ): |
|---|---|
| | WWW.SCMINER.COM |
| | 0x26502670BeDF358BAEE78b67675e38Ef4197c507 |
| TRC | TRC20 (SCMINER): |
| | WWW.SCMINER.COM |
| | TYXs4guvU63wPBHJYj7r569WjB4CETEerV |

The Buyers:                                                    The Sellers: Catherine Lee