UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| **HBTPOWER LIMITED** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:23-cv-00628-CHB |
| v. | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |

## AFFIDAVIT OF DUSTIN ROGERS, MOHAWK ENERGY, LLC

Comes the Affiant, Dustin Rogers, and states and alleges as follows:

1. My name is Dustin Rogers and my job title with Mohawk is Vice President/Operations Manager.

2. I am a citizen and resident of Kentucky, and I have worked for Mohawk for the past two years.

3. I have certification and licensure as a trained technician and repairperson for Bitmain bitcoin mining machines.

4. I also have business and financial expertise and training in the operation and finances of small businesses.

5. The bitcoin mining machines Huobi shipped to Mohawk which are stored on site are easily purchasable in the U.S. and other countries. An internet search reveals that they are readily available.

6. After July, 2022, Mohawk management and Huobi management held frequently, often weekly, zoom meetings or in person on the fit-up of the plant, the parties' relationship, modification of the initial license agreement, changes in timeline and duties, and other agreements created between the parties. Huobi scheduled those meetings.

7. In June 2023 Huobi let us know that it was no longer interested in bitcoin mining and were getting rid of that operation. Mohawk offered to work with Huobi to transfer their interests to a third party but they had no further contact with us after October 2023.

8. Huobi stopped paying rent and labor expenses in July, 2023.

9. I have provided photographs taken in 2022 which show Huobi management's visit to the plant, when they were apologizing for late payment of the fit-up costs and asking Mohawk to continue working with them.

10. Houbi's own technicians approved the design changes of the boxes for mining Antminer S19J Pro miners <u>specifically not to use the Whatsminer M Series miners</u> (which were old and outdated). Those outdated miners are extremely inefficient and use three or more times the electrical power as newer models, with markedly less result for the cost, and are typically considered not fit for use in the US, due to lack of profitability. During the Construction they Instructed one of the six rooms to use Whatsminer M Series which also caused delays to change it from S19J to M Series.

11. I communicated regularly, often many times a week, about the purchase of the equipment and transformers used in this fit-up. Both Wang, on site, and Huobi in the zoom meetings review and approved all costs and purchases. Invoices for charges or approvals for manufacturing were provided by Huobi on an item by item basis. Wang also attended the off site meetings with manufacturers to personally approve such purchases or manufacturing.

12. Mohawk has now suffered six (6) months of intentional non-performance by HBT, during which the site has not been able to work and has been out rent and labor charges monthly.

13. Over the course of the eight year contract, Mohawk will lose $23,238,733.53 for Huobi non-performance.

14. I noticed an issue with power consumption because of the unclear and changing type of Miners they was supposed to bring. This was brought to Wang YangPing's attention, as the original approved designs from the start needed the purchase of 2 more transformers and 2 more switch gear along with wire and crimped ends. Which resulted in his approval and added cost than originally planned and approved by Huobi.

Further, Affiant sayeth naught.

*Dustin Rogers*
Dustin Rogers

Signed and sworn before me by Dustin Rogers in the city of __Whitesburg__, county of __Letcher__, Kentucky, this the _8_ day of January, 2024.

*Linda Bell*
Notary Public   My Commission Expires: December 27, 2024.