Subject: **Re: Mohawk/Huobi**
Date: 12/19/2023 10:16:07 AM Eastern Standard Time
From: annawhites@aol.com
To: Harout.Samra@us.dlapiper.com, gene.vance@skofirm.com, lindsey.meares@skofirm.com, Ishaan.Madaan@us.dlapiper.com

Harout: The inventory was sent several days ago. I have also confirmed in writing to you and the other counsel that I will provide the security camera code as soon as you confirm that only counsel or staff in counsels' office will utilize it. Please review my earlier emails.

There have been several cases recently where Chinese mining machine owners have used such camera access to determine when there was nobody at a host site and broken in and absconded with machines. While we are hopeful that your client would not do that, we have to protect both our assets and the assets of whomever owns the mining machines at the Mohawk plant.

While I did believe earlier representations that HBTPower Limited owned the machines, your client's recent conduct has created some significant doubt. This is why my client is requiring proof of ownership before we allow any access to the actual mining machines. If your client did, in fact, own those, copies of this documentation should have been in my hands already. The delay is significantly concerning.

The plant is one building and a warehouse. It will not take more than an hour or so to tour it. If we begin at 8 we will have no trouble being done by 1. The 29th is a scheduled vacation day for staff so Mohawk is having to bring Mr. Rogers in from vacation to assist. He has to leave by 1 in order to meet his travel schedule. We will have law enforcement immediately available during the visit because of instances of aggressive or violent behavior by other mining equipment owners at other host sites during site visits. That law enforcement has to begin holiday weekend patrols on the afternoon of the 29th. We need to be respectful of their service and time.

Because of other cases at other host facilities in which alleged "owners" of mining equipment or their contractors have either attempted to grab it and run during site visits or have tried to turn machines on and attempted to begin mining during site visits, we will be very cautious about anything outside a visual inspection. We will have a few folks available to open boxes etc., if your folks need a peek inside a few, but we are not consenting to moving machines, turning machines on, handling machines, handling Mohawk's fixtures, appurtenances or equipment, or other invasive behaviors. This is simply a walk-through visit. You are welcome to take pictures or video.

Mohawk will also need the identity of each visitor prior to the inspection so we can run a security check.

Please give me a call if we need to discuss this further.

Thanks,
Anna

In a message dated 12/19/2023 9:04:06 AM Eastern Standard Time, Harout.Samra@us.dlapiper.com writes:

> Dear Anna —
>
> I will follow-up about this and revert. There are a few things that I raised in my earlier email that are pending from your side as well, including items specifically required in our Joint Status Report and the Court's order.
>
> It's been 10 days since the Joint Status Report, but we have received neither access to the security cameras nor the inventory. Regarding ownership, we're surprised that you've raised this issue at this point in light of our prior exchanges, the Joint Status Report, as well as your July 24, 2023 email to our client's corporate counsel, in which you said that "[t]he [miners] are owned by [HBTPower] so they have inventory of those." We understand that you drafted the lien documents in relation to our client's Bitmain

Antminers mining machines and also consented in the Joint Status Report to not sell the machines delivered by our client at the Premises. These ongoing issues continue to raise concerns regarding the status of the mining machines on the Premises. We immediately need access to the security cameras at the Premises and complete compliance with the terms of the Joint Status Report. As for the inspection, we will need to go past 1pm given the commute to Jenkins. We believe that we can conclude it by 6pm on December 29.

Please let us know if Mohawk is not able or willing to promptly comply with the submissions made to the Court.

Thanks,

Harout

Harout J. Samra

---

T +1 305 423 8534
F +1 305 468 6348
M +1 305 753 2703
harout.samra@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



From: annawhites@aol.com <annawhites@aol.com>
Sent: Tuesday, December 19, 2023 8:14 AM
To: annawhites@aol.com; Samra, Harout <Harout.Samra@us.dlapiper.com>; gene.vance@skofirm.com; lindsey.meares@skofirm.com; Madaan, Ishaan <Ishaan.Madaan@us.dlapiper.com>
Subject: Mohawk/Huobi