**From:** annawhites@aol.com <annawhites@aol.com>
**Sent:** Friday, December 22, 2023 6:33 AM
**To:** Gene.Vance@skofirm.com; Lindsey.Meares@skofirm.com; Madaan, Ishaan <Ishaan.Madaan@us.dlapiper.com>; Samra, Harout <Harout.Samra@us.dlapiper.com>
**Subject:** Mohawk and Huobi

⚠ EXTERNAL MESSAGE

Folks: For the hearing we will require the following Huobi witnesses. Please let me know whether you will voluntarily produce them, or whether we need to issue subpoenas.

Wang Yangping

Lily Zhang Li

Derrick Liu

Also, we will need an individual whose name I don't have in full, but was listed as Jiyun@newhuotech on the zoom invites.

The above referenced individuals are some key participants participating in modifying and amending the parties' duties and agreements during the past 18 months during the zoom meetings.

Also, I still do not have:

1. The copy of the ownership documents for the mining machines;

2. The copies of the weekly zoom meetings;

3. The name and contact information for the person you want to get the security camera view link;

4. The names of the persons who will visit the plant on 12/29

Thanks,