Subject: **Fwd: Complete master list**
Date: 1/6/2024 10:12:06 PM Eastern Standard Time
From: brandon@mohawkenergy.net
To: annawhites@aol.com

Sent from my iPhone

Begin forwarded message:

> From: yangping wang <yangping840804@gmail.com>
> Date: July 13, 2022 at 10:29:17 PM EDT
> To: Dustin Rogers <dustin@mohawkenergy.net>
> Cc: brandon@mohawkenergy.net
> Subject: **Re: Complete master list**
>
> Thank you!
>
> Dustin Rogers <dustin@mohawkenergy.net> 于 2022年7月13日周三 22:06写道:
>> Wang,
>>
>> This list has 3 tabs with a full complete master list and each shipment.
>>
>> If you need anything else let me know.
>>
>> Thanks
>> Dustin Rogers
>> Mohawk Energy LLC
>> dustin@mohawkenergy.net
>> 606-434-9592