UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:23-cv-00628-CHB |
| v. ) | |
| ) | |
| **MOHAWK ENERGY, LLC** ) | |
| ) | |
| *Defendant.* ) | |

### SUPPLEMENT TO DEFENDANT MOHAWK ENERGY'S RESPONSE TO MOTION FOR INJUNCTIVE RELIEF

Comes the Defendant, Mohawk Energy, LLC and provides this supplemental filing to its currently pending Motion to Dismiss regarding the issue of whether the Plaintiff is actually the real party in interest and, ultimately, to determine the contractual rights between the parties.

In order to facilitate the Court's review, Mohawk hereby notifies the Court of information relevant to resolution of the pending matter. At midday today (1/10/24) a trespasser was discovered by Mohawk's security, who observed inappropriate and unusual behavior by an individual who identified himself as an agent of Wang Yangping, acting at Mr. Wang's direction.

During the lunch break at the plant, when there were few individuals around, security located a trespasser who had crept through the fence at the back of the plant and was wandering around, taking pictures of the mining racks through the plant windows and of the electrical equipment outside the facility.

When he was brought to the front of the building and questioned, he identified himself as Meng ("Alex") Huang.  He stated that he was acting at the direction of Wang Yangping, who he claimed is "the CEO of HBT."  He then stated that he owned the equipment and that he and Wang were selling it in three (3) days.  Security cameras captured the image of the individual and his vehicle.

This Court will note that Wang Yangping has stated under oath in his filings that he is not an employee or affiliate of HBT but is merely an outside contractor.  Mohawk has expressed some concern that there has been no credible evidence filed indicating Mr. Wang is the agent of Huobi/HBT.  There is a risk that Mr. Wang is acting against the interest of the actual owners of the property and may be attempting to appropriate goods which do not belong to him.  Bitcoin mining "pirates" who break into host facilities to steal equipment are not uncommon in this field.  Mohawk will step up in-house security and will request law enforcement drive-bys, but has a concern about the intent of Wang and his affiliates.

The parties previously entered and filed an agreed order stating that a site visit date will be mutually set.  HBT's counsel have affirmed that they will provide the identity of any proposed visitors before the visit date.  If, in fact, HBT and its counsel are trespassing on the site in derogation of law and the parties' agreement, sanctions should promptly issue.

Respectfully submitted,

_/s/ Anna Stewart Whites_
Anna Stewart Whites
ANNA WHITES LAW OFFICE PLLC
327 Logan Street
Frankfort KY 40601
(502) 352-2373 (office)
Annawhites@aol.com
*Attorney for Defendant Mohawk Energy, LLC*

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was this day served via the court's electronic filing system upon:

Palmer G. Vance
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131

This the 10th day of January, 2024.

_____
Anna Stewart Whites