# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-00628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | |
| **MOHAWK ENERGY, LLC,** | **DECLARATION OF WANG ZHUO** |
| Defendant. | |

Comes now the Declarant, Wang Zhuo, and declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

1. My name is Wang Zhuo. I am over the age of eighteen, and in my capacity as stated, I have personal knowledge of the facts contained herein.

2. I am a director of HBTPower ("HBTPower") since April 29, 2022 and became its sole director since July 10, 2023.

3. Prior to January 11, 2024, Sinohope Digital Services Limited ("Sinohope Digital") and Mcore Limited ("Mcore") owned HBTPower. Sinohope Digital is owned by Sinohope Technology Holdings Limited ("Sinohope Technology"). Sinohope Technology was formerly known as "New Huo Technology Holdings Limited" and before that as "Huobi Technology Holdings Limited" ("Huobi"). Mcore Limited is owned by Avenir Cayman Holdings Limited ("Avenir"). On January 11, 2024, Avenir concluded the 100% acquisition of HBTPower. Resultantly, I am not the sole director of HBTPower.

4. HBTPower is engaged, and has expertise, in mining of cryptocurrencies, including Bitcoin.

1

**EXHIBIT A**

5. Mr. Wang Yangping and I both signed on HBTPower's behalf the Operation Right License Agreement dated May 31, 2022 (the "License Agreement") with Mohawk Energy, LLC ("Mohawk").

6. Mr. Wang Yangping was the General Manager of HBTPower until November 2023, and is currently a Technology Consultant for HBTPower. He is the authorized representative of HBTPower, was authorized by HBTPower to bring this action against Mohawk, and remains authorized to continue this action on HBTPower's behalf. The director's resolution, which I signed, authorizing Mr. Wang Yangping's actions in this proceeding, is also on record and appended as Exhibit A to his second declaration, which is at DN 23-3.

7. HBTPower's holding organizations have also authorized the HBTPower's legal actions against Mohawk.

**[SIGNATURE AND ACKNOWLEDGEMENT ON FOLLOWING PAGE]**

**EXHIBIT A**

    I, Wang Zhuo, the former sole director of HBTPower Limited, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury under the laws of the United States of America that the information contained in this Declaration is true and correct, to the best of my knowledge, information and belief. Further, the Declarant sayeth naught.

*[Signature: Wang Zhuo]*

_____

Wang Zhuo
Former sole Director
HBTPower Limited

   Hong Kong
_____
EXECUTED IN

   January 12, 2024
_____
DATE

*4881-0526-4021.2*

3

EXHIBIT A