**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-00628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | |
| **MOHAWK ENERGY, LLC,** | **DECLARATION OF ZHANG LI** |
| Defendant. | |

Comes now the Declarant, Zhang Li, and declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

1. My name is Zhang Li. I am over the age of eighteen, and in my capacity as stated, I have personal knowledge of the facts contained herein.

2. I am the executive director at Sinohope Technology Holdings Limited ("Sinohope Technology") since December 17, 2021. Sinohope Technology was formerly known as "New Huo Technology Holdings Limited" and before that as "Huobi Technology Holdings Limited" ("Huobi"). Sinohope Technology owns Sinohope Digital Services Limited ("Sinohope Digital"). Prior to January 11, 2024, Sinohope Digital along with Mcore Limited ("Mcore") owned HBTPower. Mcore Limited is owned by Avenir Cayman Holdings Limited ("Avenir"). On January 11, 2024, Avenir concluded the 100% acquisition of HBTPower.

3. Avenir had two main branches: Huobi Global Limited and Sinohope Technology. Huobi Global Limited held thousands of mining machines, which HBTPower acquired as part of the business group's overall restructuring.

4. HBTPower is engaged, and has expertise, in mining of cryptocurrencies, including Bitcoin.

1

**EXHIBIT B**

2

5.      Mr. Wang Yangping and HBTPower's sole director Ms. Wang Zhuo both signed on HBTPower's behalf the Operation Right License Agreement dated May 31, 2022 (the "License Agreement") with Mohawk Energy, LLC ("Mohawk").

6.      HBTPower delivered 4,335 mining machines to Mohawk's facility at 1004 Gateway Industrial Park, Jenkins, Kentucky 41537 (the "Premises") in terms of the License Agreement.

7.      Mr. Wang Yangping was the General Manager of HBTPower until November 2023, and is currently a Technology Consultant for HBTPower. He is the authorized representative of HBTPower, was authorized by HBTPower to bring this action against Mohawk, and remains authorized to continue this action on HBTPower's behalf. A director's resolution signed by Ms. Wang Zhuo authorizing Mr. Wang Yangping's actions in this proceeding is also on record and appended as Exhibit A to Mr. Wang Yangping's second declaration, which is at DN 23-3.

8.      HBTPower's holding organizations authorized HBTPower's legal actions against Mohawk.

**[SIGNATURE AND ACKNOWLEDGEMENT ON FOLLOWING PAGE]**

**EXHIBIT B**

I, Zhang Li, the executive director of Sinohope Technology Holdings Limited, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury under the laws of the United States of America that the information contained in this Declaration is true and correct, to the best of my knowledge, information and belief. Further, the Declarant sayeth naught.

*(signature)*

Zhang Li
Executive Director
Sinohope Technology Holdings Limited

Hong Kong
_____
EXECUTED IN

January 12, 2024
_____
DATE

*4881-0526-4021.2*

3

EXHIBIT B