# Madaan, Ishaan

| | |
|---|---|
| **From:** | annawhites@aol.com |
| **Sent:** | Tuesday, January 9, 2024 1:52 PM |
| **To:** | Samra, Harout |
| **Cc:** | Gene.Vance@skofirm.com; Lindsey.Meares@skofirm.com; Minasian, Noorvik; Madaan, Ishaan |
| **Subject:** | Re: Mohawk/HBT |

⚠ **EXTERNAL MESSAGE**

Folks: I just heard that Sen. Smith will have to be out of the country for his aunt's memorial service, leaving on the 13th. He will return the 21st. We will have to change your site visit date for that reason.

Perhaps, since we were all scheduled to be available on the 25th, we can use that date, if the Court moves the hearing?

Thanks,
Anna

In a message dated 1/9/2024 1:12:33 AM Eastern Standard Time, Harout.Samra@us.dlapiper.com writes:

> Hello Anna –
>
> Let's plan to speak at 9:00am tomorrow. I will send an invitation momentarily.
>
> Some comments regarding the pending items below:
>
> - #1: Please share the credentials with counsel copied on this email. We will let you know if there are any access issues and if anyone else needs access in the future.
>
> - #2: Thanks for confirming the site visit. We will provide you the list of visitors before the end of the week.
>
> We'll follow-up on the remaining issues.
>
> Thanks,

1

**EXHIBIT 1**

Harout

Harout J. Samra

---

T  +1 305 423 8534
F  +1 305 468 6348
M  +1 305 753 2703
harout.samra@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



**From:** annawhites@aol.com <annawhites@aol.com>
**Sent:** Monday, January 8, 2024 5:51 PM
**To:** Samra, Harout <Harout.Samra@us.dlapiper.com>
**Cc:** Gene.Vance@skofirm.com; Lindsey.Meares@skofirm.com; Minasian, Noorvik <Noorvik.Minasian@us.dlapiper.com>; Madaan, Ishaan <Ishaan.Madaan@us.dlapiper.com>
**Subject:** Re: Mohawk/HBT

⚠ EXTERNAL MESSAGE

Thanks for checking in.

#1 - Security system access, we have addressed this with you via email already.  In recent cases Chinese companies have used camera access to determine when the plant is less secure due to staff being away and have stolen inventory using that access.  For this reason we have requested that only individuals subject to the Court's jurisdiction and control - that being any of the hundreds of folks affiliated with either law firm, have that access. It requires no expertise to view the camera.  You will have a view from near the ceiling of the section of the plant where the computers are stacked in the racks by Huobi (and you have already filed a photo showing this, so you know what it looks like) and the section where the computers Huobi chose not to unbox are stacked in boxes.

At this point, neither Mohawk (nor, apparently, the Court) are convinced that Wang is in fact an HBT delegate or that you are representing the owner of the equipment or the entity which contracted with Mohawk.  Mohawk

**EXHIBIT 1**

cannot expose itself to risk should the actual owner appear to claim the equipment.  As you have not been able to provide the proof of purchase documents we asked for a month ago, this concern appears justified.

#2 - Site visit.  We have the 17th marked down.  Please send your list of visitors

#3 - Inventory.  We provided you with the inventory of the mining machines which were sold. That was the inventory I believed we were discussing earlier.  Mohawk does not have an inventory of the machines stacked in storage or the machines that Huobi placed on the racks.  Your client and/or the owner of the mining machines, if your client is not the owner, will have that inventory document and should be able to provide it to you.  Wang and his team are the only individuals who have ever handled, set up or inventoried that equipment.  Your client's state and federal tax filings and insurance documents should also contain a copy of that inventory.

Happy to discuss witnesses and hearing logistics with you.  I am available tomorrow from 8-11, and again  in late afternoon, if  any times in those windows work for you.

- Anna

In a message dated 1/8/2024 3:02:17 PM Eastern Standard Time, Harout.Samra@us.dlapiper.com writes:

Anna:

Please see below for specific responses on some of the pending issues. Can we aim for a call this afternoon to discuss a couple other pending matters?

Thanks for sharing the "Record of purchase of machines." We are reviewing it. We wanted to follow-up about the following items which remain pending. Many of these issues have been pending for a while now. If we can't come to a resolution by this week, particularly with regard to the camera access issue, we will need to bring it to the Court's attention.

1. Camera Access. We have specifically asked you to provide camera access to wangyangping@newhuotech.com. You've objected to Mr. Wang, even though he is our client's representative in this matter, which has been documented in the Record. Mr. Wang is best positioned to monitor the camera, because he is familiar with the site. Additionally, as noted, he has been instructed to do so by the client. The email that we provided to you for Mr. Wang is the same email address that you interacted with for all your demands from

3
**EXHIBIT 1**

    HBTPower, including demands that HBTPower should cover your legal fees. In any event, it should not be an issue who specifically at our client accesses the stream since our agreement submitted to the Court was that the client itself should have that access. Our client needs to be able to determine who is the most appropriate person to monitor. We're now several weeks delayed in getting this access. Accordingly, you can provide us with the access credentials and we will ensure that the relevant person/people at HBTPower have access to the stream.

2. <u>Site Visit.</u> Please confirm the site visit for January 17 or January 18, which emailed to you on December 22. We will provide you with our list of visitors upon confirmation.

3. <u>Inventory of machines currently at the Premises.</u> We've raised this issue in prior correspondence. In your client's Answer and Counterclaim, Mohawk confirmed receipt of the S19 Series Miners and undertook to promptly conduct an inventory to confirm the numbers. To date, we haven't received this inventory. On December 14, 2023, you told us that you "will double check with Dustin on the inventory." Please provide a firm ETA.

In addition to the above-referenced issues, I also wanted to raise the following points with you and/or provide an update:

4. <u>Zoom Recordings.</u> We are following up on this issue and will revert this week.

5. <u>Witnesses and Hearing Logistics.</u> This is one of the issues I want to discuss with you if possible this afternoon. In particular, I want to discuss witness availability and other related matters.

Best regards,

Harout

Harout J. Samra

T  +1 305 423 8534
F  +1 305 468 6348
M  +1 305 753 2703
harout.samra@us.dlapiper.com

4

**EXHIBIT 1**

DLA Piper LLP (US)
dlapiper.com



**From:** annawhites@aol.com <annawhites@aol.com>
**Sent:** Friday, January 5, 2024 7:55 AM
**To:** Samra, Harout <Harout.Samra@us.dlapiper.com>; Gene.Vance@skofirm.com; Lindsey.Meares@skofirm.com; Minasian, Noorvik <Noorvik.Minasian@us.dlapiper.com>; Madaan, Ishaan <Ishaan.Madaan@us.dlapiper.com>
**Subject:** Mohawk/HBT

⚠ EXTERNAL MESSAGE

Folks: This is a reminder that we are still waiting on the following -

1. Proof of ownership of all mining machines;

2. Date and time of planned visit;

3. Names of all persons planning to attend the visit;

4. Zoom recordings of weekly meetings between Huobi or HBT and Mohawk

Thank you,

*Anna Stewart Whites*

*Anna Whites Law Office*

 327 Logan Street

P.O. Box 4023

5

**EXHIBIT 1**

Frankfort KY 40601

(502) 352-2373 (office)

(502) 229-1063(cell)

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments.  Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.