https://www.reuters.com/article/
idUSL5N2VO4WT/#:~:text=With%20its%
20fossil%20fuel%2Dheavy,in%20the%
20scientific%20journal%20Joule.

EXHIBIT 2

Learn more about **LSEG**

# INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky

By **Avi Asher-Schapiro, Thomson Reuters Foundation**

March 21, 2022 2:28 PM EDT · Updated 2 years ago

 

## Summary

- Elected officials want bitcoin miners to move to Kentucky
- By some estimates, Kentucky has become a national leader

in bitcoin carbon emissions

* Tax breaks and incentives for miners spark controversy (Adds information throughout on Kentucky State Senator Brandon Smith's involvement in Biofuel Mining Inc.)

By Avi Asher-Schapiro

BELFRY, Kentucky, March 15 (Thomson Reuters Foundation) - In a ravine deep in the Appalachian mountains, Warren Rogers stands

  

extractive operation: mining the digital currency bitcoin.

"We're trying to digitize coal," said Rogers, the chief strategy officer of Blockware Solutions, a bitcoin mining giant that is expanding rapidly in eastern Kentucky.

Over the past year Rogers, a former venture capitalist, has been crisscrossing Appalachia, on the hunt for new bitcoin mining sites - and the power to run them.

"We own a money-printing machine," Rogers said, gazing at a tangle of power lines which descend the steep hills and connect to a pair of rusted old buildings, where his team is installing rows of Chinese-made bitcoin-mining computers.

Advertisement · Scroll to continue

EXHIBIT 2

"We're building our own Fort Knox," he told the Thomson Reuters Foundation.

When the planned construction is done, the facility will create up to three bitcoins per day - worth over $100,000, all the while sucking more power than all the houses in Belfry combined, based on estimates from Blockware Solutions.

Bitcoin and other cryptocurrencies are created or "mined" by high-powered computers competing to solve complex mathematical puzzles.

Advertisement · Scroll to continue

It is a process that guzzles energy and fuels planet-heating emissions, unless the machines run on power from renewable sources.

Meanwhile, there is debate around how effectively such operations can replace jobs lost when coal mines and other fossil fuel businesses shut.

In 2016, coal mining employed an average of more than 6,000 people per mine, according to the Kentucky Energy and Environment Cabinet.

Advertisement · Scroll to continue

Feedback

Bitcoin operations, by comparison, only need a skeleton crew of less than a dozen to stand guard and maintain the machines at a site like the Belfry bitcoin mine, powered by Kentucky's coal-heavy electrical grid.

EXHIBIT 2

Still, with coal jobs having shrunk in the state to under 4,000 miners, compared to a peak of more than 50,000 in the 1970s, bitcoin miners say they are injecting much-needed investment into local economies.

---

Advertisement · Scroll to continue

---

The Belfry operation will provide between 5 and 10 full-time jobs, Rogers said, paying $23 an hour – nearly three times the minimum wage.

The Kentucky boom comes as environmentalists campaign to limit the spread of bitcoin mining, which consumes as much energy as a country about the size of Malaysia each year, according to estimates from Cambridge University.

China banned all crypto transactions and mining in September, citing energy concerns, and New York legislators recently introduced a bill to ban bitcoin mining, saying it undermined the state's climate goals.

Kentucky, however, is hoping to woo miners from all over the world.

"I don't see anyone who can compete with Kentucky in bitcoin mining," said state senator Brandon Smith, who has traveled the world pitching Kentucky as a prime location for mining operations.

Last year, Smith - who chairs the natural resources committee in the state senate - spearheaded a package of tax incentives for bitcoin miners. The law was signed by the governor in March 2021.

It could cost Kentucky taxpayers about $9 million a year in lost tax revenue - though bitcoin proponents say that will be outweighed by the broader economic benefits the industry brings, such as jobs and out-of-state investment.

Last November senator Smith briefly became the co-owner of a bitcoin mining operation in the Appalachian town of Inez.

He pulled out of the company, called Biofuel Mining Inc., in February 2022, and did not receive any tax incentives for the project.

He is still working to make Kentucky a global hotspot for bitcoin mining. "We want to raise a flag and say to (bitcoin miners) come to Kentucky," he said.

MINING BOOM

Many large U.S. states have attracted significant bitcoin mining investment in recent months, but Kentucky is emerging as a small powerhouse.

With its fossil fuel-heavy energy supply, Kentucky produces more carbon from cryptocurrency mining than any other U.S. state, according to economist Alex de Vries, the lead author of a February paper published in the scientific journal Joule.

He estimates the state's carbon footprint at 3.1 megatons of carbon dioxide a year, the equivalent of running 650,000 passenger vehicles, according to EPA estimates.

That worries Lane Boldman, executive director of the Kentucky Conservation Committee, a progressive environmental group.

"There's an increasing concern that this could be a way to just prop up old power infrastructure and keep burning fossil fuels," she said.

Feedback

EXHIBIT 2

Environmentalists say efforts to re-open closed gas and coal facilities to power the cryptocurrency industry undermine the battle to curb climate change, linked to fiercer storms, heat, flooding and wildfires across the United States and globally.

U.S. President Joe Biden has promised to halve U.S. climate-changing emissions by 2030 - and replacing fossil fuels like coal and gas with renewable energy, and cutting energy demand more broadly, are key to achieving that goal.

Kentucky sits at the nexus of several regional energy grids, and in 2020 about 70% of its power came from burning coal, according to government data.

But the state is also seeing growing investment in renewables, Boldman said, citing poverty-hit Martin County, where a proposed solar array could generate over 250 megawatts of clean power, enough to power tens of thousands of homes.

In the meantime, bitcoin mines have been springing up across the state - on top of abandoned coal mines, alongside highways, in industrial parks high in the mountains and deep in shale gas fields, hooked up to abandoned gas wells.

The precise energy mix and climate change impact of these operations is hard to pin down. While many are connected to the state's electric grid, some claim to use only renewables, while others burn fossil fuels in their own off-grid operations.

Investors from New York, Texas, and San Francisco are racing to find suitable sites in the state, forming local entities to prospect in the Appalachian region of eastern Kentucky, where land is cheap and power abundant.

At least four new operations have announced plans to build or expand bitcoin operations there since late 2021.

'ENVIRONMENTAL CRISIS'

The mining boom is matched by an environmental crisis, some locals warn.

"We don't have clean water in parts of Appalachia - but now I have million-dollar bitcoin mines? What is going on here?" said Nina McCoy, a retired biology teacher in Inez.

McCoy's house sits beside the Coldwater Fork stream, a small river that 20 years ago was the site of a devastating coal slurry spill that transformed the trickling brook into a 10-foot-wide torrent of coal-infused sludge.

People in town still do not trust the drinking water, she said.

Up the hill from her house, on a reclaimed surface coal mine, lies a hulking metal trash incinerator.

It will burn and gasify municipal waste trucked in from across the country, creating energy that local bitcoin miners plan to divert to their operations.

"We don't want them burning everyone's trash in our community," McCoy said.

After years of experimenting, the waste-to-energy technology is now ready for prime time, said John Burke, a former coal mine operator who co-owns the facility.

"Some people say it smells like trash - but it smells like money to me," said Burke, who grew up in neighboring Floyd County. He said the project had recently been approved by the state Environmental Protection Agency (EPA).

It will soon start generating more than 7 megawatts of power per month, he said - enough to initially power about 1,000 homes.

Once a bitcoin mine being set up around the plant becomes operational, the power will instead be routed to it, said Wes Hamilton, a local businessman. The vast majority of bitcoin mining operations in Kentucky do not generate their own power, but draw on the state's carbon-intensive grid.

Still, Senator Smith dismisses environmental concerns as overblown. "As people begin to mine (bitcoin) they will use more renewables over time," he predicted.

JOBS

The incinerator facility in Martin County is part of an ambitious bitcoin-based economic revival plan by Hamilton, who was co-director of Biofuel Mining with Smith until the senator left this February.

"My passion is to change the economic face of this region," Hamilton said, showing off shipping containers full of thousands of bitcoin-mining computers arrayed a stone's throw from the trash gasifier.

EXHIBIT 2

A 2021 report by the Appalachian Regional Commission labeled 38 counties in Kentucky as economically "distressed", or in the bottom 10% of U.S. counties in economic performance.

Martin County's poverty rate - defined as individuals living on an income of less than $28,000 a year - stands at 30%, nearly three times the national average.

Investors from around the country are descending on the county, where Hamilton pitches them on his vision for bitcoin mining powered entirely from trash.

"I just plopped down $50,000 for a few machines - why not?" said Adam Koehler, a bitcoin investor who lives in Cincinnati and drove down in December to see Hamilton's operation.

The crown jewel of Hamilton's plan is to open a center to train out-of-work locals to repair broken-down bitcoin mining machines built by the Chinese company Bitmain.

So far, seven technicians have been trained, Hamilton said, adding that his company employed another 25 people in areas including maintenance, construction and electrical work.

Core Scientific, a bitcoin mining giant that announced plans to invest over $44 million in western Kentucky in 2018, predicted in its application for government financial incentives that it would create a total of 35 jobs.

There's no doubt jobs are needed, said Colby Kirk, the judge executive of Martin County, the highest-ranking elected official in the county.

"People drive one or two hours to find work ... Young people leave because they see no future here," he said.

He wishes the local bitcoin operation success - but is not sold on bitcoin as a silver bullet for economic revival.

"People here don't have broadband internet. I am focused on that kind of thing," he added.

TAX BREAKS

As part of Kentucky's drive to woo bitcoin miners, legislation written by Smith allows miners who invest more than a million dollars in the state to have their sales taxes waived.

Miners can also avoid paying sales tax on electricity bills, and Smith is pushing forward another batch of legislation that would give cryptocurrencies similar legal status to traditional currencies, such as allowing them to be passed on to heirs, something now difficult to manage.

"The question is: How do we get people to come here instead of West Virginia, Texas or Pennsylvania?" asked Daniel Mudd, a lawyer in Louisville.

His firm is fielding an influx of enquiries from bitcoin miners trying to understand the tax breaks available to them in Kentucky.

Blockware and Silicon Valley-based bitcoin mining firm PrimeBlock are among the out-of-state firms that are exploring Kentucky's tax breaks, according to company executives.

Senator Smith said his office is getting a constant stream of queries from bitcoin miners about how to take advantage of the tax breaks, though he says the state has so far been slow to actually approve applicants.

On top of the tax incentives, Kentucky's existing power infrastructure is itself a major draw, the companies say. The state is studded with abandoned industrial and coal sites already wired to handle large-scale energy supplies.

Having a bitcoin mine come to town can be a good deal for locals, said Rogers, by bringing down electricity prices by covering infrastructure maintenance costs that were previously passed on to ordinary rate-payers.

Kentucky Power, a utility serving 165,000 consumers in 30 counties, said no deals had yet been struck with bitcoin miners to pay infrastructure maintenance costs or to give preferential utility rates.

But a spokesperson confirmed dozens of mining operations have approached the utility to explore such an arrangement.

WEALTH DISTRIBUTION

No matter the economics, McCoy, a constituent of Smith's, is furious that her state senator has taken a personal stake in bitcoin mining while writing laws to benefit that very industry.

EXHIBIT 2

To deal with climate change threats, many governments "are asking regular people to save electricity, to try and do things to use less gas," said McCoy.

Smith said owning his own bitcoin operation did not run afoul of any state ethics rules, and that he got personally involved in the industry to "put my money where my mouth was" as he pitched the state as a hub for investors.

He said that, as a co-founder of Biofuel Mining with Hamilton, he did not mine bitcoin personally and instead focused on the service and repair of mining equipment before he left the company in February this year.

The Kentucky Center for Economic Policy, one of the few groups that lobbied against the bitcoin sweeteners, argues that incentivizing the industry so heavily is a poor use of government funds not least because it creates little local work. Karen Berg, the only Kentucky state senator who voted against the final version of the incentives package, said the proposal struck her as "fiscally irresponsible, environmentally unfriendly".

She would prefer the money be funneled into Kentucky's education system.

Some development specialists are skeptical the bitcoin incentives will help produce the kind of fair, employment-creating economic transition the region needs.

Baylen Campbell, executive director of the advocacy group Appalachians for Appalachia, pointed to recent reports showing that utility bills are hitting all-time highs for households in eastern Kentucky due to rising fuel costs this winter.

"Local energy infrastructure is being pushed to the limit. Meanwhile these miners are receiving benefits that local business owners, and everyday people, are not being extended as well," he said.

Some see echoes of what they say were the worst elements of the now largely defunct coal industry: out-of-state money, absentee owners, and huge fortunes made with little wealth trickling down to local communities.

"We have a history here of outside players who come in to take advantage of available resources and great wealth that doesn't necessarily stick around here," said Kirk, the judge executive.

Karen Rignall, a professor of community development at the University of Kentucky, said economically distressed areas should not be forced to become profit centers for industries that produce little employment.

"The idea that they should be happy with a few jobs repairing servers, or guarding the perimeter of someone else's bitcoin mine – it's pretty insulting," she said.

LOCALS SPLIT

Still, for the few locals who have found work in the bitcoin mining facilities, it can feel like a big break.

"I've seen all of my family in coal mines for my whole life, getting their backs broken," said Ethan Aslinger, 22, from Harlan, Kentucky.

He was recently hired by PrimeBlock, the Silicon Valley firm, as one of 10 promised local hires to guard and do routine maintenance on their mining operation in Harlan County.

At $40,000 a year, it is an extremely competitive entry-level salary for the region, he said, standing in the half-constructed bitcoin mine site, in the shadow of one of the region's last operating coal mines.

Gaurav Budhrani, a former Goldman Sachs executive and CEO of PrimeBlock, said he is prioritizing building operations near energy grids that rely on renewable sources of energy.

He also closely tracks which states are offering tax breaks for new operations. His bitcoin mining firm is building facilities around the Appalachian region and in the Tennessee Valley.

But Kentucky's efforts to attract bitcoin mining frustrate businessman Geoff Marietta, the former head of the chamber of commerce in Harlan County who runs a small business accelerator.

"I am making a generational investment in this community — I'm not here to flip bitcoins," said Marietta, standing in a half-completed brewery he is building in downtown Harlan, a few miles from an under-construction bitcoin mine.

Marietta, who also opened a cafe and event space, is trying to rehabilitate a downtown dotted with abandoned buildings.

EXHIBIT 2

Yet while the bitcoin mine down the road is owned by out-of-state investors and will employ less than half of Marietta's payroll, it is paying lower tax rates than the owner of a restaurant or small business in town, he said.

That is a sign the state is prioritizing a "volatile asset" over "solid, long-term jobs and small businesses", he added. A Kentucky "off-grid" bitcoin miner who goes by his moniker "Hodl Tarantula" thinks it is unfair to cast the industry in those terms.

"There is no limit to the amount of capital that can be extracted from stranded energy now that bitcoin mining is at play," he said, standing at the site of a mine he has built in the middle of the woods in southeast Kentucky.

The small installation, miles from the nearest paved road, draws methane gas from a long abandoned well that Hodl Tarantula has fixed up with a generator and satellite internet, pumping out more than $20,000 in bitcoin a month.

Hodl Tarantula, who believes bitcoin offers people a path to financial freedom, sees off-grid crypto mining as a way for industrious small-timers to get into bitcoin without having to deal with big banks, power companies or government subsidies.

When he is not maintaining his own mines, he teaches others to set up similar operations. "We are never going to stop mining," he said. "This is just the beginning."

Reporting by Avi Asher-Schapiro @AASchapiro, Editing by Zoe Tabary, Laurie Goering and Megan Rowling. Please credit the Thomson Reuters Foundation, the charitable arm of Thomson Reuters, that covers the lives of people around the world who struggle to live freely or fairly. Visit <a href="http://news.trust.org">news.trust.org</a>

Our Standards: **The Thomson Reuters Trust Principles.** [↗]

Acquire Licensing Rights

Read Next



More from Reuters

EXHIBIT 2

1/16/24, 3:48 PM                  INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

Pictures of December
(1:50) - December 31, 2023
Watch more videos




 Pictures of December

01:50

 Reuters pictures of the year 2023

01:55

 Pictures of November

01:31

Black women say hair relaxers gave them cancer

## Sponsored Content

Dianomi ▷

### 7 Mistakes People Make When Hiring a Financial Advisor
Sponsored by smartasset



### 7 Retirement Income Strategies Once Your Portfolio Reaches $500k
Sponsored by Fisher Investments



### Your business. Your way. Merchant Services solutions
Sponsored by Bank of America



### What you need to know about car loans
Sponsored by USAA

### Wall Street Predicts Massive Financial Shift in 2024
Sponsored by Chaikin Analytics

### The 5 Dumbest Things We Keep Spending Too Much Money On

## Markets ›

Feedback

EXHIBIT 2



# Bitcoin miner Core Scientific gets court approval for restructuring

Legal · January 16, 2024 · 3:21 PM EST · 26 min ago

A U.S. bankruptcy judge on Tuesday approved Core Scientific's Chapter 11 restructuring, allowing the bitcoin mining company to cut $400 million in debt and emerge from bankruptcy by the end of January.

---

Business

**BP close to naming Murray Auchincloss as permanent CEO- Sky News**

16 min ago

---

Explainer

**Explainer: How is the panel that blew off a plane made, and how did it break?**

2:17 PM EST

---

Commodities

**Italy readies special administration plans for ArcelorMittal steelworks**

2:03 PM EST

---

World

**Italy's top court to decide on legality of $3.8 bln energy windfall tax**

**EXHIBIT 2**

1/16/24, 3:48 PM                              INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

2:30 PM EST

## Sponsored Content

Dianomi ▷

### Elon Musk's "Project Dojo" Could Be Huge

Sponsored by Stansberry Research



### 7 Mistakes People Make When Hiring a Financial Advisor

Sponsored by smartasset



### Wall Street Predicts Massive Financial Shift in 2024

Sponsored by Chaikin Analytics



### Earn $200 After Spending $500

Sponsored by CardCritics



### 5 Beaten-Down Tech Stocks That Could Explode Soon

Sponsored by The Motley Fool



### Simplify the way you do business with payment processing solutions

Sponsored by Bank of America



## Sponsored Content

Dianomi ▷

### APYs Are Rising. Is Your Savings Account Keeping Up?

Sponsored by NerdWallet

### 9 Ways To Get Money Without Getting A Job

Sponsored by FinanceBuzz

### Lazy People Keep Spending Too Much Money on These 5 Things

Sponsored by The Penny Hoarder

### Hands Down One of the Best Cards for Good Credit

Sponsored by The Motley Fool

### 7 Retirement Income Strategies Once Your Portfolio Reaches $500k

### The 5 Dumbest Things We Keep Spending Too Much Money On

Sponsored by The Penny Hoarder

---

Latest

Home
Authors
Topic sitemap

Media

📹 Videos ⧉
📷 Pictures
🖼 Graphics ⧉

Browse

World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations ⧉
Sports
Science
Lifestyle

Feedback

About Reuters

About Reuters ⧉

https://www.reuters.com/article/idUSL5N2VO4WT/#:~:text=With its fossil fuel-heavy,in the scientific journal Joule.

**EXHIBIT 2**

1/16/24, 3:48 PM                    INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

**Careers** 🔗
**Reuters News Agency** 🔗
**Brand Attribution Guidelines** 🔗
**Reuters Leadership** 🔗
**Reuters Fact Check** 🔗
**Reuters Diversity Report** 🔗

Stay Informed

**Download the App (iOS)** 🔗
**Download the App (Android)** 🔗
**Newsletters** 🔗

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

---

Thomson Reuters Products

**Westlaw** 🔗

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** 🔗

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** 🔗

The industry leader for online information for tax, accounting and finance professionals.

---

LSEG Products

**Workspace** 🔗

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** 🔗

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** 🔗

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Feedback

---

**Advertise With Us** 🔗    **Advertising Guidelines** 🔗    **Coupons** 🔗    **Acquire Licensing Rights** 🔗

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** 🔗    **Terms of Use** 🔗    **Privacy** 🔗    **Digital Accessibility** 🔗    **Corrections** 🔗    **Site Feedback** 🔗

© 2024 Reuters. All rights reserved

**EXHIBIT 2**

INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

EXHIBIT 2

EXHIBIT 2

INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

EXHIBIT 2

INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

EXHIBIT 2

INSIGHT-Coal to crypto: The gold rush bringing bitcoin miners to Kentucky | Reuters

EXHIBIT 2

EXHIBIT 2

https://www.wymt.com/2021/11/16/
eastern-kentucky-become-leader-
americas-bitcoin-mining-operations/

EXHIBIT 2



## Service center opening in Eastern Kentucky to aid bitcoin mining operations



Weekday broadcast of WYMT Mountain News at 11

By Zak Hawke
*Published: Nov. 16, 2021 at 5:35 PM EST*

EXHIBIT 2



Weekday broadcast of WYMT Mountain News at 6

MARTIN COUNTY, Ky. (WYMT) - A recent business partnership in Martin County is drawing attention as it could make Eastern Kentucky a hub for an emerging technology.

State Senator Brandon Smith and other business leaders Martin County teamed up to create a company called Biofuel Mining.

"We are ready and positioned for Kentucky to be the next state with emerging technology," said Senator Smith. "And uniquely that's going to be here in Eastern Kentucky."

The partnership will begin by staffing a 200 person repair center at an Inez power plant. The device this staff will service is called application-specific integrated circuits (ASICs).

These are critical in bitcoin mining operations around the world, and Biofuel Mining has been contracted by Bitmain to do repair work.

"Bitmain is the largest crypto-currency mining company in the world."

ASICs require a well-trained team of engineers able to repair them 24/7. Senator Smith and other business leaders saw this as an opportunity to bring Eastern Kentucky a new type of job that is on the forefront of technology.

"This is the the opportunity," said Senator Smith. "And that's all we can do. This is local people putting their money where their mouth is."

Senator Smith is participating in the venture as a private citizen and stressed that the company is not reliant on any government funding.

Smith added the repair contract Biofuel has will bring a lot more traffic to the location at the Big Sandy Regional airport. He said he expects that to bring a lot more commerce to the Appalachian region.

If you are interested in a job opportunity with the company, you can reach out to jobs@biofuelmining.com.

*Copyright 2021 WYMT. All rights reserved.*

Taboola Feed

**Find New SUV Sales That Have Us Speechless**
SearchTopics | Sponsored

Search Now

EXHIBIT 2

**Hyundai's New 2024 Palisade Is Turning Heads (Take A Look)**

BestSearches | Sponsored

**Irish singer Sinead O'Connor's cause of death released**

O'Connor was 56.

WYMT

**Buick's Brand New Envista Crossover Is Turning Heads**

CommonSearches | Sponsored

**Fidelity vs. Vanguard vs. Schwab**

SmartAsset | Sponsored

Learn More

**Don't Pay For New Gutters in Ashburn. Get This 3-In-1 System Instead**

See Why Over 1 million Americans Have Chosen This Gutter System

Leaf Filter USA | Sponsored

Learn More

**Vehicle pursuit ends with crash on Dauphin Island Parkway**

Vehicle pursuit ends with crash on Dauphin Island Parkway

WYMT

## Most Read

EXHIBIT 2

**FIRST ALERT WEATHER DAY: Tracking the bitter cold**



**⊙ KSP investigating deadly fire in Breathitt Co.**



**PROGRAMMING NOTE: Changes to WYMT news**



**FIRST ALERT WEATHER DAY: Winter Storm Warning in place for most**



**Governor Beshear declares State of Emergency ahead of winter storm**



## Latest News

4/6

EXHIBIT 2

 [KSP working to keep roads open while responding to increased crashes](#)

 [Why some school districts choose to go NTI](#)

 [Battle with snow, cold temperatures continues in London](#)

 [Tips to stay healthy during frigid temperatures](#)

 ⏵ [KSP issues Golden Alert for Williamsburg man](#)

Weather
Contact Us
Livestream 2

Sports
Newsletter
Our Mountain Family

WYMT
199 Black Gold Blvd.
Hazard, KY 41701
(606) 436-5757

Public Inspection File    publicfile@wymt.com • (606) 436-5757    Terms of Service    Privacy Policy    FCC Applications    EEO Statement    Advertising

5/6

EXHIBIT 2

Digital Advertising      Closed Captioning/Audio Description

At Gray, our journalists report, write, edit and produce the news content that informs the communities we serve. Click here to learn more about our approach to artificial intelligence.

A Gray Media Group, Inc. Station • © 2002–2024 Gray Television, Inc.

gray

EXHIBIT 2

https://www.wkms.org/business-economy/2022-04-25/a-new-kind-of-mining-has-arrived-in-the-ohio-valley-what-will-crypto-mean-for-the-region

EXHIBIT 2

1/16/24, 3:51 PM                              A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region? | WKMS

# A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region?

WKMS | By Liam Niemeyer, Katie Myers

Published April 25, 2022 at 10:34 AM CDT

   





Liam Niemeyer / Ohio Valley ReSource

The machines running inside the Blockware Mining warehouse.

Open the door of Blockware Mining's data center in Paducah, Kentucky, and you're met by a wall of sound. More than 5,000 machines are whirring away as they solve complex math problems, while large industrial fans keep them cool. The expansive warehouse stretches a little more than a football field.

 



WKMS
BBC Newshour



EXHIBIT 2

the relatively new company.

As of mid-April, the warehouse was still an active construction site. More fans were being added by contractors, outdoor light shining through where gray metal siding hadn't been added yet. Workers were bringing even more machines to eventually plug in with the rest.

Witten and his colleagues find themselves answering a lot of questions about what exactly these machines are up to in this western Kentucky industrial park. Even curious contractors building the warehouse are still learning what cryptocurrency "mining" is. It can't be seen with the naked eye, but it sure makes a lot of noise, and investors hope, money.



*Liam Niemeyer  /  Ohio Valley ReSource*

Jeremy Witten and Michael Stolzner of Blockware Mining stand by their warehouse in Paducah, Kentucky.

With the rise in popularity of cryptocurrencies across the globe including Bitcoin, virtual currencies have needed a way to ensure online exchanges are secure and safe between parties. Servers like the ones at Blockware Mining provide that service by solving complex math problems that help verify transactions, and if their machines are the first to solve new problems, they're rewarded with payment of some of the currency they're providing security for – in this case, Bitcoin.

That can mean a lot of money for cryptocurrency miners, with each Bitcoin worth a



WKMS
**BBC Newshour**

EXHIBIT 2

For Blockware Mining, the investment is very real. By 2023, the cryptocurrency mining facility plans to add another warehouse and have over 10,000 machines, which the company estimates will cost about $100 million alone.

For Witten, it's an opportunity to transition from one of oldest occupations in Kentucky–farming cattle and tobacco–to one of the newest. He says his father didn't want him to go into farming and to go get a college degree instead. He earned a degree in mechanical engineering, spent time in the alloy metals industry, and is now on to something completely new.

"He wanted us to go do something better," Witten said. "It's always new. And that's what keeps it fresh, and exciting for all the young guys that we have that we employ."

But Blockware Mining isn't alone in Kentucky. As the technology takes off, a cryptocurrency mining boom is taking place in the state that's known for mining coal.

It's a burgeoning industry that investors see as a cutting-edge economic opportunity. But critics say it's compounding the world's preeminent crisis – climate change.

**A digital boom**

Greater Paducah Economic Development President Bruce Wilcox says after Blockware Mining announced its move, the floodgates opened with the interest from other cryptocurrency mining ventures wanting to move into the region from across the world.

"We've had interest from New York to California, Canada," Wilcox said in a recent interview, about five minutes before his office phone ringed again with yet another interested cryptocurrency company. "A week ago, Monday, I was meeting with a group from India, China and Cambodia."

A big reason they want to move there, according to Wilcox: cheap power. Kentucky has a lower cost of electricity compared to other states, and cryptocurrency mining tends to use substantial amounts of power. Blockware Mining, for example,



WKMS
BBC Newshour

EXHIBIT 2

could power tens of thousands of homes. For comparison, the peak electricity consumption of Paducah – population 27,137 – was around 128 megawatts last year.

Big Rivers Electric Corporation, a regional utility in western Kentucky, is propping up Blockware Mining by investing more than $12 million to upgrade the transformers next to the industrial park in part to service the company.



*Liam Niemeyer / Ohio Valley ReSource*

A worker walks down a hallway where machines are running at Blockware Mining.

Wilcox says Kentucky is particularly well-situated because of its connection to regional energy grids, with the ability for these cryptocurrency mining companies to get power from across the region.

Kentucky lawmakers have further incentivized cryptocurrency miners to come to the state with recent legislation. In March 2021, Democratic Gov. Andy Beshear signed a number of tax breaks for cryptocurrency miners into law. Incentives include an exemption from the Kentucky sales tax for electricity and extra incentives for companies that invest more than $1 million in equipment. Since then, at least one utility in Kentucky has seen over a hundred applications from cryptocurrency companies eager to set foot in a state with ample cheap energy.

Legislators say the industry can bring investments into rural parts of Kentucky that have bled jobs, especially as the state's signature coal industry continues to decline.



WKMS
BBC Newshour

EXHIBIT 2

Republican Sen. Wil Schroder, of Wilder, has over $10,000 worth of investments in Bitcoin and Ethereum cryptocurrencies, according to a financial disclosure. He says the cryptocurrency industry is part of Kentucky's future.

"Any time we're bringing industry to Kentucky, I think that's a benefit to all Kentuckians," Schroder said.

The prospect of new business has local economic development leaders excited, including Wilcox. He sees the industry as an opportunity for new jobs and county property tax revenue.

"Go ask the person who has a job that they're employing. Ask them on Friday and on payday when they received their check or for the wages they've earned how important it is to that individual person," Wilcox said.

Despite the small surge of temporary construction jobs when Blockware Mining expands, there aren't many permanent jobs, and benefits to the local economy don't always make much of a dent.

The Lexington Herald-Leader reported that an eastern Kentucky mining facility employed only seven full-time workers. Blockware Mining currently employs about ten with hopes to have 20 to 30 onboard after a planned expansion.

But supporters, including Wilcox, say a few higher-paying jobs are better than no jobs. McCracken County's median household income is $47,000, about $5,000 below the state average. Blockware Mining leaders in statehouse testimony mentioned some jobs they're offering paid $70,000 or more with benefits.

A Forbes study showed that tax breaks end up costing counties and municipalities across the U.S. roughly $1 million per job.

Just up the Tennessee River from Paducah, a company called Core Scientific moved a large data center into a former steel mill in Marshall County, employing about 30 people when it opened in 2019. The steel mill that shuttered in 2016 employed 130 people.

State Rep. Steven Rudy, a Republican from Paducah who sponsored the tax break



WKMS
BBC Newshour

EXHIBIT 2

"It may not bring a lot of jobs," Rudy said. "We have cheap electricity here in Kentucky and I think it's because of our vast natural resources."

## Energy costs and questions

Not everyone is excited about the cryptocurrency boom. The industry's incredibly high energy use has many experts and activists concerned that it could set back the clock on attempts to use energy more efficiently by many years.

In February, a group of researchers from the Massachusetts Institute of Technology and Vrije Universiteit Amsterdam published a report detailing the Bitcoin mining industry's substantial carbon footprint, and showing how the industry was shifting based on local regulations. Many crypto mining companies relocated to the United States after China cracked down on the industry's high energy use, among other aspects. With the tax breaks and a friendly regulatory environment offered by Kentucky lawmakers, many of those companies chose the Commonwealth as their new home.

The paper found Kentucky had the highest carbon emissions from Bitcoin mining out of all states – 3.3 megatons of annual carbon dioxide emissions, or the same amount created by more than 650,000 passenger cars, according to the U.S. Environmental Protection Agency – largely because of how dependent the energy grid is on fossil fuels.

"They don't care about the environment. All they care about is cheap power, stable power," said Netherlands-based researcher Alex de Vries, the lead author on the paper. "That's going to be typically the best match with obsolete fossil fuel-based infrastructure, unfortunately."

Overall, the global network of Bitcoin miners uses about 144 terawatt-hours a year, according to an index from the University of Cambridge. That's about half a percent of global electricity consumption, but also comparable to the annual electricity consumption of Egypt. De Vries is worried about the technology's energy inefficiency, and consequences if the industry expands further.

"This system is so extremely inefficient," de Vries said. "I can take a flight from here


WKMS
BBC Newshour

EXHIBIT 2

single Bitcoin transaction, just to think about that. The more popular it gets, the worse it gets."

The Ohio Valley generates the large majority of its power from coal and natural gas. Climate change mitigation advocates are worried the industry could extend the lifespan of fossil fuels.

Lane Boldman is the executive director of the Kentucky Conservation Committee, a progressive environmental advocacy group.

"What makes Kentucky so attractive is the energy infrastructure we already have," Boldman said. "The heavy energy use is a concern as far as meeting climate goals, so I'm concerned that Kentucky is going to situate itself where it may be shoring up some of their energy infrastructure at the expense of climate goals."

Boldman said she isn't opposed to the cryptocurrency mining industry and sees potential with companies potentially switching to a less energy-intensive computing process.

The industry has pushed back against sustainability arguments, saying mining companies shouldn't be held to the same emissions standards as other industries that directly pollute the environment.

Witten said Blockware Mining, which also has operations in New York and Washington, is looking into using solar power, among other projects, which he says would cut costs for the company.

WKMS
**BBC Newshour**

EXHIBIT 2



*Liam Niemeyer / Ohio Valley ReSource*

New machines being carried into the Blockware Mining warehouse in Paducah, Kentucky.

"Every industry is trying to find the cheapest power. I don't know what industry isn't," Witten said. "Mining is no different."

"I don't know many of the public [mining] companies that aren't actively looking at reducing all their carbon footprint, regardless if it's moving into sites that have higher renewable percentage, or offsetting with carbon credits."

Witten says the large energy needs of cryptocurrency mining can also encourage more renewable energy development. He points to a study from the Bitcoin Mining Council, an industry group, that states almost 60% of the energy sources used for mining come from a "sustainable electricity mix" including renewables, hydro and nuclear, citing it as the industry well on its way to being greener.

But de Vries, the researcher from the Netherlands, is skeptical of the industry data, saying it's not clear where they're getting information on the renewable energy mix. The renewable energy mix of Bitcoin was only at 25% as of August 2021, according to his paper.

**Elsewhere in the Ohio Valley**

In the coalfields of eastern Kentucky and West Virginia, some economically



WKMS
**BBC Newshour**

EXHIBIT 2

mining operations, fueled by out-of-town and even international venture capital.

Reuters recently documented a soon-to-come operation in Belfry, Ky. which will use more power than the small town's entire population of 358. Down the road, in Martin County, a trash incinerator on an old coal mine plans to power Biofuel Mining, a company formerly co-owned by Republican state Sen. Brandon Smith. In Harlan County, a Chinese-owned company called ANKR/ Exponential Digital recently set up shop near the town of Cumberland.

Meanwhile, a West Virginia cryptocurrency mining operation at the Grant Town waste coal-fired power plant was recently pulled by the state's Public Service Commission. According to Gizmodo, the plant purchased its coal from a company connected to West Virginia Democratic U.S. Sen. Joe Manchin. First reported by E&E news, the proposal may have been a bid to save the plant from the bankruptcy wave impacting West Virginia's other coal-fired power plants.

Another company has applied to build a data center near Morgantown, West Virginia, sparking outrage from local environmentalists. The data center made the community aware of its existence through an application to the West Virginia Department of Environmental Protection for an air pollution permit. The company is not strictly defined as a cryptocurrency mining company, but West Virginia University Agriculture Sciences Professor Jim Kotcon says the energy use outlined in its applications matches one.

"My concern is that if it looks like a duck and quacks like a duck and waddles like a duck, maybe it is, in fact, a Bitcoin mining operation," says Sierra Club member and West Virginia University agricultural sciences professor Jim Kotcon. "And that is in fact what it seems to be."

WKMS
**BBC Newshour**

EXHIBIT 2

*Brian Persinger / WVU Photograph  / WVU Photography*

Jim Kotcon.

[Others agree](#), noting similarities in cooling facilities and electricity needs. The company that owns the facility, Marion Energy Partners, LLC, plans to use natural gas from the nearby [Marcellus Shale](#) to power its operation.

Some cryptocurrency advocates say the industry's appetite for energy, and payment for that power, could slow down utility rate increases for customers. But Kotcon believes the risks outweigh the benefits.

"One of the concerns I had was that air pollution permit authorized emissions, more pollutants, particularly nitrous oxides, volatile organic compounds, particulate matter, et cetera than our local coal fired power plants do," he said. "And I raised the question, why are we authorizing this more polluting source if all they're going to do is generate electricity?"

**Pursuing a cleaner grid**

Some cryptocurrency advocates say environmental concerns could be mitigated by



WKMS
**BBC Newshour**

EXHIBIT 2

is the former Democratic state auditor of Kentucky and owns Edelen Renewables, [soon to be the site of a massive](#) utility-scale solar array in rural Martin County.

Now that the area is also soon to be home to a cryptocurrency mining company, Edelen Renewables has been fielding calls about providing power for the project.. Edelen said he believes cryptocurrency isn't going away, and that renewable energy should power the industry. But he has some reservations, including the tax breaks that made Kentucky so attractive to cryptocurrency mining companies in the first place.

"I think a fair tax regimen where local jurisdictions are made whole is incredibly important," Edelen said. "I think, to the extent that there is job creation, those jobs need to be sourced locally."

Edelen says he doesn't believe cryptocurrency is going away, which is why he's open to working with companies. He hopes the participation of the renewable energy industry can lessen what he says are cryptocurrency's more negative impacts, and encourage transparency.

"We are trying to figure out how to maximize those benefits to the local community, at the same time trying to figure out how to reduce the awful environmental attributes that come with these projects," Edelen said. He says he's been approached by dozens of companies, but has held off on signing any agreements.

Edelen Renewables is partnering with Savion, a national utility-scale renewable energy company, for its Martin County solar array. Savion was [purchased](#) by multinational oil corporation Shell in 2021, in a bid to reduce Shell's net footprint.

Jim Kotcon said perhaps renewables-supported cryptocurrency mining is much the same—a renewable cherry on top of an industry heavily powered by fossil fuels.

"Adding major energy consumption facilities such as Bitcoin mining operations don't displace existing fossil fuels, even if they're run off of solar or wind energy," Kotcon said. "We need to make those investments to offset our existing fossil fuels. And we need to do that very quickly."



WKMS
**BBC Newshour**

EXHIBIT 2

**Tags**

[Business & Economy] [cryptomining] [cryptocurrency] [Paducah]

[Bruce Willcox] [tax breaks] [Bitcoin]



### Liam Niemeyer

"Liam Niemeyer is a reporter for the Ohio Valley Resource covering agriculture and infrastructure in Ohio, Kentucky and West Virginia and also serves Assistant News Director at WKMS. He has reported for public radio stations across the country from Appalachia to Alaska, most recently as a reporter for WOUB Public Media in Athens, Ohio. He is a recent alumnus of Ohio University and enjoys playing tenor saxophone in various jazz groups."

See stories by Liam Niemeyer



### Katie Myers

Katie Myers is covering economic transition in east Kentucky for the ReSource and partner station WMMT in Whitesburg, KY. She previously worked directly with communities in Kentucky and Tennessee on environmental issues, energy democracy, and the digital divide, and is a founding member of a community-owned rural ISP. She has also worked with the Black in Appalachia project of East Tennessee PBS. In her spare time, Katie likes to write stage plays, porch sit with friends, and get lost on mountain backroads. She has published work with Inside Appalachia, Scalawag Magazine, the Daily Yonder, and Belt Magazine, among others.

See stories by Katie Myers

| WKMS |
| BBC Newshour |

EXHIBIT 2

A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region? | WKMS



## Learn All About WKMS Vehicle Donation!

WKMS
**BBC Newshour**

EXHIBIT 2

# COMMUNITY CALENDAR

u a r y          February          M a

## Looking for Something to Do?

Search Local Events

**Related Content**



WKMS
**BBC Newshour**

EXHIBIT 2

1/16/24, 3:51 PM                    A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region? | WKMS

 

Environment

**Advocacy groups raise environmental concerns about Kentucky cryptomines**

November 21, 2023

Energy

**Ky. regulators approve discounted power contract for Pike County cryptomine**

September 18, 2023



Energy

**Ky. utility regulators approve discounted power for $25M cryptomining facility**

August 8, 2023



WKMS
**BBC Newshour**

EXHIBIT 2

1/16/24, 3:51 PM

A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region? | WKMS



**EXHIBIT 2**

A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region? | WKMS

EXHIBIT 2

A new kind of 'mining' has arrived in the Ohio Valley. What will crypto mean for the region? | WKMS

EXHIBIT 2