## Madaan, Ishaan

| | |
|---|---|
| **From:** | annawhites@aol.com |
| **Sent:** | Tuesday, January 2, 2024 6:28 AM |
| **To:** | Samra, Harout; Gene.Vance@skofirm.com; Lindsey.Meares@skofirm.com; Minasian, Noorvik; Madaan, Ishaan |
| **Subject:** | Record of purchase of machines |
| **Attachments:** | Mohawk Huobi comp sale.jpg; image5.png; image3.png |

⚠ **EXTERNAL MESSAGE**

Invoice attached.

The funds were received and have have not been converted into USD

*Anna Stewart Whites*
*Anna Whites Law Office*
 327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 229-1063(cell)

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender and destroy all copies of the original message and its attachments.  Please notify me of erroneous receipt at (502) 352-2373.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommended to another party any transaction or matter contained herein.

## EXHIBIT 3



EXHIBIT 3



EXHIBIT 3

**INVOICE #110**

**DATE: NOV. 29, 2023**

**BILL TO**

AsicXchange Team Inc (Vlad Siniavskiy)

4933 Boul. Saint-Charles Montreal (Quebec) H9H3E4 Canada

**Seller**

Mohawk Energy LLC
1004 Gateway Industrial Park.
Jenkins, Ky 41537

| Details | AMOUNT |
|---|---|
| MS31+ 81.3TH (avg) Unit Price: 174.84 per | $360,000.00 |
| Hashrate Avg (TH/s) 81.3 | |
| Units total 2059 | |
| Total(TH/s) 167,546 | |
| SUBTOTAL | $360,000.00 |
| TAX RATE | 0.00% |
| OTHER | $0.00 |
| **TOTAL** | **$360,000.00** |

**SOLD AS IS, BUYER TAKES ALL RESPONSIBILITY WHEN ASIC are loaded.**

USDT Address:  0x91FAD90115E412B9f9dFe7E8aCA5A7eF1dC6B59a

100,000 Non-Refundable Deposit

Purchaser Agrees to pay for shipping cost

Mohawk is not liable for handling of any ASIC miners

**THANK YOU FOR YOUR BUSINESS!**

**EXHIBIT 3**