

EXHIBIT 4



EXHIBIT 4