



**MOHAWK ENERGY LLC**

HAZARD, United States of America

Active                                  Private

BvD ID: US383240177L   Orbis ID: 594378997   This company is a Single location

## Key information

| | |
|---|---|
| PO BOX 846, STE 380<br>HAZARD, KY 41702-0846<br>United States of America | Legal form: Limited liability company<br>Type of entity: Corporate |

| Operating revenue (Turnover) for 2022 | P/L [=Net Income] for 2022 |
|---|---|
| $ 80.0 th | Not available |

| Ownership | PEPs and sanctions |
|---|---|
| 0 shareholder<br>0 subsidiary<br>0 company in the corporate group |  This company is **not** the same or similar to a risk relevant name |

**Financial profile**

Limited financials, Local registry filing
Estimate

| | 2022 |
|---|---:|
| | USD |
| | 12 months |
| | Cortera |
| Operating revenue (Turnover) | 80,000 |
| Number of employees | 3 |

| Directors and managers | News stories since last year |
|---|---|
| No known directors or managers | 0 negative stories<br>0 stories in total |

© 2024 Moody's Analytics, Inc. and/or their licensors and affiliates. All rights reserved.

**EXHIBIT 5**