# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | ) CASE NO.: 3:23-cv-00628-CHB |
| Plaintiff, | ) JUDGE: Claria Horn Boom |
| vs. | ) |
| **MOHAWK ENERGY, LLC,** | ) **THIRD DECLARATION OF WANG YANGPING** |
| Defendant. | ) |

Comes now the Declarant, Wang Yangping, and declares under penalty of perjury under the laws of the United States that the following statements are true and correct:

1. My name is Wang Yangping. I am over the age of eighteen, and in my capacity as stated, I have personal knowledge of the facts contained herein.

2. Prior to this Declaration ("Third Declaration"), I have also tendered two other Declarations, one on December 5, 2023 ("First Declaration") and the other on December 18, 2023 ("Second Declaration"). I incorporate herein by reference, as if set forth fully herein, the contents of the First Declaration and the Second Declarations.

3. Meng "Alex" Huang is neither my relative nor a relative of any employee, director or shareholder of HBTPower or any of its affiliated companies.

4. Mr. Huang is not an employee of HBTPower or any of its affiliated companies.

5. Mr. Huang has never been authorized by me, HBTPower or any of its affiliated companies to take any action on behalf of HBTPower.

6. I am familiar with Mr. Huang, but I have never instructed him to visit the Premises.

7. Mr. Huang is not my agent.

8. I have never claimed to be the CEO of HBTPower to Mr. Huang or otherwise.

1

9. Mr. Huang does not own the mining machines at issue in this case.

10. The mining machines at issue in this case were acquired by HBTPower from Huobi Global Limited, which was a branch of HBTPower's parent company, Avenir Cayman Holdings Limited ("Avenir").

11. HBTPower's mining machines were delivered to the Premises under the terms of the enforceable contract between HBTPower and Mohawk.

12. Mohawk has not provided HBTPower with an inventory of how many mining machines delivered by HBTPower are still in its possession, despite repeated requests.

**[SIGNATURE AND ACKNOWLEDGEMENT ON FOLLOWING PAGE]**

*4881-0526-4021.2*

I, Wang Yangping, Authorized Representative at HBTPower Limited, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the information contained in this Declaration is true and correct.

*Yangping Wang*
Wang Yangping
Authorized Representative
HBTPower Limited

*California, USA*
EXECUTED IN

*Jan 24, 2024*
DATE

4881-0526-4021.2