UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER RESCHEDULING** |
| MOHAWK ENERGY, LLC, *et al.* | ) | **PRELIMINARY INJUNCTION** |
| | ) | **HEARING** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. Due to the numerous pending dispositive motions the Court must resolve, the Court will reschedule the preliminary injunction hearing. The parties have agreed upon the following dates.

Therefore, on the Court's own motion, and by agreement of the parties,

**IT IS HEREBY ORDERED** that a **Preliminary Injunction Hearing** that was set for January 25, 2024, will be **REMANDED** and **RESCHEDULED** to **April 15, 2024, at the hour of 9:00 a.m.,** and **April 16, 2024**, **at the hour of 9:00 a.m.,** before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder Federal Courthouse, in **Louisville, Kentucky**.

This the 25th day of January, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record