UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPower Limited, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Mohawk Energy, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. A preliminary injunction hearing is currently scheduled for April 15–16, 2024. [R. 43]. The Court finds it necessary to set the following prehearing deadlines and will schedule an in-person status conference.

Accordingly, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Prehearing Filings: On or before **April 1, 2024,** each party shall file a memorandum containing the following:

    (a) A statement of the precise relief requested in Plaintiff's Motion for Preliminary Injunction, [R. 23], and any efforts between the parties to narrow or resolve the issues without the Court's involvement.

    (b) A statement of each unresolved issue of fact relevant to the Motion for Preliminary Injunction, [R. 23], with discussion and citation to exhibits, as necessary.

    (c) A statement of evidentiary issues that the parties reasonably believe will be raised at the hearing, together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

    (d) A statement of known or reasonably anticipated potential hearing problems, or other issues that may assist the Court in presiding over the hearing.

    (e) The status of settlement negotiations and the likelihood of settlement.

    (f) The feasibility of alternative dispute resolution.

    (g) Counsel shall file an exhibit list and pre-mark for identification purposes all exhibits intended to be used at the hearing.

    (h) Counsel shall file a proposed witness list with a brief summary of the expected testimony of each witness and an estimate as to the amount of time that will be required to present the testimony in chief of each witness. The Court has set aside a maximum of two days for this hearing, with time allocated evenly to each party.

2. <u>In-Person Status Conference</u>: An in-person status conference is **SCHEDULED** for **Thursday, April 4, 2024,** at the hour of **2:30 PM**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at the preliminary injunction hearing shall attend the conference.

This the 2nd day of February, 2024.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY