**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:23-CV-00628-CHB-CHL**

**HBTPOWER LIMITED,**                                                                           **Plaintiff,**

**v.**

**MOHAWK ENERGY, LLC,**                                                                       **Defendant.**

## ORDER

The undersigned held a telephonic scheduling conference in this matter on February 29, 2024. Participating were the following:

    FOR PLAINTIFF:        Harout Samra; Lindsey Howard Meares

    FOR DEFENDANT:     Anna S. Whites

The Court and the Parties discussed the Parties' Rule 26(f) Report (DN 45) and the status of the case. Based on the discussion, it appears the Parties have significant disagreements about the scope of discovery in this action and necessary next steps given the pending motions. Given those disagreements and the upcoming injunction hearings, the undersigned will not issue a scheduling order at this time. Instead, the Parties are instructed to conduct limited discovery related to the pending Motion for Preliminary Injunction (DN 23) as necessary to get prepared for the upcoming hearing before the Court. The Court will conduct an additional status conference after that hearing to discuss setting a formal schedule for the remainder of the case.

Accordingly,

IT IS HEREBY ORDERED that this matter is set for a telephonic status conference before the undersigned on **April 25, 2024, at 11:00 AM ET**.  Counsel for the Parties shall connect to the conference by dialing toll free number 1-888-808-6929 and entering access code 2773744#.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

0|30    March 1, 2024