**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **Case No. 3:23-cv-00628-CHB** |
| **v.** | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT MOHAWK ENERGY LLC'S LIMITED DISCOVERY REQUESTS FOR PURPOSE OF PRELIMINARY INJUNCTION HEARING**

**\*\*\*\***

Comes the Defendant, Mohawk Energy LLC, by counsel, and in furtherance of the agreement at the Court's Rule 16 hearing on 2/29/24, tenders the following limited discovery limited to the matters to be heard in the preliminary hearing and motions related thereto:

INSTRUCTIONS FOR ANSWERING

1.  "Communication" means any disclosure, transfer, or exchange of information or opinion, however made, including but not limited to written correspondence (whether electronic or otherwise) and oral discussions.

2.  If you object to answering all or any part of a Discovery Request on the grounds of privilege, please: (1) state the full grounds (including the facts you are relying on) for your claiming such privilege; and (2) for any communication (whether oral or written) claimed to be privileged, identify all persons who heard, read, saw, or were present during such communication.

3.      Documents produced in accordance with the Request for Production should be organized to correspond to the specific categories requested below or in the form such documents are kept by you (or both, wherever possible).

4.      These Discovery Requests shall be deemed continuing in character, and you are required to serve supplemental answers and responses if further information is obtained after the date of your initial response.

5.       The term "mining machine" means any device capable of bitcoin mining, whatever the type.

6.      The term "Mohawk Plant" means the Mohawk Energy LLC facility at 1004 Gateway Drive in Letcher County, Kentucky.

7.      The term "EDR" means the power company and PSC's economic development rate for electrical power.

8.      The term "Plaintiff" includes any and all current or former members of HBTPower Limited, all its current and former employees, related to this action, and its contractors at the Mohawk Plant during any part of the period June 2022-March 2024.

9.      "Document" means any written, recorded, or graphic matter, however produced, stored, recoverable, including but not limited to correspondence, facsimiles, telegrams, emails, text messages, instant messages, other written communications, contracts, maps, agreements, notes memoranda, analyses, projections, work papers, diaries, logs, data, calendars, minutes of meetings, or any other writings, recordings, or videos, whether in hard copy or electronic form, in the possession, subject to the control of, or with the knowledge of Plaintiff or its legal counsel or any consultants, experts or investigators. A request for "documents" is also a request for electronically stored information, which shall be produced in the form or forms in which it is

ordinarily maintained, or in a form or forms reasonably usable to Defendants, regardless of

whether such documents are also kept and/or produced in hard copy format.

10.      A request to "identify" or to provide "an identification of" a natural person shall be

deemed a request for that person's name, current or last known business and home address,

telephone number, present employer, and the person's position with her or her present employer,

and the person's last position with the employer.

11.      When an exact answer to an Interrogatory is not known, state the best estimate available

and state that it is an estimate.

12.      If you contend that one or more parts of one of the following Discovery Requests are

objectionable, answer each portion of that Discovery Request that you do not contend is

objectionable and then stat the specific reason for your objection to each other part that you do

not answer based on such objection.

## INTERROGATORIES

1. Please state where each mining machine sent by Plaintiff to the Mohawk Plant in

2022 and 2023 was purchased and the name, title and address of the person shipping the machine

to Mohawk.  Note that this is not a request for the name of the shipping company or courier.

2.  Please state why the Plaintiff refused to begin mining at the Mohawk Plant site in each

of the months:  July, August, September, 2024.  For each such date, give the name(s) of the

person(s) in charge of making that decision.

3. Please give the basis for Plaintiff's claim that Mohawk should not engage in any

activities at the Mohawk Facility for the months July, 2024- April, 2024.

4.  Please list the name, address and contact person for all facilities at which Plaintiff is

currently engaged in cyber mining of any type or volume in the United States.

5.  Please list the members of the Board of Directors for Plaintiff for the years 2022, 2023 and 2024 including contact information therefore.

6.  Please give the current name and contact information of General Counsel for Plaintiff in 2023 and in 2024.

7.  Please give the names, titles and contact information for each agent or employee, director or officer of Plaintiff who was at the Mohawk Plant at any time in 2022, 2023 or 2024.

8. Please describe all efforts taken by Plaintiff in 2023 and 2024 to mitigate damages claimed in this matter, if any.

9.  Please identify all fact witnesses Plaintiff expects to have at the hearing set for April, 2024.  For each such witness, please identify them by job duties or title, contact information, and a summary of their expected testimony.

10.  Please identify all expert witnesses Plaintiff expects to have at the hearing set for April, 2024.  For each such witness, please identify them by title, contact information, and a summary of their expected testimony.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.Please provide all documentation relating to the port of entry or U.S. documentation reflecting the entry of all mining machines sent by Plaintiff to the Mohawk Plant in 2022 and 2023, including all shipping documents.

2.  Please provide a copy of each text message which Wang Yangping was a party to in which any party or person affirmed that HBT  or an agent, member, employee or vendor of agreed to modifications of any agreement or portion thereof between Mohawk and HBT with

regard to any part of fit up, equipment purchases, mining activity, site activity, employees or activities at the Mohawk Plant.

3.  Please provide a copy of each email message which Wang Yangping was a party to in which any party or person affirmed that HBT  or an agent, member, employee or vendor of agreed to modifications of any agreement or portion thereof between Mohawk and HBT with regard to any part of fit up, equipment purchases, mining activity, site activity, employees or activities at the Mohawk Plant.

4.  Please provide each document supporting any financial loss to be claimed by Plaintiff in the pending hearing.

5.  Please provide a copy of all texts between Wang Yangping and Rick Cole, seller of the building in which the Mohawk facility is housed at any time between 6/30/22-present.

6.  Please provide a copy of all documents sent or received by Plaintiff showing or indicating that Mohawk intended to have a technology school/classes and a repair facility at the Mohawk site as part of the parties' business, for the purpose of eligibility for an EDR and other financial assistance, grants, or tax breaks from the state, city or region.

7. Please provide all documents reflecting authorization for Plaintiff to do business in the Commonwealth of Kentucky.

8.  Please provide a copy of the recording for each zoom meetings held between the parties between July, 2022 and July 2023.  There should be in excess of thirty (30) such recordings.

9. Please provide a copy of the proof of insurance for all equipment Plaintiff claims it has an ownership or other interest in at the Mohawk plant for each of the years 2022, 2023 and 2024.

10. Please provide a copy of the proof of payment of U.S. federal taxes and Kentucky state taxes for all equipment Plaintiff claims it has an ownership or other interest in at the Mohawk plant for the years 2022, 2023 and 2024.

11.  Please provide a copy of the original proof of purchase of all mining machines which are or were at the Mohawk Plant.

12. Please provide a copy of the inventory of all mining machines sent by Plaintiff to the Mohawk Plant in 2022 and 2023.

13.  Please provide a copy of the wire transfer or other documentation showing each time funds were sent to Mohawk, its agents or employees or vendors and the sum of such funds, which were allegedly sent in 2022, 2023 and 2024.

14.  If not provided in response to the above requests, please provide a copy of all documentary evidence you intend to use as an exhibit at the April hearing on the motion for preliminary injunction.

Respectfully submitted,

Anna Stewart Whites
ANNA WHITES LAW OFFICE PLLC
327 Logan Street
Frankfort KY 40601
(502) 352-2373 (office)
 Annawhites@aol.com
*Attorney for Defendant Mohawk Energy, LLC*

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was this day served via the court's electronic filing system upon:

Palmer G. Vance
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131

This the 5th day of March , 2024.

Anna Stewart Whites