UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MOHAWK ENERGY, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Counsel for the Defendant filed Defendant Mohawk Energy LLC's Limited Discovery Requests for Purpose of Preliminary Injunction Hearing [R. 47]. Generally, discovery documents, including discovery requests, expert disclosures, notices to take depositions, and notices of cancellation of depositions, should not be filed in the record. Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."); L.R. 26.1(b) (recognizing that "disclosures, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)"); Accordingly,

**IT IS HEREBY ORDERED** that the parties **SHALL** refrain from filing additional discovery documents except as contemplated under the Federal Rules.

This the 7th day of March, 2024.

*[Signature: Claria Horn Boom]*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record