**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STATUS REPORT** |
| **MOHAWK ENERGY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff HBTPower Limited ("Plaintiff" or "HBTPower") and Defendant Mohawk Energy, LLC ("Defendant" or "Mohawk") (Plaintiff and Defendant are referred to collectively herein as the "Parties") hereby submit the following Joint Status Report, pursuant to the Court's request during the Status Conferences conducted on April 1, 2024, and state as follows:

1.      The Court will refer the Parties to a Settlement Conference before Magistrate Judge Colin H. Lindsay (the "Settlement Conference"). Petitioner's Motion for Preliminary Injunction (D.E. 23) is withdrawn without prejudice to refile upon completion of the Settlement Conference, if necessary. The remaining pending motions will be held in abeyance pending the Settlement Conference. The Parties' agreement reflected in the Joint Status Report dated December 8, 2024 (D.E. 21) will remain in place.

2.      Within seven (7) days of the Settlement Conference, if necessary, the Parties will file a Joint Status Report, which will include a proposed schedule and outline their respective positions concerning the pending motions to be resolved by the Court.

3.       The Parties are holding a meet and confer call on April 2, 2024 to attempt to resolve discovery issues, narrowing any discovery to matters relevant to a hearing on the motion for preliminary injunction. If the parties cannot resolve such matters in accordance with the Magistrate Judge's prior Order, they shall seek relief from the Magistrate Judge.

4.       Based on the foregoing, the Court relieves the Parties from filing their Prehearing Filings on April 1, 2024 per the Court's Order dated February 5, 2024 (D.E. 44) and the In-Person Status Conference scheduled for Thursday, April 4, is cancelled.

April 2, 2024

Respectfully submitted,

DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Harout.Samra@us.dlapiper.com

By: _____
     Harout J. Samra
     Admitted *pro hac vice*

and

Palmer G. Vance II
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

ANNA WHITES LAW OFFICE
P.O. Box 4023
Frankfort, KY 40601
E: annawhites@aol.com

By: _____
     Anna Stewart Whites

COUNSEL FOR DEFENDANT,
MOHAWK ENERGY, LLC

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2024, I served the foregoing via CM/ECF, which will send all

parties of record a notice of electronic filing, including the following:

Palmer G. Vance II
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Harout.Samra@us.dlapiper.com

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

_____
*Counsel for Defendant*