UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HBTPOWER LIMITED, | ) |
| Plaintiff, | ) Civil Action No. 3:23-CV-628-CHB |
| v. | ) |
| MOHAWK ENERGY, LLC, | ) **MEMORANDUM OF TELEPHONIC STATUS CONFERENCES AND ORDER** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Telephonic status conferences were held in this matter at 10:00 AM and 4:00 PM on Monday, April 1, 2024, before the Honorable Claria Horn Boom, United States District Judge. The Court's official reporter for the 10:00 AM telephonic status conference was Rebecca Boyd. The Court's official reporter for the 4:00 PM telephonic status conference was Terri Horton. The following parties participated in both telephonic status conferences.

For the Plaintiff HBTPower Limited:

  Hara J. Samra, Retained
  Lindsey Howard Meares, Retained

For Defendant Mohawk Energy, LLC:

  Anna Stewarts Whites, Retained

At the 10:00 AM conference, the Court discussed the status of the case with the parties, and the parties requested that the matter be referred to a Magistrate Judge for a settlement conference. The Court then recessed to allow the parties to confer on certain matters, including whether to hold any pending motions in abeyance during settlement discussions. At the 4:00 PM conference, the parties advised that they had reached an agreement as to the status of their motions pending the outcome of that settlement conference, and that agreement has now been filed in the record. [R. 49]. The parties further advised that their agreement reflected in the Joint Status Report dated December 8, 2023,

[R. 21], will remain in place, and they were continuing to resolve certain discovery disputes. Based on the discussion with the parties and their agreement, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **REFERRED** to United States Magistrate Judge Colin H. Lindsay to conduct a settlement conference. The parties **SHALL** promptly contact the Magistrate Judge's case manager to schedule the settlement conference.

2. Plaintiff's Motion for Preliminary Injunction, [**R. 23**], is **DENIED as moot and without prejudice**, in light of the parties' agreement.

3. All other pending motions, [**R. 13; R. 17; R. 20; R. 26; R. 32**], are **HELD IN ABEYANCE** pending the outcome of the settlement conference.

4. The April 4, 2024 status conference, the April 15 and 16, 2024 preliminary injunction hearing, and the deadlines for filing prehearing submissions, *see* [R. 44], are **REMANDED**.

5. Should the parties fail to settle their claims, they **SHALL** file a joint status report within **seven (7) days** of the conclusion of the settlement conference, including a proposed schedule and outlining their respective positions concerning the pending motions to be resolved by the Court. Specifically, if Plaintiff intends to refile its motion for preliminary injunction, the parties **SHALL** include in the joint status report their proposed dates for a preliminary injunction hearing.

This the 2nd day of April, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:     counsel of record

Court Time: 01/08
Court Reporters: Rebecca Boyd, Terri Horton