UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00628-CHB-CHL

**HBTPOWER LIMITED,**                                                                                          **Plaintiff,**

v.

**MOHAWK ENERGY, LLC,**                                                                                        **Defendant.**

**ORDER**

The undersigned held a telephonic scheduling conference in this matter on May 10, 2024. Participating were the following:

| | |
|---|---|
| FOR PLAINTIFF: | Palmer G. Vance, II; Lindsey Howard Meares |
| FOR DEFENDANT: | None |

The Court inquired as to whether the Parties were going to be prepared to participate in productive settlement negotiations at the settlement conference. Plaintiff's counsel indicated that the Parties are currently meeting and conferring regarding a number of discovery issues that he was hopeful could be resolved without Court intervention. Given Plaintiff's counsel's absence, the Court will require the Parties to confer and file a joint status report as set forth below. Accordingly,

IT IS HEREBY ORDERED that on or before **May 17, 2024**, the Parties shall confer and file a joint status report regarding whether they believe they will be prepared to participate in productive settlement negotiations at the June 24, 2024, settlement conference and whether they request the assistance of the undersigned with any informal exchange of information necessary for them to be prepared for the settlement conference.

cc: Counsel of record
0|5    May 13, 2024

Colin H Lindsay, Magistrate Judge
United States District Court