# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | **JOINT STATUS REPORT** |
| **MOHAWK ENERGY, LLC,** | |
| Defendant. | |

Plaintiff HBTPower Limited ("Plaintiff" or "HBTPower") and Defendant Mohawk Energy, LLC ("Defendant" or "Mohawk") (Plaintiff and Defendant are referred to collectively herein as the "Parties") hereby submit the following Joint Status Report, pursuant to the Magistrate Judge's Order dated May 14, 2024 (ECF No. 58), and state as follows:

1. The Parties are scheduled to participate in a Settlement Conference before Magistrate Judge Colin H. Lindsay (the "Settlement Conference") on June 24, 2024.

2. Both Parties are prepared to participate meaningfully in the Settlement Conference. The parties will appear in person with counsel.

3. HBTPower Limited will provide a translator for the settlement conference. Mohawk will also ensure that it has access to a translator, live or via telephone, if it requires assistance.

4. The Parties shall meet and confer regarding the scope of discovery and any discovery issues between them and shall seek the assistance of the Magistrate Judge if they cannot resolve those matters by May 31, 2024. Mohawk further intends to seek the Magistrate Judge's

guidance on who is an appropriate party representative and request a brief conference call on that issue.

May 17, 2024

|  |  |
|---|---|
|  | Respectfully submitted, |
| DLA PIPER LLP (US)<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 423-8500<br>Facsimile: (305) 437-8131<br>Harout.Samra@us.dlapiper.com | ANNA WHITES LAW OFFICE<br>P.O. Box 4023<br>Frankfort, KY 40601<br>E: annawhites@aol.com |
| By: / HaroutJ.Samra/<br><br>   Harout J. Samra<br>   Admitted *pro hac vice*<br><br>   and<br><br>   Palmer G. Vance II<br>   Lindsey H. Meares<br>   STOLL KEENON OGDEN PLLC<br>   300 West Vine Street, Suite 2100<br>   Lexington, Kentucky 40507-1380<br>   (859) 231-3000<br>   (859) 253-1093 facsimile<br><br>   COUNSEL FOR PLAINTIFF,<br>   HBTPOWER LIMITED | By: _____<br>   Anna Stewart Whites<br><br>COUNSEL FOR DEFENDANT,<br>MOHAWK ENERGY, LLC |

- 3 -

## CERTIFICATE OF SERVICE

I certify that on May 17, 2024, I served the foregoing via CM/ECF, which will send all parties of record a notice of electronic filing, including the following:

Palmer G. Vance II
Lindsey H. Meares
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Harout.Samra@us.dlapiper.com

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

_____
*Counsel for Defendant*