UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:23-CV-00628-CHB-CHL

**HBTPOWER LIMITED,** **Plaintiff,**

v.

**MOHAWK ENERGY, LLC,** **Defendant.**

## ORDER

Before the Court is the Parties' Joint Status Report.  (DN 59.)  The Parties indicated that they would meet and confer regarding the scope of discovery and seek assistance if they could not resolve any issues.  Defendant also indicated that it intended to seek the undersigned's assistance with determining who is an appropriate party representative for the upcoming settlement conference.  Both sides indicated an intent to have a translator for the settlement conference.  Given that the settlement conference will take place in person, the undersigned's preference is that any translator also be present in person with the Parties.  If there are any issues regarding the attendance of a translator, the Parties shall contact the undersigned's Chambers as soon as possible to schedule a conference call to address those issues.

Accordingly,

IT IS HEREBY ORDERED that the undersigned will conduct *ex parte* calls regarding the upcoming settlement conference.  On or before **May 29, 2024**, Defendant shall contact the undersigned's Case Manager, Theresa Burch, via e-mail at theresa_burch@kywd.uscourts.gov to schedule an *ex parte* call regarding attendance at the settlement conference.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

May 22, 2024