# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### *ELECTRONICALLY FILED*

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | **NOTICE OF DEPOSITION OF BRANDON SMITH** |
| **MOHAWK ENERGY, LLC,** | |
| Defendant. | |

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 30(b)(1), Plaintiff, HBTPower Limited ("HBTPower"), by and through its undersigned counsel, will take the deposition upon oral examination of **BRANDON SMITH** on **July 16, 2024, beginning at 10:00 a.m. E.D.T., and continuing day-to-day until completed,** before a Notary Public or other person authorized by law to administer oaths. The deposition will take place at **Stoll Keenon Ogden PLLC, 300 W. Vine St., Suite 2100, Lexington, KY 40507.** The deposition will be recorded by stenographic and audiovisual means and may also be recorded by instant visual display using real-time transcription software. The deposition will be accessible by videoconference on Zoom. Defendants will provide access credentials ahead of the deposition. You are invited to attend and participate.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

By: /s/ Palmer G. Vance II
    Palmer G. Vance II
    Lindsey H. Meares

and

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Florida Bar No. 70523
Harout.Samra@us.dlapiper.com

Admitted *pro hac vice*

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

## **CERTIFICATE OF SERVICE**

  I certify that on June 14, 2024, I served the foregoing via CM/ECF, which will send all parties of record a notice of electronic filing.

/s/ Palmer G. Vance II  
*Counsel for Plaintiff,*  
*HBTPower Limited*
