UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HBTPOWER LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-628-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAWK ENERGY, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. The Court previously entered an Order on March 7, 2024, admonishing the parties to refrain from filing discovery documents, except as contemplated by the Federal Rules. *See* [R. 48]. Nevertheless, on June 14, 2024, Defendant filed a Notice of Deposition of Brandon Smith. *See* [R. 62]. The filing of such discovery documents violates Federal Rule of Civil Procedure 5(d)(1) and Local Rule 26.1(b). *See* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."); L.R. 26.1(b) (recognizing that "disclosure, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)"). Therefore, Court enters this second order reminding the parties that they should refrain from filing such discovery materials. Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the parties **SHALL** refrain from filing additional discovery documents except as contemplated under the Federal Rules.

- 2 -

This the 18th day of June, 2024.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: counsel of record