**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:23-CV-00628-CHB-CHL**

**HBTPOWER LIMITED,**                                                                                               **Plaintiff,**

**v.**

**MOHAWK ENERGY, LLC,**                                                                                          **Defendant.**

**ORDER**

The undersigned held a telephonic status conference in this matter on June 24, 2024. Participating were the following:

| | |
|---|---|
| FOR PLAINTIFF: | Harout Samra; Palmer G. Vance, II; Lindsey Howard Meares |
| FOR DEFENDANT: | Anna S. Whites |

This matter was previously set for a settlement conference before the undersigned after the Parties indicated their joint willingness to participate in the same during a hearing.  (DNs 50, 53, 54, 56.)  In preparation for the settlement conference and at the request of counsel for Defendant, the undersigned conducted a series of *ex parte* calls regarding settlement and attendance at the settlement conference with counsel for both Parties.  (DNs 59, 60.)  Those calls revealed a fundamental disagreement between the Parties about who should attend the settlement conference on behalf of Plaintiff to engage in settlement discussions.  Despite the undersigned's efforts and due in part to miscommunications between the Parties, this disagreement could not be resolved in advance of the settlement conference.  The undersigned ultimately cancelled the settlement conference near-in-time to its scheduled start. (DN 64.)  Because it appears the Parties' persisting disagreement will wholly prevent productive settlement discussions, the undersigned will not hold a settlement conference until the Parties can agree on the identity of a party representative to attend

the conference on behalf of Plaintiff that is satisfactory to both counsel for Plaintiff and counsel for Defendant.

Accordingly,

IT IS HEREBY ORDERED that on or before **July 8, 2024**, the Parties shall confer in an attempt to resolve the disagreement regarding Plaintiff's settlement conference representative and shall file a joint status report regarding whether they have resolved their disagreement and are prepared to participate in a productive settlement conference. The Parties shall file one, joint report regardless of any remaining disagreement. Their report shall not contain lengthy statements of their respective positions and shall merely identify whether the Parties have resolved their differences and whether they jointly or severally request that the settlement conference be rescheduled.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

conference:   0|10

*ex parte* calls:   4|30

June 28, 2024