**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| **HBTPOWER LIMITED** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:23-cv-00628-CHB |
| v. | ) | |
| | ) | |
| **MOHAWK ENERGY, LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |

**PROTECTIVE ORDER BARRING THE SCHEDULED DEPOSITION OF BRANDON SMITH, PRESIDENT OF MOHAWK ENERGY, LLC**

****

Comes the Court and hereby issues a protective order prohibiting the requested deposition of Defendant's President, Brandon Smith, which was attempted to be scheduled on July 16, 2024.

The Court finds that there are unresolved issues between the parties which must be investigated and addressed before the discovery process may resume in this matter, otherwise Defendant may face serious harm that cannot later be remediated.

This the ____ day of June, 2024.

_____
Judge Clara Horn Boom