## **DISCLOSURE LOG**

| DATE | PARTICIPANTS | SUBJECT | METHOD OF CONTACT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |