## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STATUS REPORT** |
| **MOHAWK ENERGY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff HBTPower Limited ("Plaintiff" or "HBTPower") and Defendant Mohawk Energy, LLC ("Defendant" or "Mohawk") (Plaintiff and Defendant are referred to collectively herein as the "Parties"), by counsel, hereby submit the following Joint Status Report, and state as follows:

Per the Magistrate Judge's Order dated July 1, 2024 (ECF No. 65), the Parties have been conferring regarding a mutually convenient time for a video conference, as discussed with the Court. Parties currently expect that the conference will take place by no later than Friday, July 12, 2024, and therefore jointly request that the Court permit the Parties to submit a further joint status report by Monday, July 15, 2024.

Respectfully submitted,

| | |
|---|---|
| STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1380<br>(859) 231-3000<br>(859) 253-1093 facsimile | ANNA WHITES LAW OFFICE<br>P.O. Box 4023<br>Frankfort, KY 40601<br>E: annawhites@aol.com |
| By: /s/ *Lindsey H. Meares*<br>   Palmer G. Vance II<br>   Lindsey H. Meares | By: /s/ *Anna Whites* (with permission)<br>   Anna Stewart Whites |
| and | COUNSEL FOR DEFENDANT,<br>MOHAWK ENERGY, LLC |

Harout J. Samra
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Harout.Samra@us.dlapiper.com

COUNSEL FOR PLAINTIFF,
HBTPOWER LIMITED

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system on the 8th day of July, 2024, which will serve an electronic copy to all attorneys of record.

/s/ Lindsey H. Meares
*Counsel for Plaintiff,*
*HBTPower Limited*