# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| **HBTPOWER LIMITED,** | ) | CASE NO.: 3:23-cv-628-CHB |
| | ) | |
| Plaintiff, | ) | JUDGE: Claria Horn Boom |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STATUS REPORT** |
| **MOHAWK ENERGY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff HBTPower Limited ("Plaintiff" or "HBTPower") and Defendant Mohawk Energy, LLC ("Defendant" or "Mohawk") (Plaintiff and Defendant are referred to collectively herein as the "Parties"), by counsel, hereby submit the following Joint Status Report, and state as follows:

Per the Magistrate Judge's Order dated July 1, 2024 (ECF No. 65), the Parties met and conferred on Friday, July 12, 2024, but have not been able to resolve the disagreements previously discussed with the Court and have not reached an agreement regarding rescheduling the settlement conference.

Respectfully submitted,

| | |
|---|---|
| STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1380<br>(859) 231-3000<br>(859) 253-1093 facsimile | ANNA WHITES LAW OFFICE<br>P.O. Box 4023<br>Frankfort, KY 40601<br>E: annawhites@aol.com |
| By: /s/ *Lindsey H. Meares*<br>    Palmer G. Vance II<br>    Lindsey H. Meares | By: /s/ *Anna Whites* (with permission)<br>    Anna Stewart Whites<br><br>COUNSEL FOR DEFENDANT,<br>MOHAWK ENERGY, LLC |
| and | |
| DLA PIPER LLP (US)<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 423-8500<br>Facsimile: (305) 437-8131<br>Harout.Samra@us.dlapiper.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system on the 15th day of July, 2024, which will serve an electronic copy to all attorneys of record.

/s/ Lindsey H. Meares
*Counsel for Plaintiff,*
*HBTPower Limited*
