

**22-CI-03256**

# COLE, RICK ET AL VS. HAMILTON, WESLEY ET AL

FAYETTE CIRCUIT COURT

Filed on **11/08/2022** as **CONTRACT - OTHER** with **HON. JULIE M. GOODMAN**
Disposition on **01/12/2023** of **TRANSFERRED** by **HON. JULIE M. GOODMAN**
**** **NOT AN OFFICIAL COURT RECORD** ****

| Case Memo | 22-CI-03256 |
|---|---|
| CONTRACT-OTHER;;;;;;; TRANSFERRED TO BOYLE COUNTY 1/12/23; | |

| Parties | 22-CI-03256 |
|---|---|

**BIOFUEL MINING INC** as **DEFENDANT / RESPONDENT**

| Address |
|---|
| 327 LOGAN ST. |
| FRANKFORT KY 40601 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **11/08/2022** by way of **RETURNED TO ATTORNEY/PETITIONER** |

**COLE, CHAD** as **PLAINTIFF / PETITIONER**

| Address |
|---|
| 466 S. 4TH ST |
| DANVILLE KY 40422 |

**COLE, RICK** as **PLAINTIFF / PETITIONER**

| Address |
|---|
| 466 S. 4TH ST |
| DANVILLE KY 40422 |

**HAMILTON, WESLEY** as **DEFENDANT / RESPONDENT**

| Address |
|---|
| 1213 BRICKHOUSE LN |
| LEXINGTON KY 40509 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **11/08/2022** by way of **RETURNED TO ATTORNEY/PETITIONER** |

**BAILEY, BRIAN DAVID** as **ATTORNEY FOR PLAINTIFF**

| Address |
|---|
| MCCLURE, MCCLURE & BAILEY PLLC |
| 426 SOUTH 4TH ST, (PO BOX 214) |
| DANVILLE KY 40423 |

**WHITES, ANNA** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| ANNA WHITES LAW OFFICE |
| 327 LOGAN STREET |
| FRANKFORT KY 40601 |

**WHITES, ANNA** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| ANNA WHITES LAW OFFICE |
| 327 LOGAN STREET |
| FRANKFORT KY 40601 |

| Documents | 22-CI-03256 |
|---|---|

| | |
|---|---|
| **COMPLAINT / PETITION** filed on **11/08/2022**<br>, *Demand for Judgment & Prayer for Relief* | |
| **ANSWER** filed on **11/30/2022** | |
| **ENTRY OF APPEARANCE** filed on **11/30/2022** | |
| **ANSWER** filed on **12/15/2022** | |
| **RESPONSE** filed on **01/04/2023**<br>*TO MOTION TO DISMISS & FOR SUMMARY JUDGMENT* | |
| **VIDEO LOG** filed on **01/06/2023**<br>*22-4-23-CD-310:33:06AM10:37:06 AM* | |
| **ORDER TO TRANSFER** entered on **01/12/2023**<br>*TRANSFER TO BOYLE COUNTY CIRCUIT COURT. FCM: ANNA STEWART WHITES, BRIAN BAILEY* | |
| **RETURN OF SERVICE** filed on **01/30/2023**<br>*GREEN CARD FROM BOYLE CO. CIRCUIT COURT* | |
| **NOTICE OF TRANSFER OF ACTION** filed on **02/06/2023**<br>*FROM BOYLE CICUIT CT.* | |

| Events | 22-CI-03256 |
|---|---:|
| **MOTION HOUR** scheduled for **01/06/2023 10:00 AM** in room **\*\*\*\*\*\*** with **HON. JULIE M. GOODMAN** | |

> **Motions**
> - **MOTION TO DISMISS** filed on **11/30/2022** by **AD**
> - **MOTION FOR CHANGE OF VENUE** filed on **11/30/2022** by **AD**
>   *TRANSFER CASE TO LETCHER CO.*

| Images | 22-CI-03256 |
|---|---:|
| **COMPLAINT / PETITION** filed on **11/08/2022**   *Page(s): 18* | |
| **SUMMONS** filed on **11/08/2022**   *Page(s): 1* | |
| **SUMMONS** filed on **11/08/2022**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **11/08/2022**   *Page(s): 1* | |
| **RECEIPT** filed on **11/09/2022**   *Page(s): 0* | |
| **ANSWER** filed on **11/30/2022**   *Page(s): 6* | |
| **ENTRY OF APPEARANCE** filed on **11/30/2022**   *Page(s): 1* | |
| **MOTION TO DISMISS** filed on **11/30/2022**   *Page(s): 4* | |
| **MOTION TO TRANSFER** filed on **11/30/2022**   *Page(s): 4* | |
| **ANSWER** filed on **12/15/2022**   *Page(s): 3* | |
| **RESPONSE** filed on **01/04/2023**   *Page(s): 4* | |
| **ORDER TO TRANSFER** filed on **01/12/2023**   *Page(s): 2* | |

**\*\*\*\* End of Case Number : 22-CI-03256 \*\*\*\***