# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:23-CV-00628-CHB-CHL

**HBTPOWER LIMITED,**                                                                                   **Plaintiff,**

v.

**MOHAWK ENERGY, LLC,**                                                                                 **Defendant.**

## ORDER

The undersigned held a telephonic status conference in this matter on June 24, 2024. Participating were the following:

    FOR PLAINTIFF:        Harout Samra; Lindsey Howard Meares

    FOR DEFENDANT:      Anna S. Whites

This Court set this call to discuss the status of the action. The Court advised that given the undersigned's *ex parte* discussions with the Parties and the Parties' recent joint status report (DN 69), the undersigned would not be rescheduling the settlement conference at this time. The Court inquired as to the need for Plaintiff's Motion for Preliminary Injunction (DN 23) to be reinstated and the need for any discovery on the same. Plaintiff's counsel represented that while Plaintiff was still interested in that relief, he believed it was worth discussing the issue with opposing counsel to see if they could reach any agreement that would obviate the need for a ruling by the Court. Defense counsel indicated that she didn't believe any discovery was necessary given that discovery is ongoing in the Parties' arbitration, and Plaintiff's counsel requested that the Parties discuss that as well because Plaintiff was interested in completing at least the discovery the Parties had already served pursuant to the Court's prior authorization. The Parties agreed that the pending Motion for Protective Order (DN 66) could be denied without prejudice at this point because the

deposition at issue has been cancelled.  Given the Parties' positions, the Court will give them a short period to confer and file a joint status report as set forth below.

Accordingly,

IT IS HEREBY ORDERED that on or before **August 2, 2024**, the Parties shall confer and file a joint status report regarding:

(1) whether Plaintiff requests that its injunction motion be reinstated or whether the Parties were able to reach some agreement obviating the need for further consideration of those issues by the Court; and

(2) whether the Parties agree that further discovery is necessary to resolve the motion if reinstated and if so, how long they would need to complete that discovery.

IT IS FURTHER ORDERED that the Motion for Protective Order (DN 66) is **DENIED WITHOUT PREJUDICE**.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

0|15     July 26, 2024