UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **HBTPOWER LIMITED,** | CASE NO.: 3:23-cv-628-CHB |
| Plaintiff, | JUDGE: Claria Horn Boom |
| vs. | **JOINT STATUS REPORT** |
| **MOHAWK ENERGY, LLC,** | |
| Defendant. | |

Plaintiff HBTPower Limited ("Plaintiff" or "HBTPower") and Defendant Mohawk Energy, LLC ("Defendant" or "Mohawk") (Plaintiff and Defendant are referred to collectively herein as the "Parties"), by counsel, hereby submit the following Joint Status Report, and state as follows:

Per the Order entered by Magistrate Judge Colin H. Lindsay on July 26, 2024 (DN 72), the Parties met and conferred on Thursday, August 1, 2024, and have agreed to the following:

I.  Motion for Preliminary Injunction

    A.  The Parties have agreed that, rather than renew its previous Motion for Preliminary Injunction (DN 23), HBTPower will file an updated motion for preliminary injunction ("Injunction Motion") in the record. Mohawk reserves its right to object to any relief sought by HBTPower in the prospective Injunction Motion.

    B.  The Parties propose the following briefing schedule for the Court's consideration:

        1.  HBTPower will re-file an updated version of its Injunction Motion on or before August 23, 2024.

      2.      Mohawk will file any response to the Injunction Motion on or before September 12, 2024.

      3.      HBTPower will file any reply in support of its Injunction Motion on or before September 26, 2024.

II.    <u>Pending Motions</u>

The Parties note that the following motions,[1] which were held in abeyance by the Court pending the outcome of the settlement conference pursuant to its Order of April 2, 2024 (DN 50), are again pending before the Court.

    A.    HBTPower's pending motions:

        1.    MOTION to Compel Arbitration by Counter Defendant HBTPower Limited (DN 17); and

        2.    MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Counter Defendant HBTPower Limited (DN 26).

    B.    Mohawk's pending motions:

        1.    MOTION to Transfer Case by Defendant Mohawk Energy, LLC (DN 13). Mohawk consents to this motion being denied as moot;

        2.    Request for Judicial Notice Regarding Real Party In Interest by Mohawk Energy, LLC (DN 20);

        3.    MOTION to Dismiss for Lack of Jurisdiction by Defendant Mohawk Energy, LLC (DN 32); and

        4.    Second MOTION to Dismiss Renewed motion to dismiss on grounds of jurisdiction by Counter Claimant Mohawk Energy, LLC. (DN 61).

---

[1] The motion names are listed as they appear on the Court's docket.

III. <u>Discovery</u>

    A.    The Parties have agreed to sign an ESI protocol.

    B.    The Parties will respond to the written discovery requests that have already been exchanged on or before August 30, 2024.

    Respectfully submitted,

| | |
|---|---|
| STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1380<br>(859) 231-3000<br>(859) 253-1093 facsimile | ANNA WHITES LAW OFFICE<br>P.O. Box 4023<br>Frankfort, KY 40601<br>E: annawhites@aol.com |
| By: /s/ *Lindsey H. Meares*<br>    Palmer G. Vance II<br>    Lindsey H. Meares | By: /s/ *Anna Whites* (with permission)<br>    Anna Stewart Whites |
| and | COUNSEL FOR DEFENDANT,<br>MOHAWK ENERGY, LLC |
| DLA PIPER LLP (US)<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 423-8500<br>Facsimile: (305) 437-8131<br>Harout.Samra@us.dlapiper.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court's CM/ECF system on the 2nd day of August, 2024, which will serve an electronic copy to all attorneys of record.

/s/ Lindsey H. Meares
*Counsel for Plaintiff,*
*HBTPower Limited*