**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:23-CV-00628-CHB-CHL**

**HBTPOWER LIMITED,** **Plaintiff,**

**v.**

**MOHAWK ENERGY, LLC,** **Defendant.**

## ORDER

Before the Court is the Parties' Joint Status Report.  (DN 73.)  The Parties being in agreement, the Court adopts their proposed schedule as set forth below.

Accordingly,

IT IS HEREBY ORDERED as follows:

(1) HBTPower Limited shall file a revised and updated motion for preliminary injunction on or before **August 23, 2024**.  Any response shall be due on or before **September 12, 2024**, and any reply shall be due on or before **September 26, 2024**.

(2) The Parties shall each respond to the written discovery requests that have already been exchanged on or before **August 30, 2024**.

(3) The Court will take up the issue of a litigation schedule for any further discovery after resolution of the pending motions, including the motion filed pursuant to paragraph 1 above, and finds good cause to delay in issuing a scheduling order pursuant to Fed. R. Civ. P. 16(b)(2).

cc:  Counsel of record