UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HBTPOWER LIMITED, | ) |
| Plaintiff, | ) Civil Action No. 3:23-CV-628-CHB |
| v. | ) |
| | ) **ORDER SETTING PRELIMINARY** |
| MOHAWK ENERGY, LLC, *et al.* | ) **INJUNCTION HEARING** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received and reviewed the parties' Joint Status Report, [R. 85]. The Court previously ordered the parties to file a joint status report that provides three agreed-upon dates for a hearing on the pending Motion for Preliminary Injunction. *See* [R. 80, p. 20]. In their Joint Status Report, the parties proposed December 16, 2024, December 17, 2024, and December 18, 2024, and requested two days. *See* [R. 85, p. 1]. Therefore, by agreement of the parties and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that a **Preliminary Injunction Hearing** is **SET** for **December 16, 2024**, **from 8:30 a.m. to 12:00 p.m. (3.5 hours allotted)**, and **December 17, 2024**, **at the hour of 8:30 a.m. (1 day allotted)**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder Federal Courthouse, in **Louisville, Kentucky**.

This the 18th day of October, 2024.

*[Signature: Claria Horn Boom]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record